

# AFRICAN DEVELOPMENT FOUNDATION

May 12, 1997

TO: Tom Wilson, Director
Office of Budget and Finance

FROM: Janice Cobb-Hennix
Office Assistant

SUBJECT: Claims for Compensation

Please find enclosed claim forms I am submitting for compensation due to injury on the job. There are sections you need to complete. Please note, these forms must be submitted in a timely manner. I think they have to be submitted within 10 days after you received them.

Free feel to discuss the information regarding my claim.

Thank you in advance for your cooperation in this matter.

PLAINTIFF'S EXHIBIT #5

## Disability Benefits of Employees Under the Federal Employees' Compensation Act (FECA)

The FECA, which is administered by the Office of Workers' Compensation Programs (OWCP), provides the following general benefits for employment-related occupational disease or illness:

(1) Full medical care from either Federal medical officers and hospitals, or private hospitals or physicians of the employee's choice.

(2) Payment of compensation for total or partial wage loss.

(3) Payment of compensation for permanent impairment of certain organs, members, or functions of the body (such as loss or loss of use of an arm or kidney, loss of vision, etc.), or for serious disfigurement of the head, face, or neck.

(4) Vocational rehabilitation and related services where necessary.

The first three days in a non-pay status are waiting days, and no compensation is paid for these days unless the period of disability exceeds 14 calendar days, or the employee has suffered a permanent disability. Compensation for total disability is generally paid at the rate of 2/3 of an employee's salary if there are no dependents, or 3/4 of salary if there are one or more dependents.

If an employee is in doubt about compensation benefits, the OWCP District Office servicing the employing agency should be contacted. (Obtain the address from your employing agency.)

For additional information, review the regulations governing the administration of the FECA (Code of Federal Regulations, Title 20, Chapter 1) or Chapter 810 of the Office of Personnel Management's Federal Personnel Manual.

## Privacy Act

In accordance with the Privacy Act of 1974 (Public Law No. 93-570, 5 U.S.C. 552a), you are hereby notified that:

(1) The Federal Employees' Compensation Act, as amended (5 U.S.C. 8101, et seq.) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor. In accordance with this responsibility, the office receives and maintains personal information on claimants and their immediate families.

(2) The information will be used to determine eligibility for and the amount of benefits payable under the Act.

(3) The information may be used by other agencies or persons in matters relating directly or indirectly to the matter of the claim, so long as such agencies or persons have received the consent of the individual claimant, or complied with the provisions of 20 CFR 10.

(4) Failure to furnish all requested information may delay the process, or result in an unfavorable decision or a reduced level of benefits (disclosure of a social security number is voluntary; the failure to disclose such number will not result in the denial of any right, benefit or privilege to which an individual may be entitled).

## Receipt of Notice of Occupational Disease or Illness

This acknowledges receipt of notice of disease or illness sustained by:
(Name of injured employee) **Janice Cobb-Hennix**

was first notified about this condition on (Mo., Day, Yr.) **01-13-97**

At (Location) **1480 I St. NW, 10th floor, Washington DC 20005**

Signature of Official Superior

Title **Director OBFA**

Date (Mo., Day, Yr.) **06/24/97**

Receipt should be retained by the employee as a record that notice was filed.

U.S. Government Printing Office

CA-2 (Rev. 3/86)