July 14, 1997

Workman's Compensation Division
Washington, D.C.

To Whom It May Concern:

This letter is in reference to an employee, Janice Cobb-Hennix, whom I come in contact with everyday while employed at The African Development Foundation (ADF).

Janice Cobb-Hennix who is also employed here at ADF performs the duties of a receptionist. Janice's desk is located at the front entrance of the Foundation as to answer all phone calls and receive all visitors.

Even though Janice is allowed two breaks (one in the morning and one in the afternoon) it is very difficult for her to be relieved during the proper time that she needs to use the rest room, causing her to hold her urine until such time a person comes to the front desk to relieve her. There has been several occasions where Janice would have to lock the front doors in order to use the rest room due to lack of relief from other staff members. Reason being for the lack of relief is sometimes due to other employees not being at their desk or working on a project they want to complete.

If any further questions need to be answered, please do not hesitate to contact me here at the Foundation.

JENNIFER E. PARKER, Secretary
Office of Budget, Finance and Administration


PLAINTIFF'S EXHIBIT #6