27 July 2004

To Whom It May Concern:

I, Janis McCollim, (Administrative Operations Assistant-1998-Present), have been an employee of the African Development Foundation since September 23, 1984.

From February 1996 to March 1998, Janice Cobb Hennix had been reassigned to be the receptionist at ADF's front desk area. The job was non-taxing, but the rigorous restrictions were.

During the time Ms. Hennix sat at the desk, ADF had only a few private lines, but all the rest of the calls came through to the front desk. Every call was expected to be answered and responded to in a timely manner.

Coverage of the front desk when Ms. Hennix was not there, fell to other support staff. Ms. Hennix was allowed to have a lunch break and two, fifteen minute breaks (one morning, and one afternoon).

However, female bodily functions do not operate on this schedule, especially hers. I knew that she had lupus, and a bladder problem. I was geographically the closest person to the front desk. If it was my week to relieve her during breaks and lunch, I was available. However, sometimes she needed to "go" when it wasn't break time or lunchtime. I would get calls of panic from her in her need to go to the bathroom "NOW" not when the scheduled break would come.

To the best of my knowledge and recollection Ms. Hennix was free to go to the bathroom when necessary in the Fall of 1997, when Bill Ford finally stated that it was okay for her to leave the desk. She was allowed to put the phone on night service, if no one was available. Some of the tension in her phone answering/bathroom breaks was alleviated.

From the time she sat at the front desk and now, we have been able to get voice mail, and the receptionist has not been "tied" to the desk. Now, many times the receptionist will leave the desk, and be wandering around the office (to the printer, OBFA, finding people, etc.), and no one says a word.

Once Ms. Hennix was relieved of the front desk responsibilities, she became a healthier person because She could begin to be in control of her health and not focus on the next bathroom break!

This was a horrible time for her, and I am so sorry it happened. I was just glad to help her get away from the desk to get to the bathroom when needed.

Pursuant of 28 U.S.C.-1746, I declare under the penalty of perjury the forgoing statement is true to the best of my knowledge and belief.

_____          7/27/04
Janis McCollim, Administrative Operations Assistant, ADF        Date

PLAINTIFF'S EXHIBIT #7