UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Janice E. Cobb-Hennix
Plaintiff

v.

CASE NUMBER: 06-1572 PLF

Nathaniel Fields, President, ETAL

**PLAINTIFF'S MOTION FOR COURT APPOINTED ATTORNEY**

I am requesting the Court to appoint an attorney to represent me in this case. I do not have the funds to hire an attorney.

Respectfully submitted:

Date: September 14, 2006
Washington, D.C.

Janice E. Cobb-Hennix, Pro Se
Plaintiff
3104 Ramsgate Place
Fort Washington, Maryland 20744
(301) 248-7284

**RECEIVED**

SEP 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Janice E. Cobb-Hennix, will mail a copy of this Motion to Nathaniel Fields, President, African Development, 1400 I Street, N.W., Washington, D.C. 20005 and to the African Development, 1400 I Street, N.W., Washington, D.C. 20005.

DATE MAILED: *September 14, 2006*

*Janice E Cobb-Hennix*
Janice E. Cobb-Hennix
3104 Ramsgate Place
Fort Washington, MD 20744
(301) 248-7284

**THIS IS FOR A CASE ALREADY EXISTING IN THIS COURT**