AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Janice E. Cobb-Hennix

V.

Nathaniel Fields, President
African Development Foundation

and

African Development Foundation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV01572 PLF

TO: (Name and address of Defendant)

Nathaniel Fields, President
African Development Foundation
1400 I Street, N.W.
Washington, DC  20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S XXXXXXXXXX (name and address)

Janice E. Cobb-Hennix
3104 Ramsgate Place
Fort Washington, MD  20744

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE September 8, '06  1526 hrs. |
| NAME OF SERVER (PRINT) FRANTZ FRANCOIS-Eugene | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Doris Martin - General Counsel
Personally -- 1400 I St. N.W. Suite 1100

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept. 8, '06     FRANTZ FRANCOIS-Eugene
               Date            Signature of Server

P.O. Box 56049 -- 20040, D.C.
Address of Server

District of Columbia:SS
Subcribed and Sworn to before me
this 11th day of Sept. 2006
Melanie F. Barnes
Notary Public, D.C.
My Commission Expires _____

Melanie Barnes
Notary Public District of Columbia
My Commission Expires
September 14, 2009

**RECEIVED**
SEP 13 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT