AFFIDAVIT

October 16, 2006

CaSE: 1:06-CV-01572-PLF

To Whom It May Concern:

I have exhausted my funds by having to pay thousands of dollars to attorneys that represented me in each phase of my case. Therefore, I have no other recourse but to make this special request for a court appointment attorney in my final attempt for justice.

My case would have been resolved when the Agency and I agreed on remedies to settle this case in the Formal EEO case; however, they decided not to continue the compensatory settlement negotiations. Instead, they stopped the negotiations, and took actions that caused my case to be in litigation from 1997 to the present time, consequently, now I have to file it in District Court.

In order to pay my legal fees, I have refinanced my home twice and have borrowed money from relatives to pay my attorneys fees from 1997 to the present. I have tried to refinance my home for a third time last month, but because I am currently paying a first and second mortgage it was not feasible to do so. The payments were too high which would make it impossible for me meet my current monthly financial obligations. I even tried to get an attorney from the Union, but they turned me down because of their heavy caseload.

Since I brought my discrimination case against the Agency in 1997, I have been at the same Grade level, GS-7/10 step, for nearly 10 years. I am an employee with good performance records; received merit awards based on performance, and have not let my absences for medical care interfere with my job performance. From 1996-2004, the Agency has undergone four reorganizations that have adversely affected me. First I was transferred from a procurement position, GS-7/10 to a receptionist position, GS-6, a demotion because of a RIF. After almost three years in that position, the Agency transferred me to a Grants and Correspondence Assistant position, GS-7/10, in the mail/file room, without promotion potential. Then three years later, 2004, they transferred me again to my current position, Administrative Operations Assistant, GS-7/10, with no promotion potential. I believe this has been done because of my filing this case against the Agency.

I believe my case will put agencies, large or small, on notice that failure to allow employees adequate bathroom breaks has consequences in the Federal Government. There must be a way to make it clear to employers that if they do not allow their workers the bathroom breaks they require, action can be taken against them, especially when the employee has a medical condition and it causes damage to an employee's health as it did in my case. No Federal Government worker should live in fear that they may have an accident or suffer pain while waiting for extended periods of time for someone to come to relieve them. Bathroom breaks should not be a privilege; it should be a right for all employees, regardless of their position.

RECEIVED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

The following are examples of restroom breaks issues as it relates to my case.

<u>OSHA lays down rules for restrooms</u>, in the Prince George's Journal Article, April 10, 1998, stated:

> "WASHINGTON - If you have to go, the government says the boss must let you. The federal agency that oversees workplace health said yesterday that employers not only have to provide restrooms, they have to allow workers to use them. For some workers, that's not always been the case.
>
> The Labor Department's Occupational Safety and Health Administration has long required that toilet facilities "be provided in all places of employment" for all workers. But that regulation merely requires employers to have enough bathrooms. It says nothing about giving workers access to them. OSHA spokesman Stephen Gaskill said the agency believed that when it required restroom facilities 20 years ago, it had made clear to companies that workers had the right to use them as the need arose. Now, he said, there have been enough complaints to show that the rule must be spelled out."

OSHA alerted businesses to allow workers the use of restroom breaks, but, did not make it clear what would happen if businesses disallow workers to go to restroom when the need arose.

<u>Using the Bathroom is your Right, Not a Privilege</u>! By Laurie A. Couture, M.Ed., 2003; Laurie A. Couture, February 11, 2000, p.1-2 and by Christopher Cooper, M.D.,

> "... Many teachers argue that the main reason they have strict bathroom policies is to control the occurrence of kids who use the bathroom pass as a chance to get out of class. Some teachers feel young people should use the bathroom between classes or during the times when the teacher sends everyone to use the bathroom. However, are these good enough reasons for not allowing you the right to use the bathroom when YOUR body decides that it needs to eliminate waste? Defiantly not! It can actually be a danger to your health if someone is forcing you to "hold it". She further stated that, "A teacher forcing you to "hold it" is not healthy for your intestine, either. Doctors who specializing in problems with the intestines know that is important to use the bathroom when your intestines first give you the urge."...

<u>Bourbon Maker Fights Citation for Denial of Bathroom Access</u> -8/30/2002

> "...The company claims employees with medical conditions are immediately granted special accommodations and are allowed to take as many breaks as they need, adding that all employees seeking accommodations have been granted them."...

2

<u>Koch Food Employees Fight for Fairness</u>.

> ". . . Conditions were pretty abusive, "said Ms. Gonzalez, who along with another worker, asked to be identified only by her last name for fear of company harassment. "The employees had to hold it before they were allowed to go to bathroom. Of course, it was painful, but you do what you have to do." . . .

The Labor Department's Occupational Safety and Heath Administration issued a citation under 1910.14(c) – toilet facilities, that "Employers must provide access" to bathroom facilities "with no unreasonable restrictions."

The African Development Foundation has restricted bathroom breaks for me by forcing me to wait until a replacement worker can be located. Letters from my physicians to the Agency pleading that I be accommodated with bathroom breaks, because of medical reasons (a bladder condition), were completely ignored.

It is my hope that my case will be heard in District Court so that this Agency will know that their bathroom policy caused damage to an employee's health, that their action has consequences and will not go unnoticed. I believe by honoring my special request, for a court appointed attorney, would allow justice to be serve for this injustice by a Federal Government Agency.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief.

_Janice Cobb-Hennix_     10-16-06
Janice Cobb-Hennix                      DATE
Administrative Operations Assistant
Finance Office
African Development Foundation

3