AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Janice E. Cobb-Hennix

V.

Nathaniel Fields, President
African Development Foundation

and

African Development Foundation

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-1572 (PLF)

TO: (Name and address of Defendant)

The U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC   20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Janice E. Cobb-Hennix
3104 Ramsgate Place
Fort Washington, MD   20744

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

T. Davis
(By) DEPUTY CLERK

DATE: 10/16/06

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | Oct. 18, '06  1348 hrs |
| NAME OF SERVER (PRINT) FRANTZ FRANCOIS-Eugene | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 950 Penn. Ave. N.W. Dept of Justice
Raymond McDowell -- 514-1652 (2)   1348 hrs

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct. 18 '06     Frantz Francois-Eugene
              Date            Signature of Server

P.O. Box 56049 -- 20040, D.C.
Address of Server

RECEIVED
OCT 18 2006
NANCY MAYER WHITTINGTON, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.