AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Janice E. Cobb-Hennix

V.

Nathaniel Fields, President
African Development Foundation

and

African Development Foundation

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-1572 (PLF)

TO: (Name and address of Defendant)

> The U.S. Attorney for the District of Columbia
> 501 Third Street, N.W.
> Washington, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Janice E. Cobb-Hennix
> 3104 Ramsgate Place
> Fort Washington, MD 20744

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
_____
CLERK

T. Davis
_____
(By) DEPUTY CLERK

DATE 10/16/06

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | October 18, '06  10:14 AM |
| NAME OF SERVER (PRINT) FRANTZ FRANCOIS-Eugene | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 501 3rd st. N.W.
Gary Nails - Contractor - 616-5074 (2) U.S. Dept of Justice

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct. 18, '06      Frantz Francois-Eugene
              Date                Signature of Server

P.O. Box 56049 -- 20040, D.C.
Address of Server

RECEIVED
OCT 18 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.