```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

JANICE COBB-HENNIX,           )
                              )
        Plaintiff,            )
                              )
    v.                        )  Civil Action No. 06-1572 PLF
                              )
NATHANIEL FIELDS, et al.,     )
                              )
        Defendants.           )
                              )
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for the Defendants in this action.

Respectfully submitted,

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made by mailing a copy thereof to:

JANICE E. COBB-HENNIX
3104 Ramsgate Place
Fort Washington, MD 20744

on this 15th day of December, 2006.

```
                              _____
                              W. MARK NEBEKER, DC Bar # 396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 514-7230
```