```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JANICE COBB-HENNIX,             )
                                )
        Plaintiff,              )
                                )
    v.                          )  Civil Action No. 06-1572 PLF
                                )
NATHANIEL FIELDS, et al.,       )
                                )
        Defendants.             )
_____)
```

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Complaint up to and including Monday, January 22, 2007.  Plaintiff could not be reached by telephone to determine her position on this motion.[2]

Defendants request this additional time because the Assistant United States Attorney ("AUSA") assigned the matter has been working with agency counsel to complete the drafting of a dispositive motion in this action, but has not yet had time to complete that process.  This is due to the fact that counsel only recently received exhibits and must review them and incorporate them into the motion.  In addition, the AUSA is scheduled to be

---

[1] The defendants are: 1) Nathaniel Fields, the President of the African Development Foundation and 2) the African Development Foundation.

[2] A message was left on the answering machine at the number provided by plaintiff asking for her position on this motion, but Plaintiff had not yet had the opportunity to return the call as of the drafting of this motion.

out of the office over the Holidays and has numerous other filings that he has been preparing and that he must prepare in the coming week. Accordingly, Defendants seek until Monday, January 22, 2007, within which to file the needed response to the Complaint.

    WHEREFORE, the defendants request an enlargement of time in this matter.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing a copy thereof to :

JANICE E. COBB-HENNIX
3104 Ramsgate Place
Fort Washington, MD 20744

on this 15th day of December, 2006.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230