```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JANICE COBB-HENNIX,            )
                               )
        Plaintiff,             )
                               )
    v.                         )  Civil Action No. 06-1572 PLF
                               )
NATHANIEL FIELDS, et al.,      )
                               )
        Defendants.            )
_____)
```

                                ORDER

    Upon consideration of the Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this \_\_\_\_ day of

_____, 2006,

    ORDERED that the said motion be and hereby is granted; and it is

    FURTHER ORDERED that the time within which respond to Plaintiff's Complaint be and hereby is enlarged up to January 22, 2007.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER                     JANICE E. COBB-HENNIX
Assistant U.S. Attorney             3104 Ramsgate Place
Civil division                      Fort Washington, MD 20744
555 4th Street, N.W.
Washington, DC  20530
```