UNITED STATES OF AMERICA
District Court for the District of Columbia

| | |
|---|---|
| Janice Cobb-Hennix )<br>)<br>Plaintiff )<br>) Civil Action No. 06-1572 Pl.F<br>v. )<br>)<br>Nathaniel Fields, et al., )<br>)<br>Defendants. )<br>) | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT

Plaintiff in the above-captioned action hereby opposes Defendant's request for an extension of time within which to file its response to Plaintiff's Complaint, which apparently Defendant intends to be a dispositive motion. Plaintiff, who is now *pro se*, received a voice mail message on her home telephone number only from Defendant's counsel on Friday, December 15, 2006, stating that he would be requesting an extension of time within which to file the Agency's response to Plaintiff's Complaint. Plaintiff received this message on Saturday, December 16, 2006. He stated that the reason he was going to request the extension was that he had just recently received the case. Plaintiff received no further communication from Defendant's counsel on this matter until Monday night, December 18, 2006, after any response to Plaintiff's complaint was due, when Plainfiff received the mailed service copy of the extension request to this court.

**RECEIVED**

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff opposes this motion for several reasons. First, Plaintiff will be harmed by the allowance of this extension because this case has already consumed several years of her life and an extension will serve to further that. Second, Defendant Agency does not have good case for requesting the extension. Plaintiff believes that Defendant had 90 days or more within which to file its response, in regard to this case that has been ongoing for several years. It had more than adequate time to accomplish this task, but at the eleventh hour requested an extension, without even providing Plaintiff time to respond. Third, Defendant's counsel did not properly satisfy the meet and confer requirements before filing the motion for an extension. For all of these reasons, the motion for an extension of time should be denied.

                              Respectfully Submitted,

                              Janice Cobb-Hennix
                              3104 Ramsgate Place
                              Fort Washington, MD 20744