```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JANICE COBB-HENNIX,            )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civil Action No. 06-1572 PLF
                               )
NATHANIEL FIELDS, et al.,      )
                               )
        Defendants.            )
_____)
```

ORDER

UPON CONSIDERATION of Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, for the grounds stated therefor, and based upon the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that this action be and is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

JANICE E. COBB-HENNIX
3104 Ramsgate Place
Fort Washington, MD 20744