```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JANICE COBB-HENNIX,             )
                                )
        Plaintiff,              )
                                )
    v.                          ) Civil Action No. 06-1572 PLF
                                )
NATHANIEL FIELDS, et al.,       )
                                )
        Defendants.             )
                                )
```

## NOTICE OF FILING

Defendants hereby file the exhibits to defendants Motion to Dismiss or, in the Alternative, for Summary Judgment filed on January 22, 2007. The exhibits[1], which are voluminous, will be filed in accordance with the Court's ECF rules.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, DC Bar #498610
        United States Attorney

        _____
        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney

        _____
        W. MARK NEBEKER, DC Bar #396739
        Assistant United States Attorney

---

[1] The exhibits have been properly redacted in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a.

CERTIFICATE OF SERVICE
---

I HEREBY CERTIFY that service of the foregoing Defendants Notice of Filing and exhibits has been made through the Court's electronic transmission facilities on this 2nd day of February, 2007.

```
                                    _____
                                    W. MARK NEBEKER, D.C. Bar #396739
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, DC  20530
                                    (202) 514-7230
```