Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit AA



# AFRICAN DEVELOPMENT FOUNDATION

August 15, 1997

Ms. Rita C. Robinson, Claims Examiner
U.S. Department of Labor, Employment Standards Administration
Office of Workers' Compensation Programs
Division of Federal Employees' Compensation
Room 800
800 North Capitol Street, N.W.
Washington, D.C. 20211

                RE: File Number A25-507462
                      Janice E. Cobb

Dear Ms. Robinson:

The following statement is in reference to Ms. Cobb's submission of a co-worker's written statement regarding the difficulty Ms. Cobb experiences in finding a person to relieve her at the front desk in order to use the rest room and, consequently, having to lock the front door to the office suite.

> On several occasions, I have personally stated to Ms. Cobb that, if she could not find, *in a timely manner*, one of the four persons specifically designated to relieve her from the front desk, she should proceed to lock the front office door and go to the rest room. I further stated to Ms. Cobb that aside from the persons specifically charged with assisting her with front desk coverage, she may ask anyone on the the staff to cover the front desk for her when she must use the rest room, even me, the President of the Foundation.

If you have any further questions regarding this matter, please do not hesitate to contact my Personnel Officer, Ms. Constance M. Smith-Field at (202) 673-3916.

                              Sincerely,

                              William R. Ford
                              President

