Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit B

Previous Position

## POSITION DESCRIPTION (Please Read Instructions on the Back)

| | | | | | |
|---|---|---|---|---|---|
| Reason for Submission: [X] New, [ ] Other (Show any positions replaced) | 3. Service: [X] Hdqtrs [ ] Field | 4. Employing Office Location: Washington, DC | 5. Duty Station: Washington, DC | | 1. Agency Position No.: A 9406 |
| | 7. Fair Labor Standards Act: [ ] Exempt [X] Nonexempt | 8. Financial Statements Required: [ ] Executive Personnel Financial Disclosure [ ] Employment and Financial Interests | | | 6. OPM Certification No. |
| | 10. Position Status: [X] Competitive, [ ] Excepted (Specify in Remarks), [ ] SES (Gen.), [ ] SES (CR) | 11. Position is: [ ] Supervisory, [ ] Managerial, [X] Neither | 12. Sensitivity: [ ] 1—Non-Sensitive, [ ] 2—Noncritical Sensitive, [X] 3—Critical Sensitive, [ ] 4—Special Sensitive | | 9. Subject to IA Action: [ ] Yes [X] No |
| | | | | | 13. Competitive Level Code: 1100 |
| | | | | | 14. Agency Use |

| Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| U.S. Office of Personnel Management | | | | | | |
| Department, Agency or Establishment | Procurement Assistant (Typing) | GS | 1106 | 07 | CM | 02-03-94 |
| Second Level Review | | | | | | |
| First Level Review | | | | | | |
| Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacant, specify)

| a. Department, Agency, or Establishment | c. Third Subdivision |
|---|---|
| b. First Subdivision | d. Fourth Subdivision |
| c. Second Subdivision | e. Fifth Subdivision |

18. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

19. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional) |
|---|---|
| Genevieve Peterson<br>Administrative/Contracting Officer | Thomas F. Wilson<br>Director, Office of Budget, Finance & Administration |
| Signature / Date: 02-03-94 | Signature / Date: 02-03-94 |

20. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

22. Position Classification Standards Used in Classifying/Grading Position: GS-1106

Name and Title of Official Taking Action:
Constance Smith-Field
Director, Personnel



Date: 02-03-94

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee (optional) | | | | | | | | | | |
| Supervisor | | | | | | | | | | |
| Classifier | | | | | | | | | | |



Description of Major Duties and Responsibilities (See Attached)



Procurement Assistant (Typing)
GS-1106-07

A. Major Duties

This position is located in the Office of Budget, Finance and Administration, African Development Foundation. Incumbent is responsible for providing technical support to the contracting officer by carrying out a variety of administrative tasks incidental to the procurement and contracting operations of the Foundation. This involves, e.g., preparation of procurement documents, assemblage of price data, maintenance of contracts and procurement records and files and preparation of reports. Representative tasks are as follows.

- Prepares purchase orders and delivery orders based on procurement requests, standard purchasing procedures and GSA-negotiated contracts.

- Reviews and logs invoices received from vendors, obtains certification of receipt, enters fiscal data from procurement files and responds to vendor inquiries.

- Conducts research to find sources for supplies or services by referring to GSA schedules, directories, catalogue, internal records and previous procurement files, etc. Contacts potential vendors to obtain price quotations, ascertains availability of goods and/or services and obtains delivery information.

- Types contracts and purchase orders prepared by the contracting officer and delivers the accomplished documents to the appropriate locations via mail or fax.

- Reviews telecommunications invoices and telephone logs to determine appropriate offices to charge and detect possible abuse of communications services.

- Establishes and maintains procurement files and document control logs for the procurement office.

- Performs other related duties as assigned.

B. Factors

1. Knowledge Required by the Position:

- Knowledge of basic procurement principles and applicable procedures for completing procurement documents and transactions.

- Ability to conduct research and identify supply and service sources and to determine and submit research results/findings in the most appropriate format.

06/05/2009 13:57 2026733926 DMAPTIN PAGE 03

- Ability to understand and follow written guidance and regulations, to prioritize work and efficiently handle multiple competing assignments.

- Ability to communicate clearly and work effectively with agency staff as well as personnel of outside organizations including potential vendors.

- Highly skilled in the use of a typewriter and automated data processing equipment.

2. Supervisory Controls:

Incumbent reports to the Administrative Officer of the Foundation (who also serves as the Contracting Officer), who provides day-to-day supervision. Incumbent is expected to work independently on routine purchase and delivery orders and independently handle ordering of various supplies. The supervisor reviews completed work, and provides advice and assistance on more complex or difficult transactions, such as the preparation of written requests for quotations. The supervisor is kept advised on any unresolved problems concerning deliveries or performance.

3. Guidelines:

Guidelines include Federal procurement rules and regulations, agency policy and procedures, and supervisory instructions. The employee uses judgment in locating and selecting the most appropriate guidance. Situations to which existing criteria cannot be applied are referred to the supervisor.

4. Complexity:

The decision regarding what needs to be done depends upon the analysis of the subject, phase, or issues involved in each assignment, and the chosen course of action may have to be selected from several alternatives.

5. Scope of Effect:

The work involves the execution of specific rules, regulations, or procedures and typically comprises a complete segment of an assignment or project of a broader scope.

The services provided affect the accuracy and reliability of the procurement process for both U.S. and international operations of the Foundation.

6. Personal Contacts:

Personal contacts are with agency staff where procurement originates, as well as with procurement sources, delivery agents, and service representatives. A high level of effectiveness in personal and telephone contacts is required.

7. Purpose of Contacts:

   Contacts are for the purpose of exchanging substantive information.

8. Physical Demands:

   The work is primarily sedentary. Occasional lifting or moving of material is required.

9. Work Environment:

   The work is conducted in an office setting.