Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit BBB – Exhibit EEE



# AFRICAN DEVELOPMENT FOUNDATION

March 23, 1999

TO: Ms. Deborah Bentley
Payroll Office
DOI – Denver
Administrative Service Center

FROM: Constance M. Smith-Field
Personnel Director
African Development Foundation

SUBJECT: Advancement of Sick Leave

Please advance sick leave in the amount of 28 hours to employee **Janice E. Cobb-Hennix**, and issue Ms. Cobb-Hennix a check covering the remainder of money due for the eighty-hour pay period (9906).

Approved: _____ 3/23/99
Constance M. Smith-Field
Personnel Director

Approved: _____
William R. Ford
President, African Development Foundation

1400 Eye Street, N.W. · Tenth Floor · Washington, D.C. 20005 · (202) 673-3916 · fax: (202) 673-3810 · email: info@adf.gov



# AFRICAN DEVELOPMENT FOUNDATION

DATE: March 26, 1999

TO: Nathaniel Fields, Vice President

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant

SUBJECT: Request for Advance Sick Leave for Continued Medical Care

I am requesting 43 hours of advance sick leave for times needed for continued medical care for my chronic illness.

Thank you in advance for your continued understanding and for honoring this request.

Approved: _Nathaniel Fields (for)_ Date: 3/26/99
William Ford, President

Approved: _Nathaniel Fields_ Date: 3/26/99
Nathaniel Fields, Vice President

Approved: _Constance Smith-Field_ Date: 3/26/99
Constance Smith-Field
Director, Personnel

NOTE: As of 03/26/99, per Payroll/Personnel Ofc. of Dept. of Interior (ADF's pay/pers vendor), Ms. Cobb may be granted forty-three (43) hours of advanced sick leave. This amount (43hrs) is the maximum amount that can be granted until the amount owed is reduced. This is in compliance with OPM regulations.

1400 Eye Street, N.W. • Tenth Floor • Washington, D.C. 20005 • (202) 673-3916 • fax: (202) 673-3810 • email: info@adf.gov



# AFRICAN DEVELOPMENT FOUNDATION

DATE: June 3, 1999

TO: William R. Ford, President

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant

SUBJECT: Request for Advance Sick Leave for Continued Medical Care

I am requesting 46 hours of advance sick leave for continued medical care for my chronic illness.

Thank you in advance for your continued understanding and for honoring this request.

Approved: _____ Date: 6/3/99
William Ford, President

Approved: _____ Date: _____
Constance Smith-Field
Director, Personnel

1400 Eye Street, N.W. • Tenth Floor • Washington, D.C. 20005 • (202) 673-3916 • fax: (202) 673-3810 • email: info@adf.gov

## INTEROFFICE MEMORANDUM

TO: BARBARA BROWNER, MIS
FROM: JANICE COBB-HENNIX
SUBJECT: ADVANCE SICK LEAVE
DATE: 06/30/99

I am requesting 40 hours of Advance Sick Leave for illness, medical appointments, and continuing medical treatment.

Thank you in advance.

*Janice Cobb-Hennix*
Janice Cobb-Hennix

APPROVED:

_____     6/30/99
William Ford, President              Date

_____     _____
Nathaniel Fields, Vice President     Date

_____     _____
Constance Smith-Field, Director of Personnel     Date