Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit C



# AFRICAN DEVELOPMENT FOUNDATION

November 27, 1995

TO: Ms. Janice E. Cobb

SUBJECT: Notification of Reduction-in-Force Action

REFERENCES: (a) 5 CFR Part 351
(b) OPM Workforce Restructuring Handbook
(c) 5 CFR Part 536

ENCLOSURES: (1) Office Assistant (Typing), GS-303-6 Position Description
(2) Grade and Pay Retention Fact Sheet
(3) Offer Acknowledgement Form
(4) 5 CFR Part 351
(5) 5 CFR Part 1201
    5 CFR Part 1209, U. S. MSPB Appeal Form

1. It is necessary to hold a reduction-in-force in your competitive level. The retention rights of all employees concerned have been carefully checked. I regret to inform you that your name has been reached for release from your competitive level and as a result you are to change to a lower grade to the position of Office Assistant (Typing), GS-303-6, at saved pay of $29,990 per annum, Enclosure (1). The effective date of this action is February 4, 1996.

2. The reason for this reduction-in-force is due to the agency facing a significant reduction in operating funds and it's response to the National Performance Review's mandate for downsizing. These actions necessitate a major reorganization of the agency and result in the elimination of your current position.

3. You are entitled to grade retention for a period of two years and pay retention in accordance with the provisions of 5 CFR Part 536, reference (c). Enclosure (2) provides information regarding grade and pay retention.



*Attachment*

4. Retention preference information concerning you is as follows:

    Service: Competitive
    Competitive Area: African Development Foundation (ADF) Washington, D. C.,
    Competitive Level: 1100
    Tenure Subgroup: I B
    Service Computation Date: 03-22-71
    Last 3 performance ratings of record: EFS, FS, FS
    Final Adjusted Service Computation Date: 03-22-57
    Title and Series: Procurement Assistant (Typing)
    Grade: GS-1106-7
    Salary: $29,990 per annum

5. The offer of change to a lower grade position in paragraph (1) is in lieu of separation by reduction-in-force. Please indicate whether you will accept this offer by completing and returning within five (5) work days the Offer Acknowledgement Form, Enclosure (3) to the Director of Personnel, ADF. Failure to accept the offer within the time limits will be considered a declination and unless other employment becomes available you will be separated by reduction-in-force at the close of business (COB) on January 31, 1996.

6. This reduction-in-force notice does not reflect on your service or conduct. Paragraph two (2) states the sole reasons for this action. You may use this notice as a reference if you seek other employment.

7. A copy of the regulations and instructions governing reduction-in-force are provided as Enclosure (4). You may also see the retention registers and any other records which have a bearing on your case. You may see this information and discuss the action planned in your case by contacting:

    Ms. Constance Smith-Field, Director of Personnel
    African Development Foundation
    Washington, D. C.
    Telephone: (202) 673-3916

(13)

8. You can appeal this action to the U. S. Merit Systems Protection Board (MSPB), Washington Regional Office, 5203 Leesburg Pike, Suite 1109, Falls Church, VA 22041-3473 in writing if you believe the reduction-in-force regulations have not been correctly applied in your case. Enclosure (5) is a copy of the MSPB regulations and appeal form. You may appeal at any time beginning the day after the effective date of the action but not later than 20 calendar days after the effective date. An appeal should give the reasons why you believe the agency action was improper. The appeal may include such matters as the extent of the competitive area and competitive level, the determination of your retention standing, and your qualifications for some job held by a person you could displace.

WILLIAM R. FORD, President
African Development Foundation

(14)

**POSITION DESCRIPTION** (Please Read Instructions on the Back)

| Field | Value |
|---|---|
| 1. Agency Position No. | A9508 |
| 2. Reason for Submission | Redescription, New (X), Reestablishment |
| 3. Service | Hdqtrs., Field |
| 4. Employing Office Location | Washington, DC |
| 5. Duty Station | Washington, DC |
| 6. OPM Certification No. | |
| 7. Fair Labor Standards Act | Exempt / Nonexempt |
| 10. Position Status | Competitive (X) |
| 12. Sensitivity | (checked) |
| 13. Competitive Level Code | 401 |

Replaces PD#A8906

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| Department, Agency or Establishment | Office Assistant (Typing) | GS | 0303 | 06 | | 11/1/95 |

Organization: African Development Foundation
Subdivision: Office of Budget & Administration

Supervisor: James F. Wilson, Director, OBA
Higher-Level Supervisor: William R. Ford, President, ADF — 11/01/95

Position Classification Standards Used: GS-303, GS-203

Official Taking Action: Smith-Field, Director, Office of Personnel

Office Assistant (Typing)
GS-303-06

A. Major Duties:

This position is located in the Office of Budget and Administration, African Development Foundation, Washington, DC. Incumbent provides administrative and clerical support to the Office of Budget and Administration (OBA) and performs telephone and receptionist duties for the African Development Foundation (ADF). Representative tasks are as follows.

In support of OBA staff members, prepares, in final form, a variety of typewritten correspondence, e.g., letters, memoranda, reports, policy and procedural directives, financial and statistical documents, purchase orders, procurement requests, travel documents and vouchers.

Serves as the Foundation's first line representative to the public. Incumbent exercises tact and diplomacy in greeting the general public and African visitors and in facilitating telephone communications. Maintains visitors register; tactfully requests visitors to sign and date register.

Sorts and routes all incoming mail and prepares a daily chron for distribution to the President of ADF and other senior staff members. Prepares acknowledgment of receipt of various correspondence.

Oversees all Foundation courier and overnight mail as well as international mail service activities; maintains all courier records and reconciles records with invoices.

On occasion, as instructed, and in accordance with OBA policy and procedures, uses the agency's automated information system to enter a variety of narrative and financial data covering the various functional areas of the office.

Performs other related duties as assigned.

B. Factors:

   1. Knowledge Required by the Position

   - Knowledge of office activities, policies and procedures as well as understanding of the agency's efforts in meeting its mandate of supporting grassroots development in Africa.

- Knowledge of standard correspondence formats, filing systems, domestic and international mail procedures as well as the standard administrative office management practices and procedures.

- Ability to organize and coordinate assignments; to deal courteously and tactfully with a wide variety of people.

- Skill of a fully qualified typist to operate an electric typewriter and/or word processor.

2. Supervisory Controls.

Works under the general supervision of the Director of Budget and Administration. Incumbent proceeds independently in carrying out assigned tasks in accordance with established policy and procedures. Work is reviewed for accuracy and adherence to established guidelines and compliance with instructions.

3. Guidelines.

Available guidelines include ADF policies, procedures, and directives as well as those established specifically by the Office of Budget and Administration. Incumbent uses judgment in interpreting and applying established guidelines in carrying out routine tasks. Situations involving significant deviation from established guidelines or the absence of adequate guidelines are referred to the supervisor.

4. Complexity.

Incumbent's work involves a variety of administrative, technical and clerical functions. Assignments are characterized by the coordination efforts required, the different and unrelated processes and methods involved and the continuous need to effectively and tactfully communicate with a wide variety of persons.

5. Scope and Effect.

The work impacts upon the operational activities of the Office of Budget and Administration in particular, and ADF as a whole in its effort to meet the needs of Africa's disadvantaged.

6. Personal Contacts.

There are frequent contacts with agency employees, personnel of other Federal agencies, African constituency, foreign dignitaries and members of the general public.

7. Purpose of Contacts.

   Purpose of contacts is to greet visitors and facilitate telephone communications, to obtain, clarify, provide or exchange information.

8. Physical Demands.

   Work is primarily sedentary. No special physical demands are required to perform duties.

9. Work Environment.

   Work is performed in an office setting.