Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit DD



## AFRICAN DEVELOPMENT FOUNDATION

DATE:           June 20, 1997

TO:             Tom Wilson, Director
                Office of Budget, Finance and Administration

FROM:           Janice Cobb-Henny
                Office Assistant

SUBJECT:        Letter from Doctor Griffin

In response to your memo, dated May 19, 1997, regarding the issues raised in the letter from Doctor Griffin, that you provide me a "work environment" that will not further complicate my disability, please refer to the document enclosed.

When I saw Doctor Griffin on June 16, 1997, for medical care, he advised me to used the enclosed document which address your request for specific information regarding the nature and effect of my "chronic medical disability" and the "necessary work environment I require.

If you still have questions, please call him directly on (202) 526-4400.

