Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit E

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| COBB, JANICE E. | | | 02/04/96 |

### FIRST ACTION

| 5-A Code | 5-B. Nature of Action |
|---|---|
| 740 | POSITION CHANGE |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| PNM | REG. 351.403 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| VMJ | 5 U.S.C. 5362(A) |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
PROCUREMENT ASSISTANT (TYPING)
A9406

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 01106 | 07 | 09 | $31746.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $30726 | $1020 | $31746 | |

14. Name and Location of Position's Organization
4150000000
AFRICAN DEVELOPMENT FOUNDATION
OFFICE OF BUDGET, PLANNING & ADMIN
WASHINGTON, D.C.

15. TO: Position Title and Number
OFFICE ASSISTANT (TYPING)
A9508

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 00303 | 06 | 00 | $31746.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $30726 | $1020 | $31746 | |

22. Name and Location of Position's Organization
4150000000
AFRICAN DEVELOPMENT FOUNDATION
OFFICE OF BUDGET, PLANNING & ADMIN
WASHINGTON, D.C.

### EMPLOYEE DATA

23. Veterans Preference
1 - None   3 - 10-Point/Disability   5 - 10-Point/Other
2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30%

24. Tenure: 1
0 - None   2 - Conditional
1 - Permanent  3 - Indefinite

25. Agency Use

26. Veterans Preference for RIF: YES / NO (X)

27. FEGLI
HATTS LIFE PLUS ADDL OPT W/0
TIMES PAY & STD OPT & FAM OPT

28. Annuitant Indicator
9 - NOT APPLICABLE

29. Pay Rate Determinant: E

30. Retirement Plan
FICA & CSRS (PARTIAL)

31. Service Comp Date (Leave)
03/22/71

32. Work Schedule
F - FULL TIME

33. Part-Time Hours Per Biweekly Pay Period

### POSITION DATA

34. Position Occupied
1 - Competitive Service  3 - SES General
2 - Excepted Service     4 - SES Career Reserved

35. FLSA Category
N   E - Exempt
    N - Nonexempt

36. Appropriation Code
AN-ADF

37. Bargaining Unit Status
7777

38. Duty Station Code
11-0010-001

39. Duty Station (City - County - State or Overseas Location)
WASHINGTON, DC

40. AGENCY DATA | 41. | 42. | 43. | 44.

45. Remarks:
RETAINED GRADE WILL NOT BE USED FOR PURPOSES OF REDUCTION-IN-FORCE.
RETAINED GRADE WILL BE USED TO DETERMINE EMPLOYEE'S PAY, RETIREMENT AND INSURANCE BENEFITS, AND PROMOTION AND TRAINING ELIGIBILITY.
EMPL ENTITL TO RETAIND GRD OF GS-07 THRU 02/03/98
AGENCY REORGANIZATION AS A RESULT OF REDUCTION IN FORCE.

46. Employing Department or Agency
AFRICAN DEVELOPMENT FOUND

47. Agency Code
AN00

48. Personnel Office ID
4470

49. Approval Date
02/02/96

50. Signature/Authentication and Title of Approving Official
PERSONNEL OFFICER

50-315 DCN: 4470 AN 01291-A85
2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-4289

