Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit EE

*Calvin L. Griffin, M.D., P.C.*
1160 VARNUM ST. N.E., SUITE 108
WASHINGTON, DC 20017
TELEPHONE: (202) 526-4400

May 6, 1997

To whom it may concern:

This letter addresses Janice Cobb-Hennix's illness.

In response to a request to answer Section 2g of Form Ca-2, it is my medical opinion that the restrictions placed upon Ms. Cobb-Hennix has aggravated her present medical condition, as well as caused exacerbation of her medical condition.

Ms. Cobb-Hennix was taking oral dosages of Cytoxan. Cytoxan is used to interfere with the growth of susceptible proliferating cells. The mechanism of action is thought to involve cross-linking of cell DNA.

In taking this medication, she is required to intake ample fluids, even force fluids into her system. This will necessitate frequent voiding. Forced fluids intake helps to assure a large amount of urine output.

This process reduces the time the medication remains in the bladder. Otherwise, she may experience adverse reactions, for which she has shown some symptoms.

Without frequent voiding, which helps to prevent cystitis, the patient would experience hemorrhagic cystitis, bladder cancer, fribrosis of the urinary bladder with or without accompanying cystitis or atypical urinary bladder epithelial cells may appear in the urine.

The aforementioned bladder injuries are directly linked to not eliminating cyclophosphamide metabolites that the human body produces when Cytoxan is ingested.

By Ms. Cobb-Hennix being restricted in her freedom to void frequently, this has caused her to suffer from cystitis and has gravely aggravated her physical well being.

Along with the deterioration of her physical condition, the patient is found to be suffering from acute stress, anxiety and other stress related conditions by being denied the proper access that her condition demands.

Contact my office at the above address or telephone number if more information is needed.

Sincerely,

Calvin L. Griffin, M.D.