Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit FFF



## AFRICAN DEVELOPMENT FOUNDATION

DATE:    November 29, 1999

TO:    William R. Ford, President

FROM:    Janice Cobb-Hennix
Grants/Correspondence Management Assistant

SUBJECT:    Request for Advance Sick Leave for Continued Medical Care

I am requesting 16 hours of advance sick leave for continued medical care for my chronic illness.

Thank you in advance for your continued understanding and for honoring this request.

Approved: _____ Date: 12/8/99
William Ford, President

Approved: _____ Date: 12/14/99
Constance Smith-Field
Director of Personnel

1400 Eye Street, N.W. · Tenth Floor · Washington, D.C. 20005 · (202) 673-3916 · fax: (202) 673-3810 · email: info@adf.gov

