Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit GG

Memorandum

31 July, 1997

To:        Janice Cobb-Hennix
           Office Assistant

From:      Tom Wilson, Director
           Office of Budget, Finance and Administration

Subject:   Functional Realignment

The Vice-President has decided that the decentralization of the travel voucher function discussed in my earlier memorandum will not take place at this time. Please let me know if you have any questions.

