Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit GGG



# AFRICAN DEVELOPMENT FOUNDATION

DATE: March 27, 2000

TO: William R. Ford, President

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant

SUBJECT: Request for Advance Sick Leave for Continued Medical Care

I am requesting 16 hours of advance sick leave for continued medical care for my chronic illness.

Thank you in advance for your continued understanding and for honoring this request.

APPROVED:

_____  DATE: 3/29/2000
William Ford, President

_____  DATE: 3/29/00
Nathaniel Fields, Vice President


_____  DATE:_____
Constance Smith-Field
Director of Personnel

1400 Eye Street, N.W. · Tenth Floor · Washington, D.C. 20005 · (202) 673-3916 · fax: (202) 673-3810 · email: info@ad

