Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit H

Telephone (202) 526-4400

**CALVIN L. GRIFFIN, M.D., P.C.**
1160 VARNUM STREET N.E., SUITE 106
WASHINGTON, D.C. 20017

DISABILITY CERTIFICATE

Date 9-29-94

NAME Janice Cobb

ADDRESS _____

EMPLOYER _____

To whom it may concern:

This is to certify that the above patient was under my professional care from 9-29-94 to 10-27-94 inclusive, and was totally incapacitated during this time.

This is to further certify that the above patient has now recovered sufficiently to be able to return to light/regular work duties on _____

Restrictions: _____

Dr. Calvin L. Griffin

---

Telephone (202) 526-4400

**CALVIN L. GRIFFIN, M.D., P.C.**
1160 VARNUM STREET N.E., SUITE 106
WASHINGTON, D.C. 20017

DISABILITY CERTIFICATE

Date 10/26/94

NAME Janice Cobb

ADDRESS _____

EMPLOYER _____

To whom it may concern:

This is to certify that the above patient was under my professional care from 10/28/94 to 12/4/94 inclusive, and was totally incapacitated during this time.

This is to further certify that the above patient has now recovered sufficiently to be able to return to light/regular work duties on _____

Restrictions: _____

Dr. Calvin L. Griffin

TOTAL P.02

