Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit HHH



# AFRICAN DEVELOPMENT FOUNDATION

DATE: October 31, 2000

TO: Nathaniel Fields, President

FROM: Janice Cobb-Hennix
Grants/Correspondence/Management Assistant
OBFA

SUBJECT: Request for Advance Sick Leave

I am requesting 40 hours of advance sick leave to cover medical treatments and for continued medical care for my chronic condition. The leave I am requesting should cover all of my upcoming appointments for the remaining of this year.

Thank you in advance for your continued understanding and for honoring this request.

Approved: *Nathaniel Fields* DATE 11/2/00
Nathaniel Fields
President

Approved: _____ DATE _____
Constance Smith-Field
Director of Personnel

1400 Eye Street, N.W. • Suite 1000 • Washington, D.C. 20005-2208 • (202) 673-3916   fx: (202) 673-3810 • Email: info@adf.gov

