Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit HH

# Memorandum

17 September, 1997

**To:** The Record

**From:** Tom Wilson, Director
Office of Budget, Finance and Administration

**Subject:** Meeting with Janice Cobb-Hennix

I met with Janice Cobb-Hennix this afternoon to discuss her continued responsibility for the travel function in the Foundation. The conversation expanded to cover a much wider range of topics.

We had earlier indicated we were going to decentralize the authorization and voucher preparation functions. As a part of her EEO complaint, she had indicated she thought this was retaliation against her for complaining. We then decided to reverse ourselves and keep the functions with her.

She advised me at the beginning of the meeting that she could not handle the travel function as, combined with the stress of answering the telephones, it would cause her to become ill again. I told her that she had to make up her mind whether she wanted the function or not. We briefly discussed the history of the function and the fact that we had not had a receptionist doing this precise function before. I pointed out that, when Chiquita Stone was receptionist, she also had the job of examining travel vouchers. Janice claimed that Chiquita could do the work away from the front desk. I do not believe this was so.

Janice claimed that she would be well able to do the work if she were allowed time away from the front desk, that no one in the Foundation was under as much stress as she and that ADF had made no accommodation for her illness. I pointed out that there were a lot of people here under a lot of stress. The reduction in staffing levels had meant that many staff had to take on additional functions and that, with the reduction in the size of OBFA by approximately 50%, everyone was doing lots more than they did before.



Janice stated that she wished we had just abolished her job and separated her at the time of the RIF - at least she would have her retirement. I pointed out that the RIF was done strictly in accordance with the prescribed procedures and she agreed.

To Janice, her particular situation as receptionist seems to be by far the biggest problem. She states that the ringing phone and her inability to leave her desk are the greatest sources of her problems and that she could do so much more if she were in some other position.

Finally, with regard to the workload of travel authorizations coming up, I told her I would see if I could get authorization for her to work Comp time in the mornings before 8:30.

cc:  Bill Ford
     Nate Fields
     Connie Smith-Field
     Paul Magid