Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit I

**Calvin L. Griffin, M.D., P.C.**
1160 VARNUM ST. N.E., SUITE 109
WASHINGTON, DC 20017

TELEPHONE: (202) 526-4400

October 26, 1994

Re: Janice Cobb

To whom it may concern:

This is to certify that the above named patient is under my professional care. She will be totally incapacitated from 10/28/94 to 12/04/94.

If you have any questions please feel free to contact me at any time.

Sincerely,

Calvin L. Griffin, M.D.

