Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit II

```
From: Janice Cobb    9/29/97  10:27 AM
Priority: Normal
TO: Genevieve Peterson
CC: Tom Wilson
Subject: Travel Authorizations
------------------------------ Message Contents ------------------------------
```

I need front desk coverage so I can prepare travel authorizations for Cheryl Jones and Jayne Smith. They need them to they can get their shots because they will be on travel next Wednesday.

I can not prepare travel authorizations and answer the phones simultaneous as I did in the past as it has jeopardized my health and I am still suffering from the effect as it relates to my disability.

*[handwritten note, illegible]*

