Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit J

October 4, 1994

Subject: Request for Advance Sick Leave -200 hours

To: Tom Wilson, Director
Office of Budget & Finances
African Development Foundation

From: Janice E. Cobb
Procurement Assistant, OBF

I am requesting Advance Sick Leave for days I do not have leave to cover for medical reasons.

As I discussed with you yesterday, my physician has ordered bedrest at home to get the necessary medical treatment I need for full recovery from 9/29/94 to 12/4/94.

Thank you in advance. I'll keep you informed of my progress.

Approved: _____  Date: 10/27/94
Thomas F. Wilson
Director, OBF

Approved: _____  Date: 10/27/94
Gregory R. Smith, President
African Development Foundation

