Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit JJ

Memorandum

29 September, 1997

To:      Janice Cobb-Hennix
         Office Assistant

From:    Tom Wilson, Director
         Office of Budget, Finance and Administration

Subject: Preparation of Travel Authorizations

I have received your E-mail indicating that you are unable to prepare the travel authorizations for Jayne Smith and Cheryl Jones while you are carrying out your receptionist duties as you believe it may jeopardize your health. In order to accommodate your concerns, we will have someone else prepare these particular travel authorizations so that Cheryl and Jayne can get their inoculations in a timely manner.

cc:   Genevieve Peterson

