Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit K

# AFRICAN DEVELOPMENT FOUNDATION

## MEMORANDUM

DATE:    10/31/94

TO:      Tom Wilson, Director/OBF

FROM:    Janice Cobb, Procurement Assistant/OBF

SUBJECT: Request for Donation of Leave

Due to a medical emergency, I would appreciate your concurrence with my request for donated leave from ADF staff members. I have attached documentation from my physician explaining/detailing my illness.

Please note my medical treatment began on 9/29/94 - 12/4/94.

Approved: _____    Date: 10/31/94
         Gregory R. Smith, President

cc: Office of Personnel    Approved: _____
                                     Office of Personnel

Attachment:
As Stated

1400 Eye Street . Northwest . Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 673-3810