Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit KK

Memorandum

10 October, 1997

**To:** Janice Cobb-Hennix
Office Assistant

**From:** Tom Wilson, Director
Office of Budget, Finance and Administration

**Subject:** Overtime Procedures

the purpose of this memo is to clarify procedures for requesting overtime.

As you know, neither Genevieve nor I can approve overtime. All overtime requests have to be approved by Bill after being recommended by the appropriate supervisor. To ensure that we get the appropriate approvals on a timely basis, please do the following:

- Submit requests two days in advance, by 10:00 in the morning. For example - if you needed to work overtime on the morning of October 16, you should submit your request by 10:00 on the morning of the 14th. This will allow time for Genevieve to review and recommend it and for Bill to approve it.
- Submit your requests to Genevieve. If you give it to me, it is not likely to be dealt with in time.
- Detail on the request the work to be done (e.g. prepare voucher for Thad, prepare Travel Authorization for Nate and Bill).

This process will allow your requests to be reviewed and approved expeditiously. Let me know if you have any questions.

cc:  Genevieve Peterson
     Bill Ford

