Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit KKK



## AFRICAN DEVELOPMENT FOUNDATION

DATE:       August 23, 2001

TO:         Nathaniel Fields, President

FROM:       Janice Cobb-Hennix
            Grants/Correspondence Management Assistant

SUBJECT:    Request for Advance Sick Leave

I am requesting 50 hrs of advance sick leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.


Approved: _Nathaniel Fields_  DATE: _8/23/01_
            Nathaniel Fields, President


Approved: _____  DATE:_____
            Chiquita Stone-Evans
            Personnel Specialist

1400 Eye Street N.W. • Tenth Floor • Washington, D.C. 20005  • (202) 673-3916 •  fax: (202) 673-3810 •  email: info@adf.gov