Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit L

YouR FAX # 202-673-3810
ouR FAX # 301-423-4666

DATE: January 11, 1995

To: Tom Wilson, Director
OFFice of Budget + Finance

From: Janice E. Cobb
Procurement Assistant, OFBA

This is to request my balance of
60 hrs of Advanced ~~Annual~~ SICK Leave to
cover the pay period through
February 7, 1995 for an extended
illness.

Thank you in Advance

Janice E Cobb

