Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit LL

## Memorandum

15 October, 1997

**To:** The File

**From:** Tom Wilson, Director
Office of Budget, Finance and Administration

**Subject:** Overtime for Janice Cobb-Hennix

Janice advised me by telephone on Friday, that, based on my instructions to her on how to request overtime (attached), she would not be working any as the instructions were too involved..

cc: Bill Ford
Connie Smith-Field
Paul Magid
Nate Fields
Genevieve Peterson

