Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit LLL



# AFRICAN DEVELOPMENT FOUNDATION

DATE: October 2, 2001

TO: Nathaniel Fields, President

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant

SUBJECT: Request for Advance Sick Leave

I am requesting 29.5 hrs of advance sick leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.

Approved: _Nathaniel Fields_ DATE: _10/05/03_
Nathaniel Fields, President

1400 Eye Street, N.W. • Tenth Floor • Washington, D.C. 20005 • (202) 673-3916 • fax: (202) 673-3810 • email: info@adf.gov