Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit O

Thelma

Attached is my disability certificate to extend my time from work for further medical treatments.

By the end of this time period, my doctor will make a determination of whether my recovery is sufficient to return to work.

Janice E Cobb

Telephone (202) 526-4400

**CALVIN L. GRIFFIN, M.D., P.C.**
1160 VARNUM STREET N.E., SUITE 103
WASHINGTON, D.C. 20017

### DISABILITY CERTIFICATE

Date: 1-25-95

NAME: Janice Cobb
ADDRESS: 3104 Ramsgate PL, Ft Wash MD
EMPLOYER: African Development Foundation

To whom it may concern:

This is to certify that the above patient was under my professional care from 9-20-94 to present inclusive, and was totally incapacitated during this time.

This is to further certify that the above patient has now recovered sufficiently to be able to return to ~~light~~ regular work duties on 4-3-95

Restrictions: Temporary disable

Dr. Calvin L. Griffin

