Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit OO

# A free service of the
# Office of Disability Employment Policy
of the U.S. Department of Labor

- CONTACT US!
- WHAT'S NEW?
- Explanation of Services

**JAN Portals**
- For Private Employers
- For Federal Entitites
- For State & Local Governments
- For Individuals with Disabilities
- For Educational Settings
- Small Business & Self Employment Service
- Employment Links
- Frequently Asked Questions
- Español
- Web Site Accessibility & Alternative Formats
- Search JAN

Welcome to the



## 1-800-526-7234 (V/TTY)

The Job Accommodation Network (JAN) is a free consulting service that provides information about job accommodations, the Americans with Disabilities Act (ADA), and the employability of people with disabilities.

For JAN's complete table of contents:



**Highlights**
- Join JAN users for On-line discussion!
- Visit with JAN: Work-Site Accommodations: A Symposium for Employers
- JAN's Searchable Online Accommodation Resource (SOAR)
- JAN's on-line newsletter Consultants' Corner
- JAN E-News

What is JAN? | Contact Us | Publications | Site Map
| Copyright | Privacy Statement | Disclaimer |

 

JAN Web Site Credits
Page updated Wednesday, May 21, 2003

