Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit PPP



# AFRICAN DEVELOPMENT FOUNDATION

DATE: September 17, 2002

TO: Nathaniel Fields, President

THROUGH: Chiquita Stone-Evans
Personnel Specialist

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant

SUBJECT: Request for Advance Sick Leave

I am requesting 32 hrs. of advance sick leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.

Approved: _Nathaniel Fields_ DATE: 9/19/02
Nathaniel Fields, President

1400 Eye Street, N.W. • Suite 1000 • Washington, D.C. 20005-2248 • (202) 673-3916 • Fax: (202) 673-3810 • Email: info@adf.gov