Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit Q

Telephone (202) 526-4400

**CALVIN L. GRIFFIN, M.D., P.C.**
1160 VARNUM STREET N.E., SUITE 108
WASHINGTON, D.C. 20017

## DISABILITY CERTIFICATE

Date: 4-20-95

NAME: Janice Cobb

ADDRESS: _____

EMPLOYER: _____

To whom it may concern:

This is to certify that the above patient was under my professional care from 9-20-94 to 4-20-95 inclusive, and was totally incapacitated during this time.

This is to further certify that the above patient has now recovered sufficiently to be able to return to (light) ~~regular~~ work duties on 4-21-95

Restrictions: Working 4 Hrs. per day.

Dr. Calvin L. Griffin

