Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit QQQ



## AFRICAN DEVELOPMENT FOUNDATION

DATE: December 12, 2002

TO: Nathaniel Fields, President

THROUGH: Chiquita Stone-Evens
Personnel Specialist

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant

SUBJECT: Request for Advanced Sick Leave

I am requesting 24 hours. of Advanced Sick Leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.

Approved: _____ DATE: 12/12/02
Nathaniel Fields, President

1400 Eye Street, N.W. • Suite 1000 • Washington, D.C. 20005-2248 • (202) 673-3916 • Fax: (202) 673-3810 • Email: info@adf.gov