Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit R

*Request for Job Restructuri[ng]*

# AFRICAN DEVELOPMENT FOUNDATION

August 20, 1995

SUBJECT:   Processing the Mail

TO:        Tom Wilson, Director
           Office of Budget and Finance

FROM:      Janice Cobb
           Procurement Assistant, OBFA

Effectively immediately, I am requesting that I be remove temporarily from the responsibility of doing the mail based on my Doctor's instructions (see attached Disability Certificate).

On several occasions I discussed with Genevieve Peterson the problem required to perform this task due to physical exertion. This task physical requirements exceeds the limitation placed on me by my doctor, as stated on my disability certificate, and to continue performing this task will only impede my recovery.

As you know, I have had one relapse from over exerting myself. If I continue to performed the newly assigned duties which requires physical exertion, another relapse may occur again.

My Doctor released me to return to work in April based on the work I described to him in my present Job Performance Standards which can be mainly accomplished sitting and does not require any physical exertion.

In order for me to gain full recovery from my illness and to better concentrate on my duties, I am requesting that my Doctor's instructions stated on my Disability Certificates particularly, the one dated July 17, 1995, requesting that I only do "Sedentary Work", "Light Duty" i.e., work which can be accomplished sitting or involves occasionally standing and walking. Copies of the certificates were given to the Timekeeper and Genevieve Peterson.

Since my return to work back in April, I have increased my hours of work from 4 hours to 6 hours. If my doctor's instructions are followed I believe I will soon be working 8 hours a day.



COBB                                                             Page 2

Although I am working 6 hours I can perform duties assigned to me fully and I have accomplished the following: created and implemented a new supply form; pre-typed Purchase Orders and SF-1's to save preparation time when I am not in the Office to type them; set up a tracking system for the Procurement Requests; and I am in the process of creating a Postal Mail Service Survey to be sent to all the CLOs to determine the length of time the mail takes to arrive in-country and to determine how many U.S. Postal errors have occurred so we will know how well we are performing this task. (please note this information can be used to complete a Postal Survey we received last week from the U.S. Postal Service). The above accomplishments have made, or will make the completion of my assigned tasks much easier.

My request of elimination of the tasks outlined in this memo is only a temporary condition.

My goal is to be part of the solution of problems, not the problem.

If you and Ms. Peterson would like to discuss this matter with me further, please let me know.


cc: Genevieve Peterson

(18)