Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit RRR



# AFRICAN DEVELOPMENT FOUNDATION

DATE: March 7, 2003 *C.S.E.*

TO: Nathaniel Fields, President

THROUGH: Chiquita Stone-Evens *C.S.E.*
Personnel Specialist

FROM: Janice Cobb-Hennix *JCHennix*
Grants/Correspondence Management Assistant

SUBJECT: Request for Advanced Sick Leave

I am requesting 32 hours Advanced Sick Leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.

Approved: _____ DATE: 5/7/03
Nathaniel Fields, President


1400 Eye Street, N.W. · Tenth Floor · Washington, D.C. 20005 · (202) 673-3916 · fax: (202) 673-3810 · email: info@adf.gov

