Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit SS

**DISABILITY CERTIFICATE**

CALVIN L. GRIFFIN, M.D., P.C.
1160 Varnum Street N.E., Suite 108
Washington, DC 20017
Telephone: (202) 526-4400

Date: 5-11-95

This is to certify that Ms. Janice Cobb

has been under my professional care and was:

☒ Totally Incapacitated      ☐ Partially Incapacitated

from May 11, 1995 to May 19, 1995

Remarks: _____

Dr. Calvin L. Griffin

---

5-23-95

Thelma:
Please find attached my disability certificate for last week's leave of absence. Could you please give me a copy of my Time Sheet for last pay period. Also may I ~~also~~ have copies of any ANY leave Donation forms you receive within the last 2 weeks. Thanks

JC

