Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit SSS



## AFRICAN DEVELOPMENT FOUNDATION

DATE:           May 16, 2003

TO:              Nathaniel Fields, President

THROUGH:     Chiquita Stone-Evans
                    Personnel Specialist

FROM:          Janice Cobb-Hennix
                    Grants/Correspondence Management Assistant

SUBJECT:     Request for Advance Sick Leave

I am requesting 24 hrs. of advance sick leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.

Approved: _____     DATE: 5/19/03

for:    Nathaniel Fields, President

1400 Eye Street, N.W. · Tenth Floor · Washington, D.C. 20005 · (202) 673-3916 · fax: (202) 673-3810 · email: info@adf.gov

