Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit T

*Request for Flexible Workpla[ce]*

## AFRICAN DEVELOPMENT FOUNDATION

August 31, 1995

**CONFIDENTIAL**

SUBJECT: Flexible Alternative Workplace

TO: Tom Wilson, Director
Office of Budget and Finance

FROM: Janice E. Cobb  *Jacob*
Procurement Assistant, OBFA

A few weeks ago I discussed with you the possibility of the use my residence as an alternate flexible workplace due to my connective tissue disease which requires me to get periods of rest due to fatigue. At the time you stated it was a good idea.

By working at home (flexible workplace) during a 3-hour work schedule will allow me to better concentrate on my work duties in the Office of Budget and Finance. My workload has increased since my return back to work from my extended illness. The objective of this agreement is to provide better working environment suited for my medical condition.

I can especially concentrate better on reviewing the monthly telephone bills because there will not be the normal interruptions as in the official duty station. There is presently 8-month backlog of telephone bills needing review to identify the offices to be charged for the calls made, and to detect possible abuse. This massive backlog could easily be eliminated if I perform this task at home.

Other tasks which can be performed at the flexible workplace are:

(1) Prepare purchase requests, purchase orders and contracts, with a typewriter supplied by the Government.

(2) Contact potential vendors for supplies, equipment, goods and services.

(3) Prepare supply acquisitions.

These tasks will be performed as outlined in my Job performance standards and elements.

I am requesting that this arrangement begin September 17, 1995, or sooner, and ends when I am released by my doctor to perform

1400 Eye Street . Northwest . Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 673-3810

(8)



an 8-hour work schedule. I would like for my tour of duty to be 7:30 a.m-12:30 p.m at the official duty station. I can continue normal duties during the 5 hours which requires me to be physically present in the Office of Budget and Finance. The other 3 hours of work (outlined above) can be performed in the flexible workplace between the hours of 2:30-6:00 p.m which will constitute an 8-hour work day schedule producing full-time work for the Office of Budget and Finance.

The following are proposed guidelines:

A. The timekeeper will have a copy of my work schedule. My time and attendance shall be recorded in the same manner as if performing official duties at the official duty station.

B. If leave is taken, I will notify my supervisor in accordance with established procedures.

C. I will continue to work in pay status while working at the flexible workplace.

D. If I am furnished with Government equipment, I will maintain the equipment in accordance with established procedures. Government shall maintain and service government-owned equipment. The government shall provide miscellaneous supplies such as pencils, pens, paper, stapler, etc., commonly used in the normal work situation.

E. If business-related long distance phone calls are made over my personal phone line, I will be reimbursed when approve by my supervisor. I will provide a copy of the long distance telephone bill on which business-related log distance calls were incurred when applying reimbursement. My personal phone line will be available for business-related calls when I am working at the flexible workplace.

F. I will meet with my supervisor on each day to receive new assignments and review completed work as necessary, or appropriate.

G. All assigned work will be completed according to, and agreed upon work procedures, guidelines, and standards stated in the Job Performance Plan.