Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit TT

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006                NO.861   P30

01/09/01   TUE 17:02 FAX 301 677 3238        CPO PORT MEADE MD                    @001

Optional Form 630-B
June 1995
U.S. Office of Personnel Management
FPM Chapter 630

# Request To Donate Annual Leave To Leave Recipient *(Outside Agency)* Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave

remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate any pro-rated share to another leave recipient. However, to do so, I must remain employed by a Federal agency and be subject to chapter 63 of title 5, U.S.C. on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

## Privacy Act Statement

This program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a national, State, or local law enforcement agency where there is an indication of a violation or potential violation of civil or criminal law,

rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A - TO BE COMPLETED BY LEAVE DONOR | | |
|---|---|---|
| 1. Name (Last, First, Middle) BARNES George L. | 2. Social Security Number | 3. Employee Number |
| 4. Position Title, Pay Plan, and Grade/Pay Level RCI PM GM-1173-13 | | 5. Relationship of Leave Donor to Leave Recipient (if any) None |
| 6. Leave Donor's Agency (Agency, Department, Office, Division, Branch, etc.) See below | | |
| 7. Amount of Annual Leave as of End of Last Pay Period 107 hrs | 8. Amount of Leave Projected to Forfeit This Leave Year as of End of Last Pay Period 40 hrs | 9. Amount of Annual Leave To Be Transferred 40 hrs |
| 10. Leave Recipient's Name, Agency, Agency's Address, Organization (Agency, Department, Office, Division, Branch, etc.) Janice Cobb-Hennix African Development Foundation (ADF) 1400 Eye Street, NW, Suite 1000, Washington, DC 20005-2248 | | |
| 11. Leave Donor's Signature *(signature)* George P. Santos | | Date Signed 01/30/01 |

| PART B - TO BE COMPLETED BY EMPLOYING AGENCY OF LEAVE DONOR | |
|---|---|
| INSTRUCTIONS: Upon completion and approval of this form, forward a copy to the leave recipient's employing agency as soon as possible so that the transfer of leave can take place. | |
| 12. Enter the Amount of Annual Leave to Be Credited to the Leave Recipient's Annual Leave Account ► 40 | |
| 13. If the agency is waiving the maximum limitations for leave donation under the Voluntary Leave Transfer Program, describe the special circumstance that warrants the waiver | |
| 14. Name of Agency Contact Who Can Provide Further Information *Debbie Fredelle* | Telephone Number 301-677-7658 |
| I certify that the leave donor currently has sufficient annual leave in his/her annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave donation under the voluntary leave transfer program | Signature of Authorizing Official and Date Signed *Debra Fedidella* |

REPRODUCE LOCALLY  POC:  African Development Foundation
Chiquita Stone or Constance Smith-Field
Personnel Office 202-673-3916 Ext 105 or 103
FAX No. 202-673-3810



06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 9703B411006            NO.861   P31
Received: 4/14/00  8:28AM;   202 782 7607                             @002
06/14/00 FRI 09:19 FAX 202 782 7607        CPAC

### Request To Donate Annual Leave To Leave Recipient (Outside Agency)
### Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, to do so, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by an employee for the purpose of donation or using leave.

#### PRIVACY ACT STATEMENT

This program is voluntary; however, solicitation of this information authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, local law enforcement agency where there is an indication of a violation of a civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Providing the Social Security Number, or other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| 1. Name (Last, First, Middle) | 2. Social Security Number |
|---|---|
| MOORE DAPHNE DENISE | |

| 3. Position Title, Pay Grade, Series, and Step | 4. Relationship to Leave Recipient (if any) |
|---|---|
| GS-9-3 1082   Writer/Editor   (Annual Salary) 37,664 | Friend |

| 5. Leave Donor's Agency (Group, Office, Division, Branch, etc.) | 6. Telephone Number |
|---|---|
| Walter Reed Army Medical Ctr. Dept. of the Army  Dept. of ATRBLQ | 202 782 7505 |

| 7. Amount of Annual Leave at End of Last Pay Period | 8. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period | 9. Amount of Leave To Be Transferred |
|---|---|---|
| 198.50 hrs | 94.50 hrs | 16 hrs |

| 10. Leave Recipient's Name, Agency's Address, Organization (Agency, Department, Division, Branch, etc.) | Telephone Number |
|---|---|
| Junior Couch, African Development Foundation, 1400 I Street, NW, Washington, D.C. 20005 | 202/673-3916 |

| 11. Leave Donor's Signature | Date Signed |
|---|---|
| Daphne D Moore | 4/13/00 |

| 12. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account. |
|---|
| 16 |

13. If the Agency is waiving the maximum limitation for leave donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver.

| 14. Name of Agency Contact Who Can Provide Further Information | Telephone Number |
|---|---|
| Constance Smith-Field | 202 673-3916 |

I certify that the leave donor currently has sufficient annual leave in his/her annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave donation under the Voluntary Leave Transfer Program.

Signature of Authorizing Official and Date Signed

REPRODUCE LOCALLY    Mail or Fax to:                   African Development Foundation
1400 I Street, NW. Wash., DC 20005, or
Fax (202) 673-3816 – Telephone (202) 673-3916

Attn: Constance Smith-Field

06/02/2003  09:37   AFRICAN DEV. FOUNDATION → 97030411026    NO.861   P32

APR-28-99 09:32 AM                                                    P.02

U. S. Office of Personnel Management

# Request To Donate Annual Leave To Leave Recipient (Outside Agency)
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employer for the purpose of donating or using leave.

---

### PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation, or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

---

| PART A - TO BE COMPLETED BY DONOR | | 2. Social Security Number |
|---|---|---|
| 1. Name (Last, First, Middle) Dogon, Robertha O. | | |
| 3. Position Title, Pay Grade, Series, and Step Administrative Assistant | 6. Relationship to Leave Recipient (if any) Friend | |
| 5. Leave Donor's Agency (Group, Office, Division, Branch, etc.) Energy, 1000 Independence Ave., | U.S. Department of Wash.,DC 20585 | 5a. Telephone Number 202-586-9332 |
| 8. Amount of Annual Leave at End of Last Pay Period 379 | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period 139 | 8. Amount of Leave To Be Transferred 40 hours |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact—Chiquita Stom Janice Cobb, African Development Foundation,1400 I St., NW,10th Fl | | 9a. Telephone Number 202-673-3916 |
| 10. Leave Donor's Signature   Robertha O. Dogon | | 10a. Date Signed 4-8-99 |

| Part B - TO BE COMPLETED BY EMPLOYING AGENCY |
|---|
| INSTRUCTIONS: Upon completion and approval of this form, forward a copy to the Leave Recipient's employing Agency as soon as possible so that the transfer of leave can take place. |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶  40 |
| 12. If the Agency is waiving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. |

| 13. Name of Agency Contact Who Can Provide Further Information  Pamela J. Roberts | 13a. Telephone Number 301-903-4228 |
|---|---|
| I certify that the leave donor currently has sufficient annual leave in his annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program. | 14. Signature of Authorizing Official and Date Signed  Pamela J. Roberts |

REPRODUCE LOCALLY

OPM Form 1583-B
Rev. May 1992

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97039411006                    NO.861    D33

Appendix E



REE - 6
03/97

UNITED STATES DEPARTMENT OF AGRICULTURE
RESEARCH, EDUCATION AND ECONOMICS AGENCIES

# LEAVE TRANSFER PROGRAM - EXTERNAL TRANSACTIONS

## PART I - LEAVE TRANSFER INFORMATION

### SECTION A - TO BE COMPLETED BY DONOR'S AGENCY

**DONOR INFORMATION**

| 1A. NAME (Last, First, Middle Initial) | 1B. SOCIAL SECURITY NUMBER |
|---|---|
| Mooreman, Twila A | |

| 1C. AGENCY | 1D. PAY PLAN, GRADE, STEP | 1E. HOURLY RATE |
|---|---|---|
| United State Department of Agriculture | GS - 0326 - 0401 | |

**RECIPIENT INFORMATION**

| 2A. NAME (Last, First, Middle Initial) | 2B. SOCIAL SECURITY NUMBER | 2C. AGENCY |
|---|---|---|
| Janice Cobb | | African Development Foundation |

| 2D. NO. OF HOURS TO BE TRANSFERRED | 2E. TRANSFER TO BE EFFECTED THROUGH TINQ SYSTEM BY | 2F. LEAVE DEBITED FROM DONOR'S ACCOUNT DURING PAY PERIOD NO. |
|---|---|---|
| 16 | ☒ AGENCY   ☐ NFC | 17 |

**PERSONNEL OFFICE APPROVAL - DONOR**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| Judith A. Capozzi | Personnel Assistant   301-504-1468 | 8/20/98 |

### SECTION B - TO BE COMPLETED BY RECIPIENT'S AGENCY

1. PAY PERIOD LEAVE CREDITED TO RECIPIENT'S ACCOUNT

**PERSONNEL OFFICE APPROVAL - RECIPIENT**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

## PART II - LEAVE RECREDIT INFORMATION

### SECTION A - TO BE COMPLETED BY RECIPIENT'S AGENCY

| 1A. NO. OF HOURS TO BE RECREDITED | 1B. TRANSFER TO BE EFFECTED THROUGH TINQ SYSTEM BY | 1C. LEAVE DEBITED FROM RECIPIENT'S ACCOUNT DURING PAY PERIOD NO. |
|---|---|---|
| | ☐ AGENCY   ☐ NFC | |

**PERSONNEL OFFICE APPROVAL - RECIPIENT**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

### SECTION B - TO BE COMPLETED BY DONOR'S AGENCY

LEAVE CREDITED TO DONOR'S ACCOUNT DURING PAY PERIOD

**PERSONNEL OFFICE APPROVAL - DONOR**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

## Request To Donate Annual Leave To Leave Recipient (Outside Agency)
### Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to leave a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, to do so, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by an employee for the purpose of donation or using leave.

### PRIVACY ACT STATEMENT

This program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify people properly associated with the leave donation. It may also be disclosed to a National, State, local law enforcement agency where there is an indication of a violation of a civil or criminal law, rule, or regulation; to another agency or court, when the Government is party to a suit. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| 1. Name (Last, First, Middle) KING DIANE KINTNER | 2. Social Security Number |
| --- | --- |
| 3. Position Title, Pay Grade, Series, and Step PERSONNEL SECURITY TECHNICIAN OC 9 (Annual Salary) $ 42,850 | 4. Relationship to Leave Recipient (if any) aimee saint church |
| 5. Leave Donor's Department (Agency, Office, Division, Branch, etc.) COMPTROLLER SECURITY ADMIN/REDS SECURITY OFFICE | 6. Telephone Number 202/874-4906 |
| 7. Amount of Annual Leave at End of Last Pay Period 248 hrs | 8. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period 96 | 9. Amount of Leave To Be Transferred 9 hrs Annual |
| 10. Leave Recipient's Name, Agency's Address, Organization (Agency, Department, Division, Branch, etc.) Junius Cobb, African Development Foundation, 1400 I Street, NW, Washington, D.C. 20005 | Telephone Number 202/673/3916 |
| 11. Leave Donor's Signature Diane Kintner King | Date Signed 8/19/98 |

| 12. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account 9 hours Annual | |
| --- | --- |
| 13. If the Agency is waiving the minimum limitations for leave donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrants the waiver. None | |
| 14. Name of Agency Contact Who Can Provide Further Information | Telephone Number |
| I certify that the leave donor currently has sufficient annual leave in his/her/ annual leave account to make a donation for the requested amount of annual leave and that the approval of this donation does not exceed the maximum limitations for leave donation under the Voluntary Leave Transfer Program. | Signature of Authorizing Official and Date Signed |

**REPRODUCE LOCALLY**    Mail or Fax to:    Chiquita Stone, African Development Foundation
1400 I Street, NW, Wash., DC 20005, or
Fax (202) 673-3816 - Telephone (202) 673-3916

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006                    NO.861   P35
10-23-97 18:05

U. S. Office of Personnel Management                                          FPM Chapter 630

# Request To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the leave I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

## PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | | |
|---|---|---|
| 1. Name (Last, First, Middle)  ADAMS, BENJAMIN W. | | 2. Social Security Number |
| 3. Position Title, Pay Grade, Series, and Step  FACILITIES COORDINATOR (Annual Salary) $47,719.00  GS-1601-09 | 4. Relationship to Leave Recipient (if any)  FRIEND | |
| 5. Leave Donor's Agency (Name, Office, Division, Branch, etc.) Office of Personnel  NAVAL AIR SYSTEMS COMMAND HQ.  7.2.5 | 5a. Telephone Number | |
| 6. Amount of Annual Leave at End of Last Pay Period  328.50 | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period  144.50 HRS. | 8. Amount of Leave To Be Transferred  40.00 HRS. |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact  Janice Cobb, Africa Development Fund., 1400 I Street, N.W. 10th Fl., Wash, DC | | 9a. Telephone Number  202-673-3916 |
| 10. Leave Donor's Signature  Benjamin W. Adams | | 10a. Date Signed  10/6/97 |
| Part B - TO BE COMPLETED BY EMPLOYING AGENCY | | |
| INSTRUCTIONS: Upon completion and approval of this form, forward 1 copy to the Leave Recipient's employing agency as soon as possible so that the transfer of leave can take place. | | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ► | | |
| 12. If the Agency is waiving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. | | |
| 13. Name of Agency Contact Who Can Provide Further Information  Debby Ford | | 13a. Telephone Number  5013424000x618 |
| I certify that the leave donor currently has sufficient annual leave in the annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program. | 14. Signature of Authorizing Official and Date Signed | |

REPRODUCE LOCALLY                                                    OPM Form 1503A
                                                                     Rev. Mar. 1993

PLEASE FAX TO:  202-673-3810
Jennifer Parker
PAYROLL OFFICE
African Development Foundation
Washington, D.C.  20005-2248
Telephone No.: 202-673-3916

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006                    NO.861    D736

F 3690.1
1491
1081 DOE F 3690.1

## U.S. DEPARTMENT OF ENERGY

## LEAVE DONATION

(Submit completed and signed original form to your timekeeper)

| Donor's Name (Last, First, M.I.) | SSN | Donor's Organization |
|---|---|---|
| HINES, Virginia | - - - ... | ADF |

| Recipient's Name | Recipient's Organization |
|---|---|
| COBB, Janice | ADF |

For Non-DOE Recipient, Enter Mailing Address of Recipient's Payroll Office

I hereby authorize the transfer of __8__ hours of my annual leave to the above named leave recipient. I certify that I am scheduled to work at least 1 many hours before the end of the leave year, and that the leave recipient is not my supervisor.

_____ Donor's Signature          Dec 16, 1996, Date

Check here to donate restored leave. (If the donation is greater than the amount of restored leave to your credit, the remainder will be deducted from your regular leave account.)

### FOR PAYROLL USE

| __ hours of leave has been deducted from donor's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|

_____ Signature of Payroll Clerk          _____ Date

| __ hours of leave has been credited to recipient's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|

_____ Signature of Payroll Clerk          _____ Date

Acceptance of this donation is necessary to avoid placing the recipient on leave without pay, and the limitations imposed by 5 CFR 630.908 are hereby waived.

_____ Chief of Payroll          _____ Date

### Privacy Act Statement

.C. 6311 authorizes collection of this information. It will be used to transfer leave from your account to the recipient's account in accordance our instructions on the form. Your social security number is requested solely for the purpose of positively identifying leave donors so that ed leave can be charged to the proper account.

U.S. GOVERNMENT PRINTING OFFICE: 1991 O-460-237

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006                    NO.861      D37

# U.S. DEPARTMENT OF ENERGY

## LEAVE DONATION

*(Submit completed and signed original form to your timekeeper)*

| Donor's Name (Last, First, M.I.) | SSN | Donor's Organization |
|---|---|---|
| KAMINSKI, Thaddeus A. | | African Development Foundation |

| Recipient's Name | Recipient's Organization |
|---|---|
| Janise Cobb | (Same as donor) |

For Non-DOE Recipient, Enter Mailing Address of Recipient's Payroll Office

I hereby authorize the transfer of ____ hours of my annual leave to the above named leave recipient. I certify that I am scheduled to work at least that many hours before the end of the leave year, and that the leave recipient is not my supervisor.

Thaddeus A. Kaminski  Donor's Signature          December 6, 1996  Date

☐ Check here to donate restored leave. (If the donation is greater than the amount of restored leave to your credit, the remainder will be deducted from your regular leave account.)

## FOR PAYROLL USE

| ____ hours of leave has been deducted from donor's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|

_____ Signature of Payroll Clerk          _____ Date

| ____ hours of leave has been credited to recipient's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|

_____ Signature of Payroll Clerk          _____ Date

Acceptance of this donation is necessary to avoid placing the recipient on leave without pay, and the limitations imposed by 5 CFR 630.908 are therefore waived.

_____ Chief of Payroll          _____ Date

### Privacy Act Statement

5 U.S.C. 6311 authorizes collection of this information. It will be used to transfer leave from your account to the recipient's account in accordance with your instructions on the form. Your social security number is requested solely for the purpose of positively identifying leave donors so that donated leave can be charged to the proper account.

U.S. GOVERNMENT PRINTING OFFICE

06/02/2003   09:37    AFRICAN DEV. FOUNDATION → 97038411006                    NO.861    □38

DOE F 3630.1
(07-89)
Replaces DOE F 3630.1

## U.S. DEPARTMENT OF ENERGY

## LEAVE DONATION

*(Submit completed and signed original form to your timekeeper)*

| Donor's Name (Last, First, M.I.) | SSN | Donor's Organization |
|---|---|---|
| BYRD, Caroline T. | | African Development Foundation |

| Recipient's Name | Recipient's Organization |
|---|---|
| Janice Cobb | African Development Foundation, 1400 Eye St NW, 10th Floor Washington, D.C.   20036 |

For Non-DOE Recipient, Enter Mailing Address of Recipient's Payroll Office

I hereby authorize the transfer of ___8___ hours of my annual leave to the above named leave recipient. I certify that I am scheduled to work at least that many hours before the end of the leave year, and that the leave recipient is not my supervisor.

_Caroline T. Byrd_ Donor's Signature    _August 15, 1996_ Date

☐ Check here to donate restored leave. (If the donation is greater than the amount of restored leave to your credit, the remainder will be deducted from your regular leave account.)

---

### FOR PAYROLL USE

| _____ hours of leave has been deducted from donor's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|

_____ Signature of Payroll Clerk    _____ Date

| _____ hours of leave has been credited to recipient's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|

_____ Signature of Payroll Clerk    _____ Date

Acceptance of this donation is necessary to avoid placing the recipient on leave without pay, and the limitations imposed by 5 CFR 630.908 are therefore waived.

_____ Chief of Payroll    _____ Date

### Privacy Act Statement

5 U.S.C. 6331 authorizes collection of this information. It will be used to transfer leave from your account to the recipient's account in accordance with your instructions on the form. Your social security number is requested solely for the purpose of positively identifying leave donors so that donated leave can be charged to the proper account.

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97039411006    NO.861    P39

DOE F 3630.1
(07-92)
Replaces DOE F 3640.1

## U.S. DEPARTMENT OF ENERGY
### LEAVE DONATION
(Submit completed and signed original form to your timekeeper)

| Donor's Name (Last, First, M.I.) | SSN | Donor's Organization |
|---|---|---|
| BAH, RAMA | : | African Development Foundation (ADF) |

| Recipient's Name | Recipient's Organization |
|---|---|
| COBB, JANICE | African Development Foundation (ADF) |

For Non-DOE Recipient, Enter Mailing Address of Recipient's Payroll Office

I hereby authorize the transfer of __24__ hours of my annual leave to the above named leave recipient. I certify that I am scheduled to work at least that many hours before the end of the leave year, and that the leave recipient is not my supervisor.

_Rama Bah_ Donor's Signature          _7/3/1996_ Date

☐ Check here to donate restored leave. (If the donation is greater than the amount of restored leave to your credit, the remainder will be deducted from your regular leave account.)

### FOR PAYROLL USE

| ____ hours of leave has been deducted from donor's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|

_____ Signature of Payroll Clerk          _____ Date

| ____ hours of leave has been credited to recipient's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|

_____ Signature of Payroll Clerk          _____ Date

Acceptance of this donation is necessary to avoid placing the recipient on leave without pay, and the limitations imposed by 5 CFR 630.908 are therefore waived.

_____ Chief of Payroll          _____ Date

### Privacy Act Statement

5 U.S.C. 6311 authorizes collection of this information. It will be used to transfer leave from your account to the recipient's account in accordance with your instructions on the form. Your social security number is requested solely for the purpose of positively identifying leave donors so that donated leave can be charged to the proper account.

U.S. GOVERNMENT PRINTING OFFICE: 1993 O—348-721

06/02/2003   09:37    AFRICAN DEV. FOUNDATION →  97038411006                    NO.061   P40

MAR. '19 '96 (TUE) 17:10                              TEL:202 307 9455                      P. 002

01/11/95   13:36   0202 876 8785      F.O.I.

U. S. Office of Personnel Management                                              FPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient (Outside Agency)
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a prorated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

### PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to the National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 23, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on this request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | | |
|---|---|---|
| 1. Name (Last, First, Middle) <br> WHITE, JAMES R. | | 2. Social Security Number |
| 3. Position Title, Pay Grade, Series, and Step <br> EEO MANAGER GS-14, 960-1 | 4. Relationship to Leave Recipient (if any) <br> FRIEND | |
| 5. Leave Donor's Agency (Name, Office, Division, Branch, etc) Office of Personnel <br> U.S. MARSHALS SERVICE | | 5a. Telephone Number <br> 202-307-9040 |
| 6. Amount of Annual Leave at End of Last Pay Period <br> 136 | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period <br> 0 | 8. Amount of Leave To Be Transferred <br> 16 |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact <br> Janice Cobb, Africa Development Fund., 1400 I Street, N.W. 10th Fl., Wash. DC  Thelma Parker | | 9a. Telephone Number <br> 202-673-3916 |
| 10. Leave Donor's Signature <br> James R. White | | 10a. Date Signed <br> 12/14/95 |

| Part B - TO BE COMPLETED BY EMPLOYING AGENCY | |
|---|---|
| INSTRUCTIONS: Upon completion and approval of this form, forward a copy to the Leave Recipient's employing agency as soon as possible so that the transfer of leave can take place. | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶   16 | |
| 12. If the Agency is waiving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. | |

| 13. Name of Agency Contact Who Can Provide Further Information   DOJ <br> Darlene Musicke / U.S. Marshals Svc | 13a. Telephone Number <br> (202) 307-5197 |
|---|---|
| I certify that the leave donor (country has) no/does notwant to make a decision for the requested amount of annual leave and that the value of the donation does not exceed the maximum limitation for leave under the Voluntary Leave Transfer Program. | 14. Signature of Authorizing Official and Date Signed <br> Darlene Musick 1/19/96 |

REPRODUCE LOCALLY

PLEASE FAX TO:  THELMA PARKER
                AFRICAN DEVELOPMENT FOUNDATION
                Phone
                FAX NO. 202-673-3910

Attachment 4 to FPM Letter 630-33

## Request To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

Optional Form 630A
April 1989
U.S. Office of Personnel Management
FPM Chapter 630

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave

remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate any pro-rated share to another leave recipient. However, to do so, I must remain employed by a Federal agency and be subject to chapter 63 of title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

### Privacy Act Statement

This program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a national, State, or local law enforcement agency where there is an indication of a violation or potential violation of civil or criminal law,

rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A - TO BE COMPLETED BY LEAVE DONOR | | | |
|---|---|---|---|
| 1. Name (Last, First, Middle) CRANFORD, JACQUELINE C. | | 2. Social Security No. | 3. Employee Number |
| 4. Position Title, Pay Plan, and Grade/Pay Level EXECUTIVE SECRETARY (GS-9/7) | | | 5. Relationship of Leave Donor to Leave Recipient (If any) |
| 6. Leave Donor's Agency (Agency, Department, Office, Division, Branch, etc.) FEDERAL ELECTION COMMISSION, OFFICE OF GENERAL COUNSEL | | | |
| 7. Amount of Annual Leave as of End of Last Pay Period 235.5 | 8. Amount of Leave Projected to Forfeit This Leave Year as of End of Last Pay Period 125 | | 9. Amount of Annual Leave To Be Transferred 12.0 |
| 10. Leave Recipient's Name, Agency, Agency's Address, Organization (Agency, Department, Office, Division, Branch, etc.) JANICE COBB, AFRICAN DEVELOPMENT FOUNDATION 1400 I STREET, N.W.-10th FLR., WASHINGTON, D.C. 20005 (202) 673-3916   (POC: THELMA PARKER) | | | |
| 11. Leave Donor's Signature *Jacqueline C. Cranford* | | | Date Signed 3/28/95 |

| PART B - TO BE COMPLETED BY EMPLOYING AGENCY OR LEAVE DONOR | |
|---|---|
| INSTRUCTIONS: Upon completion and approval of this form, forward a copy to the leave recipient's employing agency as soon as possible so that the transfer of leave can take place. | |
| 12. Enter the Amount of Annual Leave to Be Credited to the Leave Recipient's Annual Leave Account ▶ 12 | |
| 13. If the agency is waiving the maximum limitations for leave donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrants the waiver. | |
| 14. Name of Agency Contact Who Can Provide Further Information Anthony H. Mitchell | Telephone Number (202) 219-4290 |
| I certify that the leave donor currently has sufficient annual leave in his/her annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave donation under the voluntary leave transfer program. ▶ | Signature of Authorizing Official and Date Signed *[signature]* |

REPRODUCE LOCALLY

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006                    NO.861   P42

SEP 28 '95  08:52AM AFRICAN DEVELOPMENT FOUNDATION 

U. S. Office of Personnel Management                              FPM Chapter 630

# Request To Donate Annual Leave To Leave Recipient (Outside Agency)
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

### PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

---

**PART A - TO BE COMPLETED BY DONOR**

| 1. Name (Last, First, Middle) | 2. Social Security Number |
|---|---|
| Bennett  David, O. | |

| 3. Position Title, Pay Grade, Series, and Step | 4. Relationship to Leave Recipient (if any) |
|---|---|
| GS ES5-13-7 Elec. Engineer (Current Salary) | None |

| 5. Leave Donor's Agency (Name, Office, Division, Branch, and) Office of Personnel | 5a. Telephone Number |
|---|---|
| FCC / Mass Media Bureau / Video Services Division | 1202/418 |

| 6. Amount of Annual Leave at End of Last Pay Period | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period | 8. Amount of Leave To Be Transferred |
|---|---|---|
| 190 ¼ | | 6 HRS. |

| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Thelma Parker | 9a. Telephone Number |
|---|---|
| Janice Cobb, Africa Development Fund., 1400 I Street, N.W. 10th Fl., Wash, DC 20005 | 202-673-3916 |

| 10. Leave Donor's Signature | 10a. Date Signed |
|---|---|
| David O. Bennett | 10/4/95 |

10-12-95

---

**Part B - TO BE COMPLETED BY EMPLOYING AGENCY**

INSTRUCTIONS: Upon completion and approval of this form, forward a copy to the Leave Recipient's employing agency as soon as possible so that the transfer of leave can take place.

11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶ | 0

12. If the Agency is waiving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver.

| 13. Name of Agency Contact Who Can Provide Further Information | 13a. Telephone Number |
|---|---|
| Noelle Wimer   1910 N. St NW Wash. DC 20036 | 202/673-3916 |

| 14. I certify that the above donor currently has sufficient annual leave in the annual leave account to make a donation in the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program. | 15. Signature of Authorizing Official and Date Signed |
|---|---|
| | 11/4/95 |

REPRODUCE LOCALLY                                       OPM Form 1582-B

PHONE NO. 673-3916

PLEASE FAX TO:    THELMA PARKER
                  AFRICAN DEVELOPMENT FOUNDATION
                  FAX No. 202-673-3810

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97039411006                NO.861   043
09/26/95   10:35   ☎202 267 8330           FAA AHR-100                            002



Duplicate

Attachment 8 to PM Letter 630-33

# Request To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

PART A - TO BE COMPLETED BY LEAVE DONOR

BAPTISTE ROBERT M                    GS-1825/15          Fellow/former co-worker

MANAGER OPERATIONS BRANCH AFS-820
FAA AFS-820, OPERATIONS BRANCH
FEDERAL AVIATION ADMINISTRATION                          PH (202) 267-382

7. Amount of Annual Leave at End of Leave Pay Period    216 HOURS

8. Amount of Leave Projected to Forfeit This Leave Year as at End of Leave Pay Period    120 HOURS

9. Amount of Annual Leave To Be Donated    16 HOURS

10. JANICE COBB
AFRICA DEVELOPMENT FUND
1400 I STREET NW 10TH    WASH DC 20005

Robert M Baptiste                                        MAY 22 95

PART B - TO BE COMPLETED BY EMPLOYING AGENCY OF LEAVE DONOR

13. Name of Agency Contact Who Can Provide Further Information    (202) 267-

THELMA WINGARD PARKER

PLEASE FAX TO:  THELMA WINGARD PARKER
Payroll, ADF    2810  (FAX) 202-673-30

REPRODUCE LOCALLY

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 9703B411006                    NO.861   P44

---

| LEAVE TRANSFER PROGRAM - DONOR APPLICATION | FOR PERSONNEL USE ONLY: |
|---|---|
| | CASE NUMBER |

**INSTRUCTIONS:** Use this form to request the transfer of earned annual leave to an approved leave recipient under P.L. 100-566. You may not transfer leave to your immediate supervisor. After completion, forward it to the office in your agency designated to approve leave donations.

**PART I - COMPLETED BY DONOR**

| 1. NAME OF DONOR (Last, First, Middle Initial) Shines Margie B. | | 2. POSITION TITLE Accounting Technician | |
|---|---|---|---|
| 3. | 4. SERIES, GRADE OR PAY LEVEL 03-6/GS5 | 5. ORGANIZATIONAL TITLE (Agency, Division, Branch, Section) USDA, Forest Service | |
| 6. OFFICE ADDRESS 1720 Peachtree St., N.W. Atlanta, Georgia  30367/Suite 800S | | | 7. OFFICE TELEPHONE NO. (404) 347-2632 |
| 8. NAME OF TIMEKEEPER Clifford Cantrell | 9. TELEPHONE NO. OF TIMEKEEPER 404 347 2970 | 10. OFFICE ADDRESS OF TIMEKEEPER Same as 6 | |

**INSTRUCTIONS:** Please review the information below. You may not transfer more than 1/2 of the annual leave you will earn during this calendar year unless a waiver is approved. To request a waiver, you must attach a statement as to why your situation is unusual.

If you will be employed full-time by the federal government for the full calendar year, the limits are as follows:
* 52 hours for employees in the 4-hour leave earning category.
* 78 hours for employees in the 6-hour leave earning category, or
* 104 hours for employees in the 8-hour leave earning category.

If you are a part-time employee or if you will not be employed for the full calendar year, you may compute your transfer limit using the appropriate formula below:

* Limit for part-time employee = 13  X  Busy hours in Pay Period / 80  X  leave earning category

* Limit for part-year employee = Number of Pay Periods to be worked / 2  X  leave earning category

| 11. NUMBER OF HOURS OF ANNUAL LEAVE TO BE TRANSFERRED 24 | 12. NAME OF RECIPIENT Janice Cobb | | 13. CASE NUMBER |
|---|---|---|---|
| 14. SOCIAL SECURITY NUMBER (man) | 15. ORGANIZATIONAL LOCATION OF RECIPIENT (Agency, Division, Branch, Section) African Development Fdn.  (ADF) | | 16. OFFICE ADDRESS OF RECIPIENT  1400 I Street Washington, DC  2005 |
| 17. NAME OF LEAVE SHARE COORDINATOR Thelma Parker | 18. TELEPHONE NO. OF LEAVE SHARE COORDINATOR # (202) 673-3916 Fax # (202) 673-3810 | | 19. OFFICE ADDRESS OF LEAVE SHARE COORDINATOR 1400 I Street NW - 10th flr. Washington, DC  2005 |

**CERTIFICATION OF VOLUNTARY DONATION:** I certify that I am making this donation entirely of my own free will and that no attempts have been made to coerce me to donate annual leave. I understand that except for any leave unused by the recipient, I have no right under any circumstances including a medical emergency of my own to have any of the donated leave restored.

| SIGNATURE OF DONOR: *Margie B. Shines* | DATE: 9/21/95 |
|---|---|

**PART II. AGENCY REVIEW AND APPROVAL**

| 1. CURRENT ANNUAL LEAVE BALANCE (in hours) 33 1/4 | AS OF PAY PERIOD NUMBER 18 | 2. ANNUAL LEAVE CATEGORY PER PAY PERIOD 6 |
|---|---|---|

**APPLICATION APPROVED:**

[ ]  YES (This application meets all criteria required for annual leave transfer by law, regulation and Department policy. Transferred leave may be credited to the recipient's account effective Pay Period Number): 18

[ ]  NO (State reason for disapproval):

| SIGNATURE OF APPROVING OR DISAPPROVING OFFICIAL *Charles Morley* | TITLE Director of personnel | OFFICE TELEPHONE NO. 404-347-3884 | DATE 9-21-95 |
|---|---|---|---|

**PRIVACY ACT STATEMENT**

5 U.S.C. §311 authorizes collection of this information. Your social security number is requested solely for the purpose of positively identifying leave donors so that donated leave can be deducted from the proper account. Although the disclosure of this information is voluntary, failure to furnish this information may result in disapproval of this application.

of Personnel Management    FPM Chapter 630

## ...est To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

### PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | | | |
|---|---|---|---|
| 1. Name (Last, First, Middle) JOHNSON, JULIA L. | | | 2. Social Security Number |
| 3. Position Title, Pay Grade, Series, and Step SECRETARY-STENO/GS7/10 (Annual Salary: | | 4. Relationship to Leave Recipient (if any) none | |
| 5. Leave Donor's Agency (Group, Office, Division, Branch, etc.) Office of Personnel US DEPT. OF INTERIOR: FISH & WILDLIFE SERVICE, DIV.FEDERAL AID | | | 5a. Telephone Number 703-358-2156 |
| 6. Amount of Annual Leave at End of Last Pay Period 295.30 | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period 191.30 | 8. Amount of Leave To Be Transferred 40 hours | |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Janice Cobb, Africa Development Found., 1400 I Street, N.W. 10th Fl., Wash. DC | | | 9a. Telephone Number 202-673-3916 |
| 10. Leave Donor's Signature    Julia L. Johnson | | | 10a. Date Signed 5/24/95 |

| Part B - TO BE COMPLETED BY EMPLOYING AGENCY | | |
|---|---|---|
| INSTRUCTIONS: Verify completion and approval of the form, forward a copy to the Leave Recipient's employing Agency as soon as possible so that the transfer of leave can take place. | | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶ | | 40 HOURS |
| 12. If the Agency is waiving the Maximum Limitation for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. N/A | | |
| 13. Name of Agency Contact Who Can Provide Further Information JUANITA KNUTSON | | 13a. Telephone Number (703)358-2060 |
| I certify that the leave donor currently has sufficient annual leave in the annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitation for leave under the Voluntary Leave Transfer Program. REPRODUCE LOCALLY | 14. Signature of Authorizing Official and Date Signed    Mittie G. Higgins    JUN - 1 1995 | |

PLease FAX TO: ➔

Thelma Wingard-Parker
Payroll, ADF
Fax: 202-673-3810
Phone: 202-673-3916

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006    NO.061    P46

MAY -27 95(TUE) 10:17    TEL:202 307 9455    P. 001

U. S. Office of Personnel Management    FPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient (Outside Agency)
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of coercing or using leave.

| PRIVACY ACT STATEMENT |
|---|

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

**PART A - TO BE COMPLETED BY DONOR**

| 1. Name (Last, First, Middle) | 2. Social Security Number |
|---|---|
| WHITE JAMES R. | |

| 3. Donor Title, Pay Grade, Series, and Step | 4. Relationship to Leave Recipient (if any) |
|---|---|
| EEO SPECIALIST - GS-260-14 (Annual Salary) | FRIEND |

| 5. Leave Donor's Agency (Group, Office, Division, Branch, etc.) Office of Personnel | 5a. Telephone Number |
|---|---|
| U.S. MARSHAL SERVICES /EEO /COMPLAINTS BRANCH | 202-307-9040 |

| 6. Amount of Annual Leave at End of Last Pay Period | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period | 8. Amount of Leave To Be Transferred |
|---|---|---|
| 124 | 0 | 16 |

| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Thelma Parker | 9a. Telephone Number |
|---|---|
| Janice Cobb, Africa Development Fund, 1400 I Street, N.W. 10th Fl., Wash., DC | 202-673-3916 |

| 10. Leave Donor's Signature | 10a. Date Signed |
|---|---|
| James R. White | 4/26/95 |

**PART B - TO BE COMPLETED BY EMPLOYING AGENCY**

INSTRUCTIONS:   Upon completion and approval of this form, forward a copy to the Leave Recipient's employing agency as soon as possible so that the transfer of leave can take place.

| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶ | 16 |
|---|---|

12. If the Agency is leaving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver.

| 13. Name of Agency Contact Who Can Provide Further Information | 13a. Telephone Number |
|---|---|
| Darlene Musiek - USMS | 202-307-3799 |

I certify that you have been correctly advised and that the actual leave amount to make a donation for the completed amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program

| 14. Signature of Authorizing Official and Date Signed |
|---|
| Darlene Musiek 5/5/95 |

REPRODUCE LOCALLY    OPM Form 1583-B (1988)

PLEASE FAX TO: Ms. Hampton Karras, Payroll,
Dept of Energy, FAX # 301-903-3916
Telephone: 301-903-4083

06/02/2005   09:37   AFRICAN DEV. FOUNDATION → 97038411006                     NO. 861    P47

National Aeronautics and
Space Administration
**Goddard Space Flight Center**
Greenbelt, MD 20771



Reply to Attn of: 151.5A

MAY – 8 1995

TO:        African Development Fund
           1400 I Street NW  10th Floor
           Washington DC  20005
           Attn:  Thelma Wingard-Parter

FROM:      NASA Goddard Space Flight Center
           Payroll Office Code 151.5A
           Tonyia Richardson
           Greenbelt, MD 20771

SUBJECT:   Leave Transfer

This is to inform your agency that an employee of Goddard is donating annual leave to an employee of your agency.

Name of Donor:        Dorenda R. King
Annual leave hours donated:  40
Name of Recipient:    Janice Cobb
SSN of Recipient:     N/A

Please credit the recipient's account with this leave transfer and if you have any questions, please contact me at (301) 286 5142.

Thank you for your assistance in this matter.

*Tonyia Richardson*

Tonyia Richardson
Payroll Technician

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006                    NO.861   048

# LEAVE DONOR REQUEST

*READ REVERSE BEFORE COMPLETING FORM*

### PART A (To be completed by employee)

NAME OF EMPLOYEE  Dorenda R. King      SS#:        CODE: 264.1      EXT: 1477

NAME OF IMMEDIATE SUPERVISOR · Susan M. Sparacino

I understand that I may voluntarily transfer a minimum of 8 hours of annual leave account to the account of another employee who has been approved to receive leave donations because of a medical emergency.  Privacy Act Statement below.

I request a transfer of ___40___ hours of accrued leave to be given to:

(Name of Leave Recipient, last name, first name, middle initial)

I understand that I may not donate more than 1/2 of the amount of annual leave that I will accrue during the leave year.

**ATTENTION: LEAVE DONORS DONATING USE OR LOSE ANNUAL LEAVE**

If your *Annual Leave Record* reflects that you have use or lose annual leave, you may not donate more hours than you are scheduled to work in the rest of the leave year.

I certify that my leave donation will not exceed the number of hours that I am scheduled to work in the rest of the leave year.

___DK___   Employee Initials   (Employees who do not have use or lose leave may disregard this section.)

Signature of Employee                                      Date  5/1/95

### PART B (For Office of Human Resources' use only)

ACTION:   ☑ Approval   ☐ Disapproval

Head, Employment and Employee Services Branch                 Date  5-1-15

**DONOR INFORMATION:**

GRADE: GS-12      Annual Leave Accrual Rate:   104   (160)   208

Annual Leave Balance: 213.5      as of  4/5/95

## PRIVACY ACT STATEMENT - LEAVE TRANSFER PROGRAM

In the U.S. Code, Title 5, Section 301, Title 42, Section 2473, and Title 44, Section 3101, authorize collection of this information.  Privacy information requested is collected and maintained pursuant to the NASA System of Records published as "NASA 10SFER."  Providing privacy information is a voluntary action although failure to do so may result in your inability to be a leave donor.

The intended officials uses of this information are:  to assist the Office of Human Resources to verify your eligibility to be a leave donor and to assist the Financial Management Division to establish a special leave account for you.

Additional routine uses of Leave Transfer Information, uses which are standard for many NASA Systems of Records, are cited in full text in the "10SPER" System of Records notice.

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006          NO.861   D49

MAY 01 '95  09:29AM AFRICAN DEVELOPMENT FOUNDATION

U.S. Office of Personnel Management                          FPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient *(Outside Agency)*
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have my pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened, or coerced, or promised any benefit by any employer for the purpose of donating or using leave.

| PRIVACY ACT STATEMENT |
|---|

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

**PART A – TO BE COMPLETED BY DONOR**

| 1. Name *(Last, First, Middle)* | | 2. Social Security Number |
|---|---|---|
| KING, DAPRENA REGINA | | |

| 3. Position Title, Pay Grade, Series, and Step | 4. Relationship to Leave Recipient *(if any)* |
|---|---|
| GS-1102-12  CONTRACT  (Annual Salary: )  SPECIALIST | NONE |

| 5. Leave Donor's Agency *(Group, Office, Division, Branch, etc.)* Office of Personnel | 5a. Telephone Number |
|---|---|
| NASA/GSFC, Code 284.1  GREENBELT  MD  20771 | 301-286-847-2 |

| 6. Amount of Annual Leave at End of Last Pay Period | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period | 8. Amount of Leave To Be Transferred |
|---|---|---|
| 213.5 hours | 305 hours | 40 hours |

| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Thelma Parker | 9a. Telephone Number |
|---|---|
| Janice Cobb, Africa Development Fund, 1400 I Street, N.W. 10th Fl., Wash. DC | 202-673-3916 |

| 10. Leave Donor's Signature | 10a. Date Signed |
|---|---|
| Daprena R. King | 5/1/95 |

**PART B – TO BE COMPLETED BY EMPLOYING AGENCY**

INSTRUCTIONS:   Upon completion and approval of this form, forward a copy to the Leave Recipient's Employing Agency as soon as possible so that the transfer of leave can take place.

11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ►

12. If the Agency is waiving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver.

| 13. Name of Agency Contact Who Can Provide Further Information | 13a. Telephone Number |
|---|---|

| I certify that the leave donor (named) has sufficient annual leave in his payroll leave account to make a donation in the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program. | 14. Signature of Authorizing Official and Date Signed |
|---|---|

REPRODUCE LOCALLY

PLease FAX To: ►       Thelma Wingard-Parker
                       Payroll, ADF
                       Fax: 202-673-3810
                       Phone: 202-673-3916

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97039411006                NO.861   P50

MAY-01-1995  00:33        DSOLA                        310 335 3027   P.02

FPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient (Outside Agency)
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring this is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I am eligible to have a prorated share returned to me during either the current leave year or the following leave year, or I can elect to donate any pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employer for the purpose of donating or using leave.

| PRIVACY ACT STATEMENT |
|---|

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 21, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency as shown when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary; has failure to do so may delay or prevent action on this request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | | | |
|---|---|---|---|
| 1 Name (Last, First, Middle) Riley, Melvin M. | | | 2 Social Security Number |
| 3 Present Line, Job Grade, Level, and Step Buyer (Annual Salary: 46,000) | | 4 Relationship to Leave Recipient (if any) Friend-in-Christ |
| 5 Leave Donor's Agency Name, Office, Bureau, Branch, and Office of Personnel Defense Logistics Agency - LA, CA | | | 5a Telephone Number 310-335-3021 |
| 6 Amount of Annual Leave at End of Last Pay Period 267 hrs | 7 Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period | 8 Amount of Leave To Be Transferred 16 hrs |
| 9 Leave Recipient's Name, Agency, Agency Address, and Point of Contact Janice Cobb, Africa Development Fund, 1400 I Street, N.W. 10th Fl., Wash, DC | | 9a Telephone Number 202-673-3916 |
| 10 Leave Donor's Signature Melvin M Riley | | 10a Date Signed 5-1-95 |

| PART B - TO BE COMPLETED BY EMPLOYING AGENCY | |
|---|---|
| INSTRUCTIONS: When completed and signed of this form, forward a copy to the Leave Recipient's employing agency as soon as possible so that the transfer of leave can take place. | |
| 11 Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶ | |
| 12 If the Agency is waiving the readjustment limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. | ATTN: RITA |
| 13 Name of Agency Contact Who Can Provide Further Information Defense Financing + Accounting Service | 13a Telephone Number 1-800-668-0066 |
| I hereby certify that the leave donor named has written authorization in the annual leave account. If above a donation for the requested amount of annual leave and that the amount of the donation does not exceed the required limitations for leave under the Voluntary Leave Transfer Program | 14 Signature of Authorizing Official and Date Signed 2703 |

REPRODUCE LOCALLY                                                   OPM Form 1530

PLEASE FAX TO: Thelma Wingaed-Parker, Payroll
ADF
FAX # 202 673-3810
Phone # 202 673-3916

APR-27-1995  00:50        202 673 3810                93%              P.02

06/02/2003   09:37    AFRICAN DEV. FOUNDATION → 97038411006    NO.861    D51

MAY-01-1995  08:34    DSOLA    310 335 3027  P.03

YPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient (Outside Agency)
### Under The Leave Transfer Program

*I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.*

*I understand that my decision to transfer leave is not revocable. If a sufficient balance of annual leave remains after the recipient's medical emergency has terminated, I can elect to have it prorated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I need written employment by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.*

*I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.*

| PRIVACY ACT STATEMENT |
| --- |

*This Program is voluntary; however, submission of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.*

| PART A - TO BE COMPLETED BY DONOR |
| --- |

1. Name (Last, First, Middle)   **Smith, Sandra Denise**    2. Social Security Number

3. Position Title, Pay Grade, Step, and Step   **Clerk GS5, 4**   (Annual) Salary:    4. Restrictions to Leave Recipient (if any)  **N/A**

5. Leave Donor's Agency (Name, Office, Division, Branch, Post Office or Personnel)  **Defense Subsistence Office (LA)**   5a. Telephone Number  **310 335 3023**

6. Amount of Annual Leave at End of Last Pay Period  **100hr 80 use or LOSE**   7. Amount of Leave Projected to Forfeit this Leave Year or End of Last Pay Period    8. Amount of Leave To Be Transferred  **16 ▓ Hrs**

9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Telephone Number   **Janice Cobb, Africa Development Fund, 1400 I Street, N.W. 10th Fl., Wash. DC**    9a. Telephone Number  **202-673-3916**

10. Leave Donor's Signature   **Sandra D Smith**    10a. Date Signed  **5-1-95**

| PART B - TO BE COMPLETED BY EMPLOYING AGENCY |
| --- |

INSTRUCTIONS:   Have recipient not deprived of this form, forward it only to the leave donor's employing agency as soon as possible so that any amount of leave can take place.

11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account  $\square$

12. If Did Agency is waiving the maximum limitations for Leave Donation under The Voluntary Leave Transfer Program, indicate the special circumstances that warranted the waiver.

13. Name of Agency Contact Who Can Provide Further Information   **Defense Financing + Accounting Service**  ATTN: **Rita**    13a. Telephone Number  **1-800 668-6066**   5763

*I certify that the leave donor correctly has written employment in the annual leave column to make a donation in the requested amount of annual leave and that the amount of the Service does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program.*

14. Signature of Authorizing Official and Date Signed   **Sandra Smith**

REPRODUCE LOCALLY

**PLEASE FAX TO: Thelma Winged-Parker, Payroll  3916**
**ADF**
**FAX # 202 673-3810**
**Phone # 202 673-3916**