Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit U

OFFICE ASSISTANT, GS-303-06
Appraisal Period: 02/01/96-09/30/96

The Office Assistant's position description listed many of the duties that I had performed in my previous position, including serving as backup receptionist and preparation of purchase orders and a variety of typewritten correspondence. However, after I had accepted the position of Office Assistant, I found out that it was actually the Receptionist position. I was misled by the title of the position. Two other positions were added to the Office Assistant position. These additional positions were not reflected in the position description I received. Specifically, the major duties of the GS-9 Travel Specialist (formerly performed by Thelma Wingard Parker), and those of a new job, the Electronic Certification Administrator, were added to Office Assistant position.

In order for me to perform these additional duties, certain equipment had to be brought to the Receptionist desk. For example, a file cabinet containing the travel documents had to be brought out of the Travel Office to the Receptionist area.

When I questioned my supervisor, Tom Wilson, as to why the entire office of the Travel Specialist was being set up at the Receptionist desk, he told me that he could not have me doing just Receptionist work, but that I needed more challenging work to do.

At the time Mr. Wilson said this to me, I believed that the reason why the duties of the Travel Specialist were added to my position was because of my ability and my knowledge of a wide range of job responsibilities I have had in the Foundation, and my 25 years-plus experience in the Federal Government. I also thought that if I performed all of these jobs, it would qualify me for a higher grade that would not require me to perform the Receptionist duties.

I successfully performed the duties of Travel Specialist and Electronic Certification Administrator for two years while working at the Receptionist desk. I performed these duties without a new position description, which I should have had because of the several changes that were made to the position.

The Factor Evaluation System (FES) was not used for classifying the Office Assistant position, with the added duties described above. This method is used to assign a grade to a position on the basis of the position's duties, responsibilities, and qualifications. Under the FES, positions are classified on the basis of nine factors: knowledge required by position, supervisory controls, guidelines for the work, scope and effect of the work, contacts, purpose of contacts, physical demands, and the work environment.



-2-

Under Federal personnel procedures, positions must be classified in order to identify the substantial differences in difficulty, responsibilities, and qualifications requirements between various positions. A Federal employee is entitled to "equal pay for substantially equal work."

I thought I was entitled to have the Office Assistant position reclassified, and I requested that a desk/job audit be performed (see Attachment F) because:

(1) The position description did not accurately describe the amount of work required for the Travel Specialist and the Electronic Certification Administrator positions. It also did not reflect the complexity of these positions.

(2) The newly added duties were more technical and required additional training.

(3) The responsibilities were greater than those outlined in the position description for the Office Assistant position.

(4) Enough new duties were added to justify a higher grade level.

In the Office Assistant position, I work at a very high level much of the time. I personally handle telephone communications with White House officials, Senators, Congressmen, other U.S. Government officials (from the State Department, U.S.AID, GSA, etc.), and officials and Embassy personnel of African governments. I also personally handle the travel documents and place telephone calls for the Foundation President and Vice President. This is not GS-7 work.

Because I believe my job was improperly classified and needed to be changed, I requested reclassification of my position. This request went unfulfilled. I also requested a desk/job audit (see Attachment F) to determine if the duties I was performing qualified me for a higher grade level. That request too went unanswered.

On February 6, 1997, I received three performance appraisals which contained similar errors that I found in the appraisal of the Procurement position. I requested my supervisor to rewrite my performance appraisal to correct the errors. (See Attachments A-1).

-3-

After I did not get a satisfactory answer about the errors found in my appraisals, I requested an EEO Counselor. (See Attachment G and G-1). I thought that by having an EEO Counselor, I would get the errors corrected.

Below are some of the guidelines and procedures which were not followed:

1) There was no periodic appraising of job performance, or regular feedback on work progress.

(2) The appraisals should not contain ratings on elements which were not critical elements. These elements were not consistent with the specific work performed.

(3) I was not appraised on all of my critical elements.

(4) Major duties and responsibilities of the two added positions were not accurately described.

(5) New positions were added to the Office Assistant position, but not included in the position description.

(6) The appraisals did not reflect any of my accomplishments.

(7) The narrative comments contradict the ratings.

(8) Prior to being given the appraisals, I was not given an opportunity to discuss or correct areas of work which may have needed improvement.

The following are specific errors in the performance appraisal record of 03/01/96-09/30/96.

ISSUE I. ADF Telephone Reception

"Need to work on handling pressure-filled situations." I do not know what pressure-filled situations these are. I was not aware there were any. I did experience during this appraisal period non-work related pressure related to problems in getting relief and rest breaks.

I felt discomfort, pain, and anxiety from working in an unsuitable work environment. If this was a problem, I should have been made aware of it before I received this appraisal.

It was stated in this portion of the appraisal that the volume of incoming calls were not high. This is not correct. Based on my daily tallies, I received more than 9,000 incoming calls during this appraisal period, or 80 per day. (See samples of tallies, Attachments H and H-1).

-4-

ISSUE II. <u>Reception</u>

"Needs improvment in maintaining coverage at all times." This was another issue about which there had been ongoing discussion during this appraisal period. With the Foundation President's authorization, I left my desk to go to the rest room whenever I could not get anyone to relieve me. It was during these times, I was unable to maintain coverage. My supervisor was aware of this decision.

ISSUE III. <u>Travel Documents</u>

"This function got off to a slow start because of minimal training." I was not aware of this. If this function got off to a slow start, it was not because of minimal training. Travel documents were always prepared on the day that I received them and were submitted for processing by or before the deadline. This was accomplished even when I received the request upon short notice.

ISSUE IV. <u>Travel Vouchers</u>

"This function also got off to a slow start because of minimal training." I was not aware of this. If this function got off to a slow start, it was not because of minimal training. The system was down for a period of time due to malfunction. Once the system was up, the vouchers were completed quickly. Travel vouchers were prepared in a timely manner, especially when I was allowed to prepare them away from the Receptionist desk. (See Attachment I). I eliminated a massive backlog of vouchers that I inherited from the previous Travel Specialist.

ISSUE V. <u>Work Environment</u>

This is not an appropriate element upon which I should be rated. "Work Environment," as outlined in the position description, describes the physical surroundings in which an employee works and any special safety regulations or precautions which must be observed to avoid mishaps or discomfort.

I believe this portion of the appraisal was used to comment on the difficulties about which I was trying to get relief from the front desk for rest breaks and to go to the rest room when necessary. This is something that all other employees received just for being an employee of ADF.

-5-

IV. CRITICAL ELEMENTS:

(a) <u>ADF Telephone Reception</u>. I was able to handle a busy switchboard of about 400 incoming calls weekly while simultaneously performing other duties. I handled inquiries promptly, professionally, discreetly, and courteously. I displayed patience with callers when a language barrier presented itself.

Having a wealth of experience and knowledge of the Foundation's mission, I provided information clearly regarding programs and activities.

By demonstrating proper telephone techniques and etiquette, I was relied upon often to handled the President's and Vice President's telephone calls when their secretary was unavailable. I often received compliments from the staff and public.

(b) <u>Visitor Reception</u>. I greeted visitors courteously and with tact. I always provided the visitors with appropriate information and materials on the Foundation. I made them feel welcome.

(c) <u>Travel Documents</u>. While operating a busy switchboard, I prepared on a typewriter all Travel Travel Authorizations and Travel Advance of Funds applications for everyone traveling on Foundation business. 99% of the time, I prepared travel documents accurately and submitted them the same day I received them. I always kept comfortably ahead my work schedule.

-- Prepared 55 Travel Authorizations;
-- Prepared 16 Travel Advance of Funds.

(d) <u>Obtained Visas and Passports</u>. Upon short notice, I took photographs and I prepared all documents necessary to obtain diplomatic and official passports and visas for the ADF Board member and staff. I set up a system which enabled me to track each visa during processing period. I established a good working relationship with the embassy personnel and the Washington Passport Office which enabled me in many cases to get visas processed and returned before the established 3-day turnaround time.

-6-

-- Obtained 72 visas, 5 passport renewals 2 diplomatic passports, 4 new passports

(e) <u>Travel Vouchers</u>. My first task as Travel Specialist was to completely eliminate the backlog of travel vouchers left by the previous Specialist. I accomplished this successfully with no errors. I prepared over **80 travel vouchers**.

(f) <u>Electronic Certification System Administrative Function</u>. This was a newly created position that required a high degree of high concentration. With my fast typing speed, I quickly and accurately entered data from reports into the system for payment schedules, while operating a busy switchboard. I learned quickly how to download the payments to a floppy disk, which was uploaded into an ECS computer system for transmission to the vendors. Upon short notice, I was able to perform with unusual speed and rarely made a mistake.

(g) <u>Agency American Express Government Account</u>. I successfully brought ADF's monthly account current by reconciling all of the payments on the account. When I inherited this function from the previous Travel Specialist, the account was 6-8 months behind.

ISSUE VII. OTHER DUTIES NOT MENTIONED, BUT MERIT COMMENTING:

(a) <u>Courier Services</u>: During this appraisal period, I requested **courier services** about **101 times** without any major problems. I have developed excellent rapport with personnel in the courier office and produced quick turnaround services.

(b) <u>Preparation of a Daily Staff Attendance Report</u>. I prepared a daily schedule of absentees, including personnel away from the office, attending outside meetings, training, or on travel. I contacted the appropriate persons with this in a timely manner.

(c) <u>Distribution of Incoming Mail</u>: Besides processing the mail on a daily basis, I stayed after hours when the mail came late to ensure that the mail was sorted and distributed to the appropriate staff. I requested no overtime compensation for this additional work.

-7-

In sum, I have worked with staff cooperatively and harmoniously and provided back-up support for many positions. In the function of the Office Assistant position, I handled multiple and special assignments exceptionally well, producing consistently high quality work. I also demonstrated strong hands-on experience and used systematic methods to accomplish more in less time.

In the history of the Foundation, no other employee was ever required to do as many different jobs (Examples-see Attachment J) at the Receptionist desk and under the conditions that I worked.

Under Federal personnel procedures, I am entitled to a new position description based on the new duties and responsibilities I performed on a permanent basis at a more difficult level and required additional qualifications. My job changed significantly in contacts, the kind of duties, and responsibilities. The complexity of the new constitute a "different job", a higher grade. I performed my under minimum supervision.