Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit UU

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006    NO.861    D29





# AFRICAN DEVELOPMENT FOUNDATION

**DATE:**      August 21, 1996

**SUBJECT:**   Request Advance Sick Leave

**FROM:**      Janice Cobb Hennix
               Office Assistant, OBFA

I have exhausted all my leave due to my chronic illness. Therefore, I am requesting 10 hours of sick leave to cover this current pay period. This will insure that I will have no leave without pay.

Thank you in advance for honoring this special request.

**APPROVED:**

_Nate Fields_                                 Date _8/21/96_
Nate Fields, Vice President

_William R. Ford_                             Date _8/21/96_
William R. Ford, President

cc: Thomas Wilson, Director, OBFA
    Connie Smith-Field, Personnel

1400 Eye Street . Northwest . Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 673-3810