Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit V

**FREDERICK B. HENDRICKS, M.D., F.A.C.S.**
2141 K STREET, N.W., SUITE 308
WASHINGTON, D.C. 20037

*Urology*

(202) 293-9244
Fax: (202) 331-1326

January 11, 1997

RE: Janice Cobb
DOB:

To whom it may concern:

This patient is being cared by me professionally. She has a bladder condition that causes unavoidable urges to urinate quite frequently.

She is currently under treatment and at some point in the future should improve.

At the present time, however, she needs to urinate at least every hour or two. These urges cannot ignored without an accident happening.

It is my hope that her employer will take this under consideration and recognize her need to excuse herself to the rest room as necessary and not an elective action.

If further information is desired, it will be happily provided.

Very truly yours,

Fred

Frederick B. Hendricks, MD

FBH/pja

(6)