Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit Z



# AFRICAN DEVELOPMENT FOUNDATION

Monday, August 18, 1997

RE: File # A25-507462
Janice E. Cobb

Ms Rita C. Robinson, Claims Examiner
U.S. Department of Labor, Employment Standards Administration
Office of Workers' Compensation Programs
Division of Federal Employees' Compensation
Room 800
800 North Capitol Street, N.W.
Washington, DC 20211

Dear Ms Robinson:

In reply to your letter of August 12, 1997 on the referenced subject, I am pleased to provide the following statement:

> Ms Cobb's primary responsibility is to serve as the receptionist for the Foundation. In the event she has needed to leave her post, she has been instructed, for security purposes, to find a replacement to sit at the front desk. Four staff members have been assigned responsibility to relieve her when requested. In addition, she has been advised that she may request any of the Foundation's 30 staff to relieve her when necessary. When she has not been able to find a relief, she has simply locked the front door. It should be noted that her workstation is only a few steps from the restroom.

I will be happy to provide any additional information you require.

Sincerely

Thomas F. Wilson
Director, Budget, Finance
& Administration



1400 Eye Street . Northwest . Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 673-3810