Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit ZZ



# AFRICAN DEVELOPMENT FOUNDATION

## MEMORANDUM

**DATE:** March 27, 1997

**SUBJECT:** Request for Advance Sick Leave

**TO:** William R. Ford, President

**THROUGH:** Tom Wilson, Director, OBFA

**FROM:** Janice Cobb-Hennix
Office Assistant, OBFA

I am requesting Advance Sick Leave due time off from work for surgery, post-surgery recovery, followup post surgery treatments, as well as, for my regular monthly medical appointments as it relates to my chronic illness. All of my Sick Leave is exhausted, therefore I am requesting 80 hours.

Thank you in advance for honoring this request.

APPROVED: _____ DATE: 3/27/97
William R. Ford, President

APPROVED: _____ DATE: 3/27/97
Tom Wilson, Director, OBFA

DISAPPROVED: _____ DATE: _____
William R. Ford, President

DISAPPROVED: _____ DATE: _____
William R. Ford, President