```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

JANICE COBB-HENNIX,            )
                               )
       Plaintiff,           )
                               )
  v.                           ) Civil Action No. 06-1572 PLF
                               )
NATHANIEL FIELDS, <u>et al.</u>,     )
                               )
       Defendants.          )
_____)

## **NOTICE OF FILING**

Defendants hereby file the exhibits to defendants Motion to Dismiss or, in the Alternative, for Summary Judgment filed on January 22, 2007. The exhibits[1], which are voluminous, will be filed in accordance with the Court's ECF rules.

                            Respectfully submitted,

                            _____
                            JEFFREY A. TAYLOR, DC Bar #498610
                            United States Attorney

                            _____
                            RUDOLPH CONTRERAS, DC Bar #434122
                            Assistant United States Attorney

                            _____
                            W. MARK NEBEKER, DC Bar #396739
                            Assistant United States Attorney

---

[1] The exhibits have been properly redacted in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendants Notice of Filing and exhibits has been made through the Court's electronic transmission facilities on this 2nd day of February, 2007.

---

W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230