
**HEALTHSOUTH**
Diagnostic Center-K Street

| | |
|---|---|
| **Patient:** | COBB-HENNIX, JANICE E.       00-53-33 |
| **Referred By:** | FREDERICK HENDRICKS, M.D.<br>2141 K STREET, NW. #308<br>WASHINGTON, DC 20037 |

**Date of Birth:**     ·      (51Y )

**Exam:**        ULTRASOUND RETROPERITONEAL (KID/BLDR)
**Exam Date:**    11/27/96

**FINDINGS:** The kidneys are normal in size, position, contour and echo pattern. I do not see any signs of dilatation of the ureters. The wall and contents of the urinary bladder are normal.

**CONCLUSION:** **URINARY TRACT ULTRASOUND** (11/27/96)
The urinary tract is normal in appearance.

*Howard Sachs*

HOWARD A. SACHS, M.D.

HAS/glc
t: 11/27/96

FREDERICK B. HENDRICKS, M.D., F.A.C.S.
2141 K STREET, N.W., SUITE 308
WASHINGTON, D.C. 20037

*Urology*

(202) 293-9244
Fax: (202) 331-1326

January 11, 1997

RE:   Janice Cobb
DOB:  ;

To whom it may concern:

This patient is being cared by me professionally. She has a bladder condition that causes unavoidable urges to urinate quite frequently.

She is currently under treatment and at some point in the future should improve.

At the present time, however, she needs to urinate at least every hour or two.   These urges cannot ignored without an accident happening.

It is my hope that her employer will take this under consideration and recognize her need to excuse herself to the rest room as necessary and not an elective action.

If further information is desired, it will be happily provided.

Very truly yours,

*Fred*

Frederick B. Hendricks, MD

FBH/pja

**EMPLOYEE'S STATEMENT**
*Form CA-2*

I believe the condition of my employment is responsible for my bladder injury.

Because of a chronic medical disability, I am required to drink large quantities of water to flush medication from my bladder. Since I was unable to go to the rest room when I needed to, medication stayed in my bladder longer than it should, which aggravated my bladder causing the present condition.

Tremendous stress is caused by my present job, by not being able to leave my receptionist duties, until someone is found, to cover my duties, so I can go to the rest room. These arrangements are not suitable accommodation for my health problem.

This problem still exists, although it has been brought to my supervisor's attention several times.


_Janice Cobb-Hennix_
JANICE COBB-HENNIX

6 – 11 – 97
DATE

7840-00-634-4175

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | 600-108 |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

5/16/97 — Urology Clinic NNMC

Mrs Cobb-Hennix was found to have a severe cystitis on bladder biopsies performed on Mar 20, 1997. Upon review of these pathology results we felt that her bladder condition (manifested as by constant irritative voiding symptoms (e.g urgency), was most likely secondary to her treatment with Cytoxan. This can be even further Due to severity of her symptoms we have recommended treatment with DMSO for 6 weeks. Pt is currently off Cytoxan and her symptoms are markedly improved following the intravesicle treatment with DMSO.

KRISTEN KINEL
LT MC USNR
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
UROLOGY RESIDENT

T'S IDENTIFICATION *(Use this space for Mechanical*

Cobb - Hennix
30/7842

| RECORDS MAINTAINED AT: | | |
| PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

# AFRICAN DEVELOPMENT FOUNDATION

## PERFORMANCE APPRAISAL
## RECORD

THIS FORM DOCUMENTS:

1.    an understanding between rating official and employee of what is to be accomplished during the appraisal period (cited below);

2.    how those accomplishments will be evaluated (i.e. through the use of performance standards);

3.    the results of the mid-year progress review;

4.    the summary performance rating assigned to the employee;

5.    examples (or other description) of the employee's actual accomplishments which support the rating: and

6.    signatures of the employee, rating official, and the reviewing official.

Name of employee: Janice Cobb

Position title/series/grade: Procurement Assistant - GS- 06

Organizational unit: Office of Budget, Finance and Administration

Appraisal period: 10-01-94 - 09-30-95

PERFORMANCE APPRAISAL RECORD                          PAGE 2 (a,b,c)

CRITICAL ELEMENTS AND PERFORMANCE STANDARDS (cont.)

| 4. Administrative Support | Provides administrative support to the Administrative Unit in such tasks as analyzing and distributing telephone costs, arranging for courier and messenger service as necessary, working with building maintenance staff, etc. Operates the office-supply function and ensures that adequate supplies are available and are distributed to staff on an organized basis. |
| --- | --- |
| 5. Staff Cooperation | Works cooperatively with other staff to achieve overall unit, office and Foundation objectives.  Assists other staff in understanding requirements and helps solve problems relating to these requirements. Identifies potentially significant problems originating in the own area of responsibility or in other related units and either works cooperatively with other staff to solve them or brings them to the attention of the supervisor. |

PERFORMANCE APPRAISAL RECORD

PAGE 4

FINAL RATINGS - CRITICAL ELEMENTS

Levels of Performance

| Ratings | Code Symbol |
|---|---|
| Substantially exceeded the standard | A |
| Exceeded the standard in certain important respects | B |
| Fully Acceptable | C |
| Only partially met the standard | D |
| Failed to meet the standard | E |

| Element No.  Rating | Example(s) or other descriptions supporting rating |
|---|---|
| 1. Procurement Assistance<br><br>C | Ms Cobb is still in the learning phase of this function. Due to her extended absence because of illness, she did not have the opportunity to perform at the level she would like to. With her return to full-time duty, I expect to see a high level of performance. |
| 2. Equipment Maintenance<br><br>∉ B | Ms Cobb performed this function well. No significant problems were reported with ADF equipment during the year. Day-to-day issues such as paper supplies and toner were dealt with well. |
| 3. Mail Operations<br><br>C | Due to illness, Ms Cobb was unable to undertake the full range of responsibilities in this area. It is expected that restructuring of the position in the coming year will eliminate this problem. |
| 4. Administrative Support<br><br>∉ B | Ms Cobb has done a good job in this area. She has organized the supply system and made considerable progress in analyzing and allocating the telecommunications costs. |
| 5. Staff Cooperation<br><br>∉ B | Ms Cobb is willing to work hard to get along with other staff. She has worked well with other staff to achieve office and Foundation-wide goals. |

Tom after really taking a closer look at these I think I have performed very well in these and should be *[illegible]*

Procurement Assistant (Typing)
GS-1106-07

## A. Major Duties

This position is located in the Office of Budget, Finance and Administration, African Development Foundation. Incumbent is responsible for providing technical support to the contracting officer by carrying out a variety of administrative tasks incidental to the procurement and contracting operations of the Foundation. This involves, e.g., preparation of procurement documents, assemblage of price data, maintenance of contracts and procurement records and files and preparation of reports. Representative tasks are as follows.

- Prepares purchase orders and delivery orders based on procurement requests, standard purchasing procedures and GSA-negotiated contracts.

- Reviews and logs invoices received from vendors, obtains certification of receipt, enters fiscal data from procurement files and responds to vendor inquiries.

- Conducts research to find sources for supplies or services by referring to GSA schedules, directories, catalogue, internal records and previous procurement files, etc. Contacts potential vendors to obtain price quotations, ascertains availability of goods and/or services and obtains delivery information.

- Types contracts and purchase orders prepared by the contracting officer and delivers the accomplished documents to the appropriate locations via mail or fax.

- Reviews telecommunications invoices and telephone logs to determine appropriate offices to charge and detect possible abuse of communications services.

- Establishes and maintains procurement files and document control logs for the procurement office.

- Performs other related duties as assigned.

## B. Factors

1. Knowledge Required by the Position:

- Knowledge of basic procurement principles and applicable procedures for completing procurement documents and transactions.

- Ability to conduct research and identify supply and service sources and to determine and submit research results/findings in the most appropriate format.

7. Purpose of Contacts:

   Contacts are for the purpose of exchanging substantive information.

8. Physical Demands:

   The work is primarily sedentary. Occasional lifting or moving of material is required.

9. Work Environment:

   The work is conducted in an office setting.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| COBB, JANICE E. | | | 05/01/94 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 702 | PROMOTION | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| N3M | REG. 335.102 COMP | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| CLERICAL ASSISTANT (TYPING) | PROCUREMENT ASSISTANT (TYPING) |
| A6901 | A7406 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 00203 | 06 | 10 | $27934.00 | PA | GS | 01106 | 07 | 08 | $29990.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $27934 | | $27934 | | $29530 | 9460 | $29590 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| 4170000000 | 4150000000 |
| AFRICAN DEVELOPMENT FOUNDATION | AFRICAN DEVELOPMENT FOUNDATION |
| OFFC FOR E, CENT, & S AFRICA AFFAIR | OFFICE OF BUDGET, PLANNING & ADMIN |
| WASHINGTON, D.C. | WASHINGTON, D.C. |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 1 – None   3 – 10-Point/Disability   5 – 10-Point/Other | | 0 0 – None   2 – Conditional | | YES ☐   NO ☒ |
| 2 – 5-Point   4 – 10-Point/Compensable   6 – 10-Point/Compensable/30% | | 1 – Permanent   3 – Indefinite | | |

| 27. FEGLI | 28. Annuitant Indicator |
|---|---|
| C BASIC LIFE PLUS ADDL OPT W/S TIMES PAY & STD OPT & FAM OPT | 9 NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FICA & CSRS (PARTIAL) | 03/22/71 | F | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 1 1 – Competitive Service   3 – SES General | | N E – Exempt | NT-ADF | 7777 |
| 2 – Excepted Service   4 – SES Career Reserved | | N – Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks: SLD-DE'D FROM SF1-5109 , DATED 04/15/94
CONGRATULATIONS ON YOUR PROMOTION.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| AFRICAN DEVELOPMENT FOUND | PERSONNEL OFFICER |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| GNGU | 4470 | 04/29/94 | |

**TURN OVER FOR IMPORTANT INFORMATION**
5-Part    50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

1 – Employee Copy – Keep for Future Reference

*Previous Position*

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | | | 1. Agency Position No. A 9406 |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location Washington, DC | 5. Duty Station Washington, DC | 6. OPM Certification No. |

Rescription [ ] New [x]
tablishment [ ] Other

[x] Hdqtrs [ ] Field

EX (Show any positions replaced)

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
| [ ] Exempt  [x] Nonexempt | [ ] Executive Personnel Financial Disclosure  [ ] Employment and Financial Interests | [ ] Yes  [x] No |

| 10. Position Status | 11. Position is: | 12. Sensitivity | 13. Competitive Level Code 1100 |
| [x] Competitive | [ ] Supervisory | [ ] 1—Non-Sensitive  [x] 3—Critical Sensitive | |
| [ ] Excepted *(Specify in Remarks)* | [ ] Managerial | | 14. Agency Use |
| [ ] SES (Gen.)  [ ] SES (CR) | [x] Neither | [ ] 2—Noncritical Sensitive  [ ] 4—Special Sensitive | |

| 5. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| 2. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Procurement Assistant (Typing) | GS | 1106 | 07 | *CSf* | 02-03-94 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

| 16. Organizational Title of Position (if different from official title) | 17. Name of Employee (if vacant, specify) |

| a. Department, Agency, or Establishment | c. Third Subdivision |
| b. First Subdivision | d. Fourth Subdivision |
| c. Second Subdivision | e. Fifth Subdivision |

| Employee Review—This is an accurate description of the major duties and responsibilities of my position. | Signature of Employee (optional) |

| a. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the* | knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations. |
| Typed Name and Title of Immediate Supervisor Genevieve Peterson Administrative/Contracting Officer | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional) Thomas F. Wilson Director, Office of Budget, Finance & Administrati |
| Signature *Genevieve Peterson*  Date 02-03-94 | Signature  Date 02-03-94 |

| Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.* | 22. Position Classification Standards Used in Classifying/Grading Position GS-1106 |
| Typed Name and Title of Official Taking Action Constance Smith-Field Director, Personnel | Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management. |
| Signature *Constance Smith-Field*  Date 02-03-94 | |

| Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee (optional) | | | | | | | | | | |
| Supervisor | | | | | | | | | | |
| Classifier | | | | | | | | | | |

*(1)*

Description of Major Duties and Responsibilities (See Attached)

- Ability to understand and follow written guidance and regulations, to prioritize work and efficiently handle multiple competing assignments.

- Ability to communicate clearly and work effectively with agency staff as well as personnel of outside organizations including potential vendors.

- Highly skilled in the use of a typewriter and automated data processing equipment.

2. Supervisory Controls:

Incumbent reports to the Administrative Officer of the Foundation (who also serves as the Contracting Officer), who provides day-to-day supervision. Incumbent is expected to work independently on routine purchase and delivery orders and independently handle ordering of various supplies. The supervisor reviews completed work, and provides advice and assistance on more complex or difficult transactions, such as the preparation of written requests for quotations. The supervisor is kept advised on any unresolved problems concerning deliveries or performance.

3. Guidelines:

Guidelines include Federal procurement rules and regulations, agency policy and procedures, and supervisory instructions. The employee uses judgment in locating and selecting the most appropriate guidance. Situations to which existing criteria cannot be applied are referred to the supervisor.

4. Complexity:

The decision regarding what needs to be done depends upon the analysis of the subject, phase, or issues involved in each assignment, and the chosen course of action may have to be selected from several alternatives.

5. Scope of Effect:

The work involves the execution of specific rules, regulations, or procedures and typically comprises a complete segment of an assignment or project of a broader scope.

The services provided affect the accuracy and reliability of the procurement process for both U.S. and international operations of the Foundation.

6. Personal Contacts:

Personal contacts are with agency staff where procurement originates, as well as with procurement sources, delivery agents, and service representatives. A high level of effectiveness in personal and telephone contacts is required.

(3)

ATTACHMENT A

From: Janice Cobb    10/25/95  12:08 PM
Priority: Normal
C    om Wilson
    t:
------------------------ Message Contents -----------------------------

I discovered that my illness can not be mention on my
job performance.  Connie concur.  Therefore, my performance
record needs to be changed.  I hope this will not create a big
problem.

Also, I checked my job description and it appears that some work
contained in it was not covered:  major duties I have performed, such
as, reviewed logged invoices received, entered fiscal data,
contract preparation, etc, and conducted research to find sources
for supplies or services, have been accomplished during the majority
of the time  since I took the job as procurement assist.  The newly
assigned task included equipment maintenance, supply room, & mail
operation took effect the latter part of June this year was in my
recent performance evaluation.  Those assignments were discussed in our
staff meeting of June 12th.

Do you think I should get credit for the major responsibilities

described in my job description??.

Again, I hope this is not confusing, I just want to get clear

understanding of this.

Thank you in advance for your help.

I have doctor appointment this afternoon.  I will be leaving around

1:30 or 2pm. --jc

```
rom: Tom Wilson    11/9/95  3:40 PM
rio  ty: Normal
):    .ice Cobb
ub    : Re: Performance Evaluation
--    ---------------------- Message Contents -------------------------------
```

Just a Reminder:

My Peformance Job Evaluation needs to be rewritten.--jc

I haven't forgotten.  You're on my list...

February 19, 1996

SUBJECT:        Performance Appraisal

TO:             Tom Wilson, Director
                OBF

FROM:           Janice E. Cobb

This is a reminder that my performance appraisal still need
to be rewritten to reflect Critical Elements as outlined in
my Position Description.

If need to be evaluated on the following individual Critical
Elements which were excluded from my current Performance
Appraisal.

     (1)   Prepares purchase orders and delivery orders
     (2)   Conducts research to find sources for supplies
           or services; contacts potential vendors to obtains
           price quotations, ascertains availability of goods
           and/or services and obtains delivery information.
     (3)   Types contracts and purchase orders.
     (4)   Reviews telecommunications invoices and telephone
           logs to determine appropriate offices to charge and
           detect possible abuse of communications services.
     (5)   Establishes and maintains procurement files and
           documents control log for the procurement office.
     (6)   Reviews + Log Invoices received from vendors, obtains
           certification of receipt, enters fiscal data.

You evaluated me on Functional Assignments which were effective
on June 22, 1995, and are not outlined in my position discription
but were classified as Critical Elements.   They are:

     (1)   Equipment Maintenance
     (2)   Mail Operations
     (3)   Office Supplies

As you know, it is very important for me to have an accurate
performance appraisal reflecting all my accomplishments and
work performed well to use for career progression and possible
reduction-in-force action.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) COBB, JANICE E. | | | 2. | 3. Date of Birth | 4. Effective Date 02/04/96 |
|---|---|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 740 | 5-B. Nature of Action POSITION CHANGE | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code PNM | 5-D. Legal Authority REG. 351, 603 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code VMJ | 5-F. Legal Authority 5 U.S.C. 5362(A) | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number PROCUREMENT ASSISTANT (TYPING) A9406 | 15. TO: Position Title and Number OFFICE ASSISTANT (TYPING) A9508 |
|---|---|

| 8. Pay Plan GS | 9. Occ. Code 01104 | 10. Grade/Level 07 | 11. Step/Rate 09 | 12. Total Salary $31746.00 | 13. Pay Basis PA | 16. Pay Plan GS | 17. Occ. Code 00303 | 18. Grade/Level 06 | 19. Step/Rate 00 | 20. Total Salary/Award $31746.00 | 21. Pay Basis PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay $30726 | 12B. Locality Adj. $1020 | 12C. Adj. Basic Pay $31746 | 12D. Other Pay | | | 20A. Basic Pay $30726 | 20B. Locality Adj. $1020 | 20C. Adj. Basic Pay $31746 | 20D. Other Pay | | |

| 14. Name and Location of Position's Organization 4150000000 AFRICAN DEVELOPMENT FOUNDATION OFFICE OF BUDGET, PLANNING & ADMIN WASHINGTON, D.C. | 22. Name and Location of Position's Organization 4150000000 AFRICAN DEVELOPMENT FOUNDATION OFFICE OF BUDGET, PLANNING & ADMIN WASHINGTON, D.C. |
|---|---|

### EMPLOYEE DATA

| 23. Veterans Preference 1 - None    3 - 10-Point/Disability    5 - 10-Point/Other 2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30% | 24. Tenure 0 - None    2 - Conditional 1 - Permanent    3 - Indefinite | 25. Agency Use | 26. Veterans Preference for RIF YES [X] NO |
|---|---|---|---|
| 27. FEGLI B BASIC LIFE PLUS TABLE ONE OPTION | 28. Annuitant Indicator 9 NOT APPLICABLE | | 29. Pay Rate Determinant |
| 30. Retirement Plan C FICA & CSRS (PARTIAL) | 31. Service Comp. Date (Leave) 03/22/71 | 32. Work Schedule F FULL TIME | 33. Part-Time Hours Per Biweekly Pay Period |
| TIMES PAY & STD OPT & FAM OPT | | | |

### POSITION DATA

| 34. Position Occupied 1 - Competitive Service    3 - SES General 2 - Excepted Service    4 - SES Career Reserved | 35. FLSA Category N    E - Exempt        N - Nonexempt | 36. Appropriation Code AN-ADF | 37. Bargaining Unit Status 7777 |
|---|---|---|---|
| 38. Duty Station Code 11-0010-001 | 39. Duty Station (City – County – State or Overseas Location) WASHINGTON, DC | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

| 45. Remarks | RETAINED GRADE WILL NOT BE USED FOR PURPOSES OF REDUCTION-IN-FORCE. RETAINED GRADE WILL BE USED TO DETERMINE EMPLOYEE'S PAY, RETIREMENT AND INSURANCE BENEFITS, AND PROMOTION AND TRAINING ELIGIBILITY. EMPL ENTITL TO RETAIN GRD OF GS-07 THRU 02/03/98 AGENCY REORGANIZATION AS A RESULT OF REDUCTION IN FORCE. |
|---|---|

| 46. Employing Department or Agency AFRICAN DEVELOPMENT FOUND | 50. Signature/Authentication and Title of Approving Official PERSONNEL OFFICER |
|---|---|
| 47. Agency Code AN00 | 48. Personnel Office ID 4470 | 49. Approval Date 02/02/96 | |

5-316
DCN: 4470 AN 01281-ADS

Editions Prior to 7/91 Are Not Usable After 9/30/93
NSN 7540-01-333-6154

# SITION DESCRIPTION (Please Read Instructions on the Back)

| | | | 1. Agency Position No. A9508 |
|---|---|---|---|
| ason for Submission | 3. Service | 4. Employing Office Location | 6. OPM Certification No. |
| Redecoration [X] New [ ] Hdqtrs [ ] Field | Washington, DC | 5. Duty Station Washington, DC | |

| 7. For Labor Standards Act [ ] Exempt [ ] Nonexempt | 8. Financial Statements Required | 9. Subject to IA Action [ ] Yes [ ] No |
|---|---|---|

Establishment [ ] Other
on (Show any positions replaced)

Laces PD#A8906

| 10. Position Status [X] Competitive | 11. Position is | 12. Sensitivity | 13. Competitive Level Code 401 |
|---|---|---|---|
| [ ] Excepted (Specify in Remarks) | [ ] Supervisory | [ ] 1-Non-Sensitive [ ] 3-Critical Sensitive | 14 Agency Use |
| [ ] SES (Gen.) [ ] SES (CR) | [ ] Managerial [X] Neither | [ ] 2-Noncritical Sensitive [ ] 4-Special Sensitive | |

| Approved by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| 5. Office of Personnel Management | | | | | a. | 11/1/95 |
| partment, Agency Establishment | Office Assistant (Typing) | GS | 0303 | 06 | | |
| cond Level view | | | | | | |
| st Level Review | | | | | | |
| commended by Review of abing Officer | | | | | | |
| rganizational Title of Position (if different from official title) | | 17. Name of Employee (if vacant, specify) | | | | |

| partment, Agency, or Establishment | c. Third Subdivision |
|---|---|
| African Development Foundation | |
| a. Subdivision | d. Fourth Subdivision |
| Office of Budget & Administration | |
| cond Subdivision | e. Fifth Subdivision |

Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

rvisory Certification. I certify that this is an accurate statement of major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the

knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| ad Name and Title of Immediate Supervisor | Typed Name and Title of Higher-Level Supervisor or Manager (optional) |
|---|---|
| omas F. Wilson | William R. Ford |
| rector, OBA | President, ADF |
| ure | Date | Signature | Date 11/01/95 |

ssification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

22. Position Classification Standards Used in Classifying/Grading Position
GS-303, GS-203

| d Name and Title of Official Taking Action | |
|---|---|
| Smith-Field, Director | |
| ce of Personnel | |

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| Date 11/1/95 | |
|---|---|

| sition Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| mployee (optional) | | | | | | | | | | |
| pervisor | | | | | | | | | | |
| assifier | | | | | | | | | | |
| others | | | | | | | | | | |

escription of Major Duties and Responsibilities (See Attached)

7540-00-634-4265   Previous Edition Usable   5008-106

OF 8 (Rev 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

Office Assistant (Typing)
GS-303-06

A. Major Duties:

This position is located in the Office of Budget and
Administration, African Development Foundation, Washington,
DC. Incumbent provides administrative and clerical support
to the Office of Budget and Administration (OBA) and
performs telephone and receptionist duties for the African
Development Foundation (ADF). Representative tasks are as
follows.

In support of OBA staff members, prepares, in final form, a
variety of typewritten correspondence, e.g., letters,
memoranda, reports, policy and procedural directives,
financial and statistical documents, purchase orders,
procurement requests, travel documents and vouchers.

Serves as the Foundation's first line representative to the
public. Incumbent exercises tact and diplomacy in greeting
the general public and African visitors and in facilitating
telephone communications. Maintains visitors register;
tactfully requests visitors to sign and date register.

Sorts and routes all incoming mail and prepares a daily
chron for distribution to the President of ADF and other
senior staff members. Prepares acknowledgment of receipt of
various correspondence.

Oversees all Foundation courier and overnight mail as well
as international mail service activities; maintains all
courier records and reconciles records with invoices.

On occasion, as instructed, and in accordance with OBA
policy and procedures, uses the agency's automated
information system to enter a variety of narrative and
financial data covering the various functional areas of the
office.

Performs other related duties as assigned.

B. Factors:

   1.  Knowledge Required by the Position

        Knowledge of office activities, policies and
procedures as well as understanding of the agency's efforts
in meeting its mandate of supporting grassroots development
in Africa.

- Knowledge of standard correspondence formats, filing systems, domestic and international mail procedures as well as the standard administrative office management practices and procedures.

- Ability to organize and coordinate assignments; to deal courteously and tactfully with a wide variety of people.

- Skill of a fully qualified typist to operate an electric typewriter and/or word processor.

2.   Supervisory Controls.

Works under the general supervision of the Director of Budget and Administration.   Incumbent proceeds independently in carrying out assigned tasks in accordance with established policy and procedures. Work is reviewed for accuracy and adherence to established guidelines and compliance with instructions.

3.   Guidelines.

Available guidelines include ADF policies, procedures, and directives as well as those established specifically by the Office of Budget and Administration. Incumbent uses judgment in interpreting and applying established guidelines in carrying out routine tasks. Situations involving significant deviation from established guidelines or the absence of adequate guidelines are referred to the supervisor.

4.   Complexity.

Incumbent's work involves a variety of administrative, technical and clerical functions.   Assignments are characterized by the coordination efforts required, the different and unrelated processes and methods involved and the continuous need to effectively and tactfully communicate with a wide variety of persons.

5.   Scope and Effect.

The work impacts upon the operational activities of the Office of Budget and Administration in particular, and ADF as a whole in its effort to meet the needs of Africa's disadvantaged.

6.   Personal Contacts.

There are frequent contacts with agency employees, personnel of other Federal agencies, African constituency, foreign dignitaries and members of the general public.

7.  Purpose of Contacts.

    Purpose of contacts is to greet visitors and facilitate
telephone communications, to obtain, clarify, provide or
exchange information.

8.  Physical Demands.

    Work is primarily sedentary.  No special physical
demands are required to perform duties.

9.  Work Environment.

    Work is performed in an office setting.

AFRICAN DEVELOPMENT FOUNDATION

PERFORMANCE APPRAISAL
RECORD

THIS FORM DOCUMENTS:

1.    an understanding between rating official and employee of what is to be accomplished during the appraisal period (cited below);

2.    how those accomplishments will be evaluated (i.e. through the use of performance standards);

3.    the results of the mid-year progress review;

4.    the summary performance rating assigned to the employee;

5.    examples (or other description) of the employee's actual accomplishments which support the rating; and

6.    signatures of the employee, rating official, and the reviewing official.

Name of employee: Janice Cobb Hennix

Position title/series/grade: Office Assistant, GS-06

Organizational unit: Office of Budget, Finance and Administration

Appraisal period: 2/1/96    9/30/96

| | |
|---|---|
| 4. Travel Vouchers | Prepares travel vouchers for ADF staff who have traveled based on information submitted by travelers and official government travel regulations.  Uses automated system to enter data and prepare travel vouchers.  Vouchers are prepared accurately, generally within 2 weeks after submission of all necessary data. |
| 5. Work Environment | Works cooperatively with other ADF and OBFA staff to achieve unit and ADF objectives. |

| PERFORMANCE APPRAISAL RECORD | PAGE 4 |
|---|---|

### FINAL RATINGS - CRITICAL ELEMENTS

### Levels of Performance

| Ratings | Code Symbol |
|---|---|
| Substantially exceeded the standard | A |
| Exceeded the standard in certain important respects | B |
| Fully Acceptable | C |
| Only partially met the standard | D |
| Failed to meet the standard | E |

| Element No.  Rating | Example(s) or other descriptions supporting rating |
|---|---|
| 1. ADF Telephone Reception<br><br>C | While Ms Hennix does a generally satisfactory job in this area, I think one area Ms Hennix might work on is her ability to handle pressure-filled situations. While the overall volume of calls to the Agency is not high, they tend to be bunched somewhat which creates pressure.  As she has grown more accustomed to this position, Ms Hennix has shown improvement in this area.   I anticipate additional improvement in the coming year. |
| 2. Reception<br><br>C | Ms Hennix handles this function fairly well.  Visitors are greeted courteously and professionally and staff are promptly notified that their visitors have arrived.  The one area that needs improvement is maintaining coverage at all times.  Due to staff reductions, it is not always possible to find a replacement immediately when needed.  It is important that coverage be maintained at all times to prevent security lapses.  In this connection, while Ms Hennix generally develops working relationships with others, she is sometimes perceived as adversarial by co-workers.  Ms Hennix would be more effective in her interactions with co-workers if she presented her ideas in a more cooperative light. |
| 3. Travel Documents<br><br>C | This function got off to a slow start as Ms Hennix received only minimal training before assuming this responsibility.  I have noticed a significant |

| PERFORMANCE APPRAISAL RECORD | Page 5 |
| --- | --- |

## FINAL SUMMARY RATING

| Summary ratings | check one |
| --- | --- |
| **Outstanding.** This summary rating applies if the employee's performance substantially exceeded the standards for all or virtually all critical elements. | |
| **Meritorious.** This summary rating applies if the employee's performance exceeded the standards in certain important respects for at least half of the critical elements, and was fully acceptable for the remaining critical elements. | |
| **Successful.** This summary rating applies if the employee's performance was at least fully acceptable on all critical elements, but did not meet the test of a Meritorious rating. | XX |
| **Marginal.** This summary rating applies if the employee's performance only partially met the standard (s) for one or more critical elements. | |
| **Unsatisfactory.** This summary rating applies if the employee failed to meet the standard(s) for one or more critical elements regardless of his or her performance on other critical elements. | |

(signatures)

I have reviewed my final appraisal (including element and summary ratings) with the employee.

2/18/97

Rating official/supervisor's signature                           date

I understand that my signature below does not necessarily indicate that I agree with the appraisal (including element and/or summary ratings); rather, that I have reviewed the appraisal with my supervisor and received a copy.

Employee's signature                           date

I have reviewed the appraisal with the rating official, and considered any employee comments. I concur in the summary rating indicated above.

Reviewing official's signature                           date

—37—

OFFICE ASSISTANT, GS-303-06
Appraisal Period: 02/01/96-09/30/96


The Office Assistant's position description listed many of the duties that I had performed in my previous position, including serving as backup receptionist and preparation of purchase orders and a variety of typewritten correspondence. However, after I had accepted the position of Office Assistant, I found out that it was actually the Receptionist position. I was misled by the title of the position. Two other positions were added to the Office Assistant position. These additional positions were not reflected in the position description I received. Specifically, the major duties of the GS-9 Travel Specialist (formerly performed by Thelma Wingard Parker), and those of a new job, the Electronic Certification Administrator, were added to Office Assistant position.

In order for me to perform these additional duties, certain equipment had to be brought to the Receptionist desk. For example, a file cabinet containing the travel documents had to be brought out of the Travel Office to the Receptionist area.

When I questioned my supervisor, Tom Wilson, as to why the entire office of the Travel Specialist was being set up at the Receptionist desk, he told me that he could not have me doing just Receptionist work, but that I needed more challenging work to do.

At the time Mr. Wilson said this to me, I believed that the reason why the duties of the Travel Specialist were added to my position was because of my ability and my knowledge of a wide range of job responsibilities I have had in the Foundation, and my 25 years-plus experience in the Federal Government. I also thought that if I performed all of these jobs, it would qualify me for a higher grade that would not require me to perform the Receptionist duties.

I successfully performed the duties of Travel Specialist and Electronic Certification Administrator for two years while working at the Receptionist desk. I performed these duties without a new position description, which I should have had because of the several changes that were made to the position.

The Factor Evaluation System (FES) was not used for classifying the Office Assistant position, with the added duties described above. This method is used to assign a grade to a position on the basis of the position's duties, responsibilities, and qualifications. Under the FES, positions are classified on the basis of nine factors: knowledge required by position, supervisory controls, guidelines for the work, scope and effect of the work, contacts, purpose of contacts, physical demands, and the work environment.

-2-

Under Federal personnel procedures, positions must be classified in order to identify the substantial differences in difficulty, responsibilities, and qualifications requirements between various positions. A Federal employee is entitled to "equal pay for substantially equal work."

I thought I was entitled to have the Office Assistant position reclassified, and I requested that a desk/job audit be performed (see Attachment F) because:

(1) The position description did not accurately describe the amount of work required for the Travel Specialist and the Electronic Certification Administrator positions. It also did not reflect the complexity of these positions.

(2) The newly added duties were more technical and required additional training.

(3) The responsibilities were greater than those outlined in the position description for the Office Assistant position.

(4) Enough new duties were added to justify a higher grade level.

In the Office Assistant position, I work at a very high level much of the time. I personally handle telephone communications with White House officials, Senators, Congressmen, other U.S. Government officials (from the State Department, U.S.AID, GSA, etc.), and officials and Embassy personnel of African governments. I also personally handle the travel documents and place telephone calls for the Foundation President and Vice President. This is not GS-7 work.

Because I believe my job was improperly classified and needed to be changed, I requested reclassification of my position. This request went unfulfilled. I also requested a desk/job audit (see Attachment F) to determine if the duties I was performing qualified me for a higher grade level. That request too went unanswered.

On February 6, 1997, I received three performance appraisals which contained similar errors that I found in the appraisal of the Procurement position. I requested my supervisor to rewrite my performance appraisal to correct the errors. (See Attachments A-1).

-3-

After I did not get a satisfactory answer about the errors found in my appraisals, I requested an EEO Counselor. (See Attachment G and G-1). I thought that by having an EEO Counselor, I would get the errors corrected.

Below are some of the guidelines and procedures which were not followed:

1)   There was no periodic appraising of job performance, or regular feedback on work progress.

(2)   The appraisals should not contain ratings on elements which were not critical elements. These elements were not consistent with the specific work performed.

(3)   I was not appraised on all of my critical elements.

(4)   Major duties and responsibilities of the two added positions were not accurately described.

(5)   New positions were added to the Office Assistant position, but not included in the position description.

(6)   The appraisals did not reflect any of my accomplishments.

(7)   The narrative comments contradict the ratings.

(8)   Prior to being given the appraisals, I was not given an opportunity to discuss or correct areas of work which may have needed improvement.

The following are specific errors in the performance appraisal record of 03/01/96-09/30/96.

ISSUE I.   ADF Telephone Reception

"Need to work on handling pressure-filled situations." I do not know what pressure-filled situations these are. I was not aware there were any. I did experience during this appraisal period non-work related pressure related to problems in getting relief and rest breaks.

I felt discomfort, pain, and anxiety from working in an unsuitable work environment. If this was a problem, I should have been made aware of it before I received this appraisal.

It was stated in this portion of the appraisal that the volume of incoming calls were not high. This is not correct. Based on my daily tallies, I received more than 9,000 incoming calls during this appraisal period, or 80 per day. (See samples of tallies, Attachments H and H-1).

-4-

ISSUE II.  Reception

    "Needs improvment in maintaining coverage at all times."
This was another issue about which there had been ongoing
discussion during this appraisal period.  With the Foundation
President's authorization, I left my desk to go to the rest
room whenever I could not get anyone to relieve me.  It was
during these times, I was unable to maintain coverage.
My supervisor was aware of this decision.

ISSUE III.  Travel Documents

    "This function got off to a slow start because of minimal
training."  I was not aware of this.  If this function got off
to a slow start, it was not because of minimal training.
Travel documents were always prepared on the day that I
received them and were submitted for processing by or before
the deadline.  This was accomplished even when I received the
request upon short notice.

ISSUE IV.  Travel Vouchers

    "This function also got off to a slow start because of
minimal training."  I was not aware of this.  If this function
got off to a slow start, it was not because of minimal
training.  The system was down for a period of time due to
malfunction.  Once the system was up, the vouchers were
completed quickly.  Travel vouchers were prepared in a timely
manner, especially when I was allowed to prepare them away from
the Receptionist desk.  (See Attachment I).  I eliminated
a massive backlog of vouchers that I inherited from the
previous Travel Specialist.

ISSUE V.  Work Environment

    This is not an appropriate element upon which I should be
rated.  "Work Environment," as outlined in the position
description, describes the physical surroundings in which an
employee works and any special safety regulations or
precautions which must be observed to avoid mishaps or
discomfort.

    I believe this portion of the appraisal was used to comment
on the difficulties about which I was trying to get relief from
the front desk for rest breaks and to go to the rest room when
necessary.  This is something that all other employees received
just for being an employee of ADF.

–5–

IV.   CRITICAL ELEMENTS:

   (a)   ADF Telephone Reception.  I was able to handle a
         busy switchboard of about 400 incoming calls weekly
         while simultaneously performing other duties.
         I handled inquiries promptly, professionally,
         discreetly, and courteously.  I displayed patience
         with callers when a language barrier presented
         itself.

         Having a wealth of experience and knowledge of the
         Foundation's mission, I provided information clearly
         regarding programs and activities.

         By demonstrating proper telephone techniques and
         etiquette, I was relied upon often to handled the
         President's and Vice President's telephone calls
         when their secretary was unavailable.  I often
         received compliments from the staff and public.

   (b)   Visitor Reception.  I greeted visitors courteously
         and with tact.  I always provided the visitors with
         appropriate information and materials on the
         Foundation.  I made them feel welcome.

   (c)   Travel Documents.   While operating a busy switch-
         board, I prepared on a typewriter all Travel
         Travel Authorizations and Travel Advance of Funds
         applications for everyone traveling on Foundation
         business.  99% of the time, I prepared travel
         documents accurately and submitted them the same day
         I received them.  I always kept comfortably ahead my
         work schedule.

         --  Prepared 55 Travel Authorizations;
         --  Prepared 16 Travel Advance of Funds.

   (d)   Obtained Visas and Passports.  Upon short notice,
         I took photographs and I prepared all documents
         necessary to obtain diplomatic and official
         passports and visas for the ADF Board member and
         staff.  I set up a system which enabled me to track
         each visa during processing period.  I established
         a good working relationship with the embassy
         personnel and the Washington Passport Office which
         enabled me in many cases to get visas processed and
         returned before the established 3-day turnaround
         time.

-6-

    -- Obtained 72 visas, 5 passport renewals
       2 diplomatic passports, 4 new passports

(e)  <u>Travel Vouchers</u>. My first task as Travel Specialist was to completely eliminate the backlog of travel vouchers left by the previous Specialist. I accomplished this successfully with no errors. I prepared over **80 travel vouchers**.

(f)  <u>Electronic Certification System Administrative Function</u>. This was a newly created position that required a high degree of high concentration. With my fast typing speed, I quickly and accurately entered data from reports into the system for payment schedules, while operating a busy switchboard. I learned quickly how to download the payments to a floppy disk, which was uploaded into an ECS computer system for transmission to the vendors. Upon short notice, I was able to perform with unusual speed and rarely made a mistake.

(g)  <u>Agency American Express Government Account</u>. I successfully brought ADF's monthly account current by reconciling all of the payments on the account. When I inherited this function from the previous Travel Specialist, the account was 6-8 months behind.

ISSUE VII. OTHER DUTIES NOT MENTIONED, BUT MERIT COMMENTING:

(a)  <u>Courier Services</u>: During this appraisal period, I requested **courier services** about **101 times** without any major problems. I have developed excellent rapport with personnel in the courier office and produced quick turnaround services.

(b)  <u>Preparation of a Daily Staff Attendance Report</u>. I prepared a daily schedule of absentees, including personnel away from the office, attending outside meetings, training, or on travel. I contacted the appropriate persons with this in a timely manner.

(c)  <u>Distribution of Incoming Mail</u>: Besides processing the mail on a daily basis, I stayed after hours when the mail came late to ensure that the mail was sorted and distributed to the appropriate staff. I requested no overtime compensation for this additional work.

-7-

In sum, I have worked with staff cooperatively and harmoniously and provided back-up support for many positions. In the function of the Office Assistant position, I handled multiple and special assignments exceptionally well, producing consistently high quality work. I also demonstrated strong hands-on experience and used systematic methods to accomplish more in less time.

In the history of the Foundation, no other employee was ever required to do as many different jobs (Examples-see Attachment J) at the Receptionist desk and under the conditions that I worked.

Under Federal personnel procedures, I am entitled to a new position description based on the new duties and responsibilities I performed on a permanent basis at a more difficult level and required additional qualifications. My job changed significantly in contacts, the kind of duties, and responsibilities. The complexity of the new constitute a "different job", a higher grade. I performed my under minimum supervision.

OFFICE ASSISTANT, GS-303-06
Appraisal Period: 10/01/96-12/31/96

This appraisal contained many of the same errors that were found in the appraisal for the period of 02/01/96-09/30/96. These include: omission of major duties, being rated on non-critical elements, and not being informed prior to the appraisal period that there were areas which needed improvement. Since my response to this appraisal is essentially the same as it was for the previous appraisal, I will address only the one matter below.

ADF Telephone Reception. "Needs to be some improvement in message taking." During this appraisal period, I was only informed of one complaint; specifically, the one mentioned in this appraisal. I found out that another person who relieved me from the Receptionist duties took that particular message.

The following are my accomplishments:

1. ADF Telephone Reception: I was able to handle a busy switchboard of about 4,800 incoming calls at 400 a week, during 3-month period, while simultaneously performing other duties. I handled inquiries promptly, professionally, discreetly, and courteously. As always, I was relied upon often to handled the Office of the President's calls.

3. Visitor Reception. I greeted visitors courteously and with tact. I performed this task so well that I was asked to serve as a hostess for a high-profile after hours reception. Many African dignitaries, high-level government officials, and board members were in attendance.

2. Travel Documents. I accurately prepared travel documents, maintaining high quality work. Upon short notice, I always met the deadline.

-- Prepared 30 Travel Authorizations, 27 Travel Advance of Funds Applications, producing quality work.

3. Travel Vouchers. When I was able to prepare the travel vouchers away from the Receptionist desk or allowed to do them after working hours (see Attachment J), the vouchers were always submitted in a timely manner. During this appraisal period, I worked overtime preparing travel vouchers. I worked overtime without any additional compensation. I quickly eliminated another batch of vouchers for the board members I received from the Executive Assistant to the President.

-2-

    -- Prepared 55 travel vouchers, producing quality work.

The following duties are my major elements which were not mentioned:

4. <u>Visa/Passport Processing</u>: I communicated effectively with contacts regarding visa/passport processing. I prepared correspondence requesting visas, passports, and other travel matters. I provided photographic services for applicants needing visas and passports.

    Upon short notice, I always processed and obtained visas/passports prior to the deadline.

    -- Obtained 34 visas, 1 passport renewal, and 1 new passport.

5. <u>Electronic Certification System (ECS)</u> Administrative Function: I quickly mastered this position. While operating a switchboard, I accurately entered data and produced payment schedules. I always produced quality work. (See Attachment L). Another duty I performed in this position is downloading the ECS system for transmission of payments to the vendors.

    I served as ECS Security Administrator; I uploaded the system to perform "Start of the Day Processing" to begin ECS production; and I performed a "system shutdown" by downloading the system at the end of the day.

    -- Prepared **68 payment schedules** for Banker Trust and New York Bay companies and salary payments.

6. <u>Government Charge Account</u>. I checked the accuracy of charges made to the government travel account for transportation charges. I reconciled any discrepancies. I verified charges, identified, and coded each office to be charged. I maintained a current account.

7. <u>Backup Time and Attendance Clerk</u>. I was able to step right in and perform this task when the Payroll Clerk was absent. I entered all data accurately, and the deadline for transmission was always met.

-3-

8. <u>Courier Services</u>. This task was alway performed well, and I produced quick turn-around services. I requested courier services 107 times without any problems.

9. <u>Preparation of Daily Staff Attendance Report</u>. I contacted the appropriate staff as to the absentence of their employees and maintained an accurate daily record of the staff in attendance.

10. <u>Distribution of Incoming Mail</u>. This task was consistently performed in a timely manner.

ATTACHMENT *H*

Sheet1

| NUMBERS OF INCOMING CALLS TAKEN DAILY (ESTIMATED) | | | | |
|---|---|---|---|---|
| Name | 5/1/96 | 5/8/96 | 5/20/96 | 5/22/96 |
| Bah, Rama | 8 | 9 | 7 | 9 |
| Benn, R.J. | 5 | 4 | | 5 |
| Board | 1 | | 3 | |
| Brawner, Barbara | 3 | 6 | 7 | 5 |
| Byrd, Caroline | 2 | | 3 | 2 |
| Cobb, Janice | 1 | 1 | | 1 |
| Diaw, Djibril | | | 7 | 9 |
| Duffy, Conal | 5 | 1 | 2 | 2 |
| Ebben, Timothy | 4 | 4 | 6 | 4 |
| Feldman, Marla | 4 | 4 | 6 | 3 |
| Fields, Nate | | 1 | 2 | 2 |
| Floyd, Leonard | | | 1 | |
| Ford, Bill | 2 | 1 | 2 | |
| Fowles, Chris | 1 | | 1 | 3 |
| Friend, Liz | | | | |
| Hines, Ginny | 2 | | 1 | 2 |
| Jones, Cheryl | 1 | 1 | | 2 |
| Jungman, Jim | 5 | 5 | 2 | 3 |
| Kaminski, Thaddeus | | | 1 | |
| Karangwa, Evariste | 1 | 1 | 1 | 3 |
| Loh, Chin | | 1 | | 1 |
| Magid, Paul | 4 | 4 | 3 | 3 |
| McCollim, Janis | 2 | 3 | 5 | 5 |
| Nash, Teixiera | 7 | 4 | | 7 |
| Nicholas, Rejeanne | 4 | 9 | 7 | 2 |
| Niewald, Marine | | | | |
| Olson, Paul | 1 | 2 | 6 | 4 |
| Parker, Jennifer | 1 | 3 | 7 | 2 |
| Peterson, Genevieve | 9 | 6 | 11 | 3 |
| Smith, Jayne | 1 | | 5 | 1 |
| Smith-Field, Connie | 3 | 2 | | 2 |
| Whitfield, Jeannette | | 1 | 1 | 2 |
| Wilson, Tom | 2 | | 5 | |
| Other | 18 | 15 | 7 | 14 |
| | | | | |
| TOTAL | 97 | 88 | 109 | 101 |

ATTACHMENT H-1

8:30 – 12:30

3/31 4/1

1830 — 5pm
Total = 103 calls

TOTAL 49

TOTAL 54

4/2 8:30 – 11:50 pm

TOTAL 51

1:55 —

TOTAL 51

Total – 102 calls

No calls Taken
(Bldg evacuated for 1/3 hrs)

5/08/96
8:30 am

5/30/96
8:30 - 12:30    1:30 - 4 pm
4 - 6:00 pm

5/29/96    8:30 -

5/31/96

ATTACHMENT I

From: Janice Cobb     2/27/97   10:08 AM
Priority: Normal
Receipt Requested
TO: Genevieve Peterson
BC    Janice Cobb
     :t: Re: Work on Travel Vouchers
------------------------ Message Contents ----------------------------

Jennifer will relieve you today from 1:30-5:00 so that you can
concentrate on travel vouchers.


        G.P.


        Thank You.--jch

*Example of
Being allowed to
Work in another
Work area
to perform
Travel functions*

ATTACHMENT F



# AFRICAN DEVELOPMENT FOUNDATION

**January 30, 1997**

TO:         Contance Smith-Field
            Director of Personnel

THROUGH:    Tom Wilson, Director
            Office of Budget and Finance Administration

FROM:       Janice Cobb-Hennix
            Office Assistant

This is in reference to our conversation last week, January 23, regarding work related
issues.  The issue of reclassification of my position is one of the issues which needs to be
resolved.

After carefully reviewing my current position description elements and standards, I
believe they do not accurately reflect the specific duties and their complexity as I presently
perform them.  Therefore, I am requesting a desk/job audit.

cc: William Ford, President

**AFRICAN DEVELOPMENT FOUNDATION**

**PERFORMANCE APPRAISAL
RECORD**

THIS FORM DOCUMENTS:

1.   an understanding between rating official and employee of what is to be accomplished during the appraisal period (cited below);

2.   how those accomplishments will be evaluated (i.e. through the use of performance standards);

3.   the results of the mid-year progress review;

4.   the summary performance rating assigned to the employee;

5.   examples (or other description) of the employee's actual accomplishments which support the rating; and

6.   signatures of the employee, rating official, and the reviewing official.

Name of employee: Janice Cobb Hennix

Position title/series/grade: Office Assistant, GS-06

Organizational unit: Office of Budget, Finance and Administration

Appraisal period: 1/1/97 - 03/31/97

|  | transportation tickets and safegurads them from loss. Travel authorizations are prepared within 3 workdays of the receipt of all necessary documents. For international travel, visas are obtained within an average of 3 business days per visa. No passports or tickets are lost due to inadequate safeguards. |
|---|---|
| 4. Travel Vouchers | Prepares trael vouchers for ADF staff who have travelled based on information submitted by travelers who have traveled. Vouchers are prepared based on information provided by travelers and official government travel regulations. Uses automated system to enter data and prepare travel vouchers. 90% of vouchers are prepared within 10 business days of the receipt of all necessary information. The remainder are prepared within 15 business days. It is recognized that the quarter began with a backlog of vouchers. Therefore, this backlog will be cleared by the end of February and these standards will apply to new vouchers received beginning March 1. |
| 5. Work Environment | Works cooperatively with other ADF and OBFA staff to achieve unit and ADF objectives. |

| PERFORMANCE APPRAISAL RECORD | PAGE 4 |
|---|---|

| FINAL RATINGS - CRITICAL ELEMENTS |
|---|

| Levels of Performance |
|---|

| Ratings | Code Symbol |
|---|---|
| Substantially exceeded the standard | A |
| Exceeded the standard in certain important respects | B |
| Fully Acceptable | C |
| Only partially met the standard | D |
| Failed to meet the standard | E |

| Element No.  Rating | Example(s) or other descriptions supporting rating |
|---|---|
| 1. ADF Telephone Reception | |
| 2. Reception | |
| 3. Travel Documents | |
| 4. Travel Vouchers | |
| 5. Work Environment | |

**Proposed Position Description**

**Travel Specialist**
GS-301-9/11 (subject to desk audit)

This position is located in the Office of Budget, Finance and Administration.

The Foundation is responsible for a wide variety of travel, collection and payment transactions. Incumbent is responsible for managing and coordinating the entire travel operations, which includes providing advice and guidance concerning the laws and regulations governing all aspects of the Foundation's travel programs, particularly domestic and foreign travel. Incumbent keeps the Director (or his/her designee) informed of any foreseeable problems that may have a serious effect on the allowances due to the employees for official and necessary travel.

**A. Major Duties:**

--    Serves as an authoritative source to staff in the Foundation by interpreting and applying Federal laws and regulations for per diem and actual subsistence amounts and reimbursements.

--    Communicates directly and effectively with travel personnel, staff, other agencies and/or companies for the purpose of providing advice and information on sources and references for use in answering questions pertaining to travel-related matters which affect the staff of the Foundation.

--    Independently works with staff to identify and resolve travel problems that become apparent through analysis of travel vouchers, visa requirements and disputed transactions as they relate to the Government's American Express charge card program.

--    Prepares and reviews all travel documents for accuracy and completeness, and submits them in a timely manner.

--    Analyzes and reconciles the financial statements for the Foundation each month as they relate to travel. Researches unusual items relating to travel and makes appropriate adjusting entries relating to travel.

--    Prepares correspondence for travel, meeting, conference and seminar business purposes.

Page 1

-- Serves as the Foundation's travel representative when necessary.

-- Obtains foreign travel clearances, passports and visas which involve short notice foreign travel requests.

-- Maintains the security of all passports, visas and travel documents.

-- Is responsible for training staff concerning new travel regulations, travel authorizations and vouchers, and to ensure proper application of the Foundation's policies and procedures.

**B. Factors:**

**Knowledge Required by the Position:**

-- Knowledge of the Foundation's activities, various policies and procedures, and an understanding of the Foundation's efforts in meeting its mandate of supporting grassroots development in Africa. Thorough knowledge of both domestic and foreign travel laws and regulations issued by the General Services Administration and other agencies as they relate to all areas of travel.

-- Comprehensive knowledge of regulations and procedures to ensure proper application of policies and objectives for all travel programs applicable to the Foundation.

— Skilled in effectively communicating, verbally and in writing, with persons at all levels of the Foundation, plus personnel in the State Department, the African Embassies, in the travel agency and in the travel card program. Communication skill includes the ability to be persuasive and tactful.

-- Basic knowledge of analytical techniques is required to analyze problem situations and offer solutions based upon the most up-to-date and factual information available.

-- Knowledge of various electronic hardware and software systems, such as Travel Manager Plus and data entry systems.

2. **Supervisory Controls:**

Work under the general supervision of the Director of the Office of Budget, Finance and Administration (or his/her designee). Incumbent independently handles work assignments and problems in accordance with the law, regulations, policies and precedents. Unprecedented or unusual issues involving policy require discussion with supervisor. Completed work is reviewed for accuracy, evaluated for technical soundness and conformity to policy.

3. **Guidelines:**

Guidelines include the Foundation's general policies and procedures, and the Federal Travel Regulation manual.

Incumbent must use independent judgment in applying regulations and policies to a wide variety of situations. Situations involving significant deviation from established guidelines or policies, or absence of adequate guidelines or policies, are referred to the supervisor.

4. **Complexity:**

Incumbent must deal with numerous laws, regulations and policies which are complex and detailed and often are subject to different interpretations by travelers. Decisions may vary according to the situation and depend upon a thorough analysis of the facts in each case. Changes in regulations occur frequently, and Incumbent must be alert to conflicting interpretations which could result in over or underpayments to travelers or vendors.

Financial statements consist of numerous fund codes and work activities and are affected by a variety of payment, collection and adjustment transactions that are processed through an accounting system. Incumbent must be aware of the relationship between the fund codes and work activities to determine the accuracy of the statements and understand the accounting system to properly research problems and make necessary adjustments to entries.

5.    **Scope and Effect:**

The purpose of the work is to ensure equitable treatment of all travelers. Consistent application of the regulations related to travel (both domestic and foreign) is essential to maintain employee confidence at a high level. It is also essential to prevent fraudulent or erroneous claims by travelers that could have serious consequences for employees. Improper travel vouchers result in erroneous use of Government funds, embarrassment to the Foundation and possible monetary losses to travelers.

The results of the work affect the well-being of traveling employees and their ability to carry out their work for the Foundation. The accuracy and timeliness of obligations have a direct impact on staff appropriated funds.

6.    **Personal Contacts:**

Personal contacts are with employees in the Washington Headquarters, Foundation Board members and field offices. Contacts are also required with African Embassies, GSA, State Department, and others, such as the travel agency and travel charge card company.

7.    **Purpose of Contacts:**

Purpose is to provide advice, give direction, analyze and solve problems. Contacts with other agencies and/or companies are for the purpose of clarifying information and resolving discrepancies.

8.    **Physical Demands:**

Primarily sedentary. Occasional walking to other work areas.

9.    **Work Environment:**

Work is generally performed in an office setting.



## AFRICAN DEVELOPMENT FOUNDATION

DATE:       March 3, 1998

SUBJECT:    Performance Appraisals for the Procurement
            Assistant and Office Assistant Positions

TO:         Nathaniel Fields, Vice President

FROM:       Janice Cobb-Hennix
            Office Assistant, OBFA

Enclosed is the performance appraisal which needs to be rewritten for the Procurement Assistant position that I previously held. I submitted a request to my supervisor prior to the Reduction-in-Force (RIF) that this appraisal be rewritten. (See Attachment A and A-1)). This inaccurate appraisal was used in the RIF, and I believe it was the basis for reassigning me to my present position.

I received the appraisal for the Procurement Assistant position on October 23, 1994, and was asked by my supervisor to sign it immediately because it needed to be submitted quickly. I complied.

Later, I found that the appraisal was fundamentally flawed. Specifically:

(1) The elements and standards used in the appraisal were not consistent with my position description.

(2) The appraisal did not reflect the work that I had actually performed.

(3) I was rated on non-critical elements that were not related to the Procurement Assistant position.

After my efforts to get my appraisal rewritten proved fruitless and I discovered that the three other appraisals I had received contained many of the same errors, I thought it was best to discuss this matter with an EEO Counselor. I sent a memo to you requesting to meet with an EEO Counselor in order resolve the issues and to file a grievance, because I believed that using a flawed appraisal in the RIF process constituted a violation of my rights under the law.

-2-

Below are the specific errors I found after reviewing my appraisal for the Procurement Assistant position for the period 10/01/94-09/30/95.

ISSUES I:    APPRAISAL PERIODS:

I was not evaluated on work performed for the appraisal period for 10/01/93-9/30/94. One full year of my work and accomplishments were not considered. I also was not evaluated for work performed between 05/94 and 08/95.

Instead, I was evaluated on work performed for the appraisal period of 10/01/94-9/30/95, and it was that appraisal that was used for the RIF. I was on approved leave during the majority of that time (7 months).

I believe this performance appraisal was unfair because the appraisal needed to be rewritten due to many errors as well as the omission of credit for work performed and accomplishments achieved.

I believe if a more accurate appraisal had been used in the RIF process, I would have received a higher than "successful" performance rating, which should have entitled me to gain an extra 20 years of service credit. This would likely have changed the outcome of the RIF, thereby saving my grade and causing me to be reassigned to better position.

ISSUE II.    GRADE: The wrong grade was on the performance appraisal for the Procurement Assistant position. The GS-Grade should be changed to GS-1106-07 instead of Grade GS-06.

ISSUE III.   ILLEGAL INFORMATION. My illness and my disability should not have been mentioned in my performance appraisal at all.

ISSUE IV.    PERFORMANCE ELEMENTS: I was not rated on all performance critical elements. I was only rated on three of the six elements for the Procurement Assistant position.

The one critical element on which I was rated contained only a small portion of my major responsibilities as the Procurement Assistant. The rating also did not clearly define the work I had actually performed and was required to perform as outlined in my position description.

-3-

The two elements on which I was appraised were mere assignments and should not have been defined as critical elements. I only performed them three months during the appraisal period.

The following are my accomplishments during this appraisal period:

1.  99% of the time, I reviewed and accurately logged invoices received from vendors by obtaining certifications of receipt, entering correct fiscal data from procurement files, and responding to vendor inquiries in a timely manner. Documentation of invoices were maintained with a high degree of accuracy.

    I implemented a system by which all invoices would be paid in a timely manner. This did not occur before I became the Procurement Assistant. As a result, payment to vendors was done on a regular basis and in a more efficient manner.

    I kept the log books for invoices current. Upon short notice, I was always able to retrieve information quickly from log books, especially when discrepancies occurred and needed resolution. I always kept comfortably ahead of the work schedule.

2.  98% of the time, I accurately prepared purchase orders based on procurement requests, standard purchasing procedures, and GSA-negotiated contracts.

    It took a great deal of effort to ensure that the information on the procurement request was properly recorded and was correct on the purchase orders. I always calculated correctly the dollar hours and total amounts for each contract and purchase order. In this task, I consistently produced accurate work.

3.  98% of the time, I appropriately conducted research to find sources for supplies or services by referring to GSA schedules, directories, catalogues, internal records, and previous procurement files. I contacted potential vendors and obtained price quotations, ascertained availability of goods and/or services, and submitted this information to the Administrative Services Officer in a timely manner.

-4-

In this task, by paying close attention to details, I achieved cost reductions when I elected the best sources for supplies and services. My maintaining a strong working rapport with vendors, and working harmoniously and effectively with the staff and with the public, resulted in consistently quality work.

4.  98% of the time, I accurately typed contracts and purchase orders and delivered the final documents to the appropriate locations via mail, or fax, in a timely manner.  I was able to perform this task exceptionally well because of my typing speed and accuracy.  To save even more time and to insure that the purchase orders were processed quickly, I pre-typed supply purchase orders in advance.  This was especially time-saving when I was absent from work and proved to be most valuable in processing orders quickly.

In performing this task, I always kept comfortably ahead of my work schedule.

5.  98% of the time, I reviewed telecommunications invoices and telephone logs and accurately determined the appropriate offices to charge the cost.

This is a task which requires a high degree of concentration.  By paying  close attention to details when I compared the monthly invoices with multi-computer print-outs of hundreds of calls, I was able to determine which offices made each call and apply the correct charges to the correct offices.  I also was able to successfully detect possible abuse of communications services.

In this task, I consistently met the deadlines for submission of the invoices for payment.

6.  I established efficient procurement files and maintained current document control logs for the procurement office.  Documents could always be retrieved from the files quickly.

-5-

Below are some of the functional assignments I performed
during the appraisal period:

    (1)  Equipment Maintenance:  Although this particular
           task was not one of my major duties and not
           related to procurement duties, I nevertheless
           performed this task consistently, and I could be
           relied upon to have the equipment working
           properly.

           This duty was always carried out promptly, and
           problems were corrected quickly.  I checked the
           equipment on a regular basis and maintained it
           with minimum downtime.

    (2)  Mail Operations.  Instead of processing the
           outgoing mail two times a day, I consistently
           processed the outgoing mail three times daily,
           which improved the delivery time of documents
           to the offices in Africa.  The incoming mail
           to staff was consistently distributed to staff
           in a timely and efficient manner.

The following were functional assignments of a wide range
that I performed which were not mentioned in the appraisal,
but merit recognition.

(1)  Back-up for the Receptionist.  I could always be
     relied on to perform quality work in this capacity.
     I would be called upon several times a day to relieve
     the receptionist.  (See Attachment B).

     I maintained a good rapport with the receptionist.  I
     kept comfortably ahead of my work schedule, performed
     my procurement duties consistently, produced quality
     work, and provided to be valuable back-up support.

(2)  Management of the Supply Room:  I achieved cost
     reductions by ordering the correct amount of
     materials/supplies and eliminated the overstocking
     and understocking of items, which occurred often
     before I managed the supply room.  I accomplished
     this by calculating the amount of supplies the
     Foundation utilized on a monthly basis and ordered
     accordingly.  By doing so, stock never ran out, as
     it did in the past before I was put in charge of the

-6-

supply room.  I decreased the time it took to dis-
tribute supplies to the staff by 50% by: (a) main-
taining items on the shelves in a more organized
manner and (b) producing supply forms (see Attach-
ment D).  The form proved to be valuable for the
staff and helped produce an efficient system for
managing the supply room.

(3) Office/Facilities/Landlord Liaison:   I effectively
communicated with all levels of staff by interacting
effectively with them when ascertaining necessary
information in order to comply with their requests
for support services.  By promptly responding to the
staff's problems and requests, there was a quick
turn-around in resolving problems and in providing
services.

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5 Duty Station | | 6. OPM Certification No. |
|---|---|---|---|---|---|

2. Reason for Submission
- [ ] Redescription  [X] New
- [ ] Reestablishment  [X] Other

Explanation (Show any positions replaced)
A9805A amended

3. Service  [X] Hdqtrs.  [ ] Field

4. Employing Office Location
Washington DC

5 Duty Station
Washington DC

6. OPM Certification No.

7. Fair Labor Standards Act
[ ] Exempt  [X] Nonexempt

8. Financial Statements Required
[ ] Executive Personnel Financial Disclosure
[ ] Employment and Financial Interests

9. Subject to IA Action
[X] Yes  [ ] No

10. Position Status
- [X] Competitive
- [ ] Excepted (Specify in Remarks)
- [ ] SES (Gen.)  [ ] SES (CR)

11. Position is:
[X] Supervisory
[ ] Managerial
[X] Neither

12. Sensitivity
[X] 1—Non-Sensitive
[ ] 2—Noncritical Sensitive
[ ] 3—Critical Sensitive
[ ] 4—Special Sensitive

13. Competitive Level Code

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Grants & Correspondence Management | GS | 00303 | 07 | [signature] | 03/09/98 |
| c. Second Level Review | Assistant | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (if different from official title)
African Development Foundation

17. Name of Employee (if vacant, specify)
Janice Cobb

18. Department, Agency, or Establishment
Office of Information Management

a. First Subdivision

b. Second Subdivision

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
Nathaniel Fields
Vice President

Signature
Nathaniel Fields          Date 03/09/98

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

Signature          Date

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action
C.M. Smith-Field
Personnel Officer

Signature
C.M. Smith-Field          Date 03/09/98

22. Position Classification Standards Used in Classifying/Grading Position
GS-303 Misc.Clerk & Asst. Series
Grade Level Guide for Clerical & Asst. Work
GS-326 Ofc.Automation & GS-344 Mgmt. & Prog.
Clerical & Assistance

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks
*PD is amended to remove all tasks associated with receptionist responsibilities.

25. Description of Major Duties and Responsibilities (See Attached)

the programs' proposal/grant application filing system. Monitors all information processing related to the receipt of funding reports (progress, financial, final), e.g., logging in, distribution for review and comment, filing, and establishing records on disposition of documentational materials.

4. Provides assistance and support in the maintenance of disbursement records. Provides assistance and support in recording, generating and maintaining statistics on the funding history of all grant categories/projects, on all applicants and grantees, and on trends in funding patterns.

5. When assigned, researches, gathers, analyzes, consolidates, and develops one-of-a-kind reports, statistical information or other pertinent reports, using a variety of sources and documents.

6. Remains fully cognizant of ADF programs, policies, requirements, and procedures as well as office operations and activities and assures and expedites the flow of work to and from the office.

7. Maintains and utilizes automated database management systems to monitor and track assigned activities.

8. Performs a variety of office automation tasks. Produces a variety of documents utilizing using a substantial range of functions, processes and software applications. Based on specific instruction from supervisor, creates, copies, edits, inserts and deletes text in word processing files, and moves material throughout a single document and from one file to another. Enters, moves, inserts and/or deletes data into databases or spreadsheets. Stores, retrieves, and prints a variety of documents to include those requiring complex formats such as charts, or tables within text. May also use an electric typewriter, as required.

9. Performs other duties as assigned.

## Factor 1 - Knowledge Required by the Position

Substantive knowledge and ability to interpret and apply a variety and range of administrative and office support requirements, documentation, techniques and procedures.

Knowledge of the substantive programs of the organization as they relate to the correspondence and grants management functions.

Ability to organize, set priorities, and analyze a variety of unrelated and substantive tasks.

Skill in operating an electronic typewriter, word processor, microcomputer, or computer terminal using a standard typewriter style keyboard with additional function keys sufficient to produce varied and complex formats, (e.g., automatic generation of indices and tables of contents, creation of glossaries; or precise alignment of multiple columns) utilizing advanced software functions, processes and

2

## Factor 7 – Purpose of Contacts

The purpose of contacts is to obtain, clarify, provide or exchange information and to resolve any administrative problems regarding ADF's correspondence and grants management activity.

## Factor 8 – Physical Demands

The work is primarily sedentary.

## Factor 9 – Work Environment

The work is typically performed in an office environment.

4

**INFORMAL EEO COMPLAINT OF JANICE COBB-HENNIX**

To:        EEO Counselor Clarence Turner

From:      Joseph D. Gebhardt

Re:        Informal EEO Complaint of Janice Cobb-Hennix

Date:      June 19, 1997

---

## Introduction

This document sets forth the discriminatory and retaliatory actions against Ms. Cobb-Hennix that form the bases of her EEO complaint. Her employer, the African Development Foundation, is referred to herein as "the Agency".

The bases for Ms. Cobb-Hennix's complaint are discrimination due to disability (Lupus), denial of reasonable accommodation, and retaliation.

The requested remedies are:

1.    Removal of receptionist duties from her job.

2.    Reassignment to a new supervisor.

3.    Flexible work schedule, based upon her medical need for accommodation.

4.    Authorization of residence as alternate workplace.

5.    Continuation of participation in volunteer leave program.

6.    Desk audit for current job, going back for at least one year.

7. Back pay.

8. Appropriate RIF rights and remedies.

9. Development of a written Agency policy prohibiting discriminatory and retaliatory harassment.

10. Compensatory damages (up to $300,000).

11. Award of reasonable attorney fees.

12. Corrected performance evaluation. *Jeff*

## Statement of Issues Presented for Counseling

I. The Agency's failure to reasonably accommodate Ms. Cobb-Hennix

Ms. Cobb-Hennix has been diagnosed with Lupus, a disabling connective tissue disease that requires a daily regimen of medication, low stress, and frequent bathroom breaks (due to the medication).

Ms. Cobb-Hennix was diagnosed in 1994 and informed her supervisor of her condition -- as well as the corresponding reasonable accommodation she required -- shortly thereafter[1]. Since 1995, Ms. Cobb-Hennix has requested reasonable accommodation in writing on several occasions. Instead of accommodating her, the Agency subjected her to a reduction-in-force (RIF) and downgraded Ms. Cobb-Hennix to a stressful receptionist position that did not allow her to take necessary restroom breaks. See also issue II., infra (discriminatory

---

[1]Ms. Cobb's disability was obvious to everyone at the Agency because her Lupus manifested physical symptoms, e.g. pronounced swelling.

2

RIF).    Although Ms. Cobb-Hennix had herself relieved the receptionist before she was demoted to the position, no one was assigned as a backup or alternate to relieve Ms. Cobb-Hennix when she became receptionist.

The Agency's failure to accommodate Ms. Cobb-Hennix has had devastating medical consequences for her; because she was not afforded necessary restroom breaks, Ms. Cobb-Hennix suffered bladder damage that required a surgical operation in December 1996.  Following this operation, Ms. Cobb-Hennix's doctor reiterated her need for reasonable accommodation.  The Agency again failed to make the reasonable accommodations required by law.  Ms. Cobb-Hennix again suffered bladder damage, resulting in another surgical operation in March 1997. This time, a precancerous growth was found in her bladder.

Ms. Cobb-Hennix first requested EEO Counseling in January 1997[2], at which time the Agency's dangerous failure to accommodate her disability was ongoing and constituted a continuing violation.


II. Discriminatory RIF

Ms. Cobb-Hennix was forced out of her GS-7 position as Procurement Assistant by being RIF'd while she was on sick

---

[2]The Agency does not have an EEO Counselor and Ms. Cobb-Hennix has not received counseling until today, despite her requests over the past several months.

3

leave due to her disability. Although Ms. Cobb-Hennix had requested reasonable accommodation, including containment of stress on the job and necessary restroom breaks, the discriminatory RIF resulted in Ms. Cobb-Hennix being downgraded to a GS-6 receptionist position which involved more stress and no opportunity for her to take necessary restroom breaks.

Even after she was RIF'd and accepted the downgrade, Ms. Cobb-Hennix continued to receive discriminatory treatment in the way that her job duties as receptionist were assigned. Ms. Cobb-Hennix was given additional assignments beyond those she understood would form her duties as receptionist. Some of these additional assignments involved work previously performed by GS-9 staff. Ms. Cobb-Hennix was promised a desk audit but she did not receive one.

III.    Harassment

Ms. Cobb-Hennix has been subject to harassment and verbal abuse from Ms. Genevieve Peterson (a GS-14 Administrative Services Officer). Ms. Peterson's actions, including yelling at Ms. Cobb-Hennix and humiliating her in front of other Agency staff, have created a hostile working environment for Ms. Cobb-Hennix. Ms. Cobb-Hennix was also falsely accused of having misplaced a confidential envelope. All of this

4

harassing behavior is a retaliatory backlash against Ms. Cobb-Hennix for having attempted to initiate EEO counseling.

IV.  Discriminatory performance evaluation

Ms. Cobb-Hennix received an unfair and discriminatorily low performance evaluation from her supervisor (Tom Wilson) on February 7, 1997. The discriminatory evaluation came without warning; it included criticisms of her performance that had not been conveyed to her during the time period for which she was evaluated.  Ms. Cobb-Hennix had been led to believe by her supervisor, Mr. Tom Wilson, that her performance was more than acceptable.   The proposed evaluation contained unfair and factually inaccurate criticisms of Ms. Cobb-Hennix's work.

Respectfully submitted,

JANICE COBB-HENNIX

JOSEPH D. GEBHARDT
CHRISTOPHER P. EDELSON
1748 N Street N.W.
Washington, D.C. 20036
(202) 496-0400

June 19 , 1997                Attorneys for Complainant

5

LAW OFFICE

# JOSEPH D. GEBHARDT

1748 N STREET, N. W.

WASHINGTON, D. C. 20036

ADMITTED
DC, MD

PHONE (202) 496-0400
FAX (202) 496-0404

July 8, 1997

Mr. Clarence Turner
EEO Counselor
7131 Talisman lane
Columbia, MD 21045

   Re:  <u>EEO Counseling for Ms. Janice Cobb-Hennix</u>

Dear Mr. Turner:

   I am enclosing a copy of an e-mail that Ms. Cobb-Hennix
sent to her supervisor Tom Wilson last week. The e-mail
addressed possible retaliation against Ms. Cobb-Hennix.
Please add this document to your file and contact me with any
questions.

                    Very truly yours,

                    Christopher P. Edelson
                    Attorney for Ms. Cobb-Hennix



# AFRICAN DEVELOPMENT FOUNDATION

July 3, 1997

                                             CORRECTED


TO:          Tom Wilson, Director
             OBFA

FROM:        Janice Cobb-Henni
             Office Assistant

SUBJECT:     Removal of Duties


I have become aware that the secretaries are being trained to perform Travel Manager
functions, including Travel Vouchers and Travel Authorizations preparation.

As you know, I have successfully performed these duties for more than a year. I am
concerned that these major responsibilities are being removed from my duties in response
to my having recently initiated EEO activities regarding reasonable accommodations for
my disabling condition, *Lupus.*

1400 Eye Street . Northwest    Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 573-3810

LAW OFFICE

# JOSEPH D. GEBHARDT, P. C.

1748 N STREET, N. W.

WASHINGTON, D. C. 20036

ADMITTED
DC, MD

PHONE (202) 496-0400
FAX (202) 496-0404

July 22, 1997

Mr. Clarence Turner
EEO Counselor
7131 Talisman Lane
Columbia, MD 21045

    Re:  EEO Counseling for Ms. Janice Cobb-Hennix

Dear Mr. Turner:

    Our client, Janice Cobb-Hennix, has asked us to request
that her informal EEO complaint be supplemented to include the
following retaliatory action(s).  Ms. Cobb-Hennix further
states that since she has initiated EEO counseling, she has
been excluded from staff meetings and in-house trainings.  She
reasonably believes that she is being excluded from the
meetings and trainings as a retaliatory response to her
protected participation in the EEO process.  She further
understands that at these meetings her job duties are being
discussed (in her absence).  After one such meeting on July
17, 1997, Ms. Cobb-Hennix spoke with a co-worker in an effort
to find out why she had been excluded from a meeting at which
her job responsibilities were discussed.  The co-worker said
that she felt it was wrong to exclude Ms. Cobb-Hennix from the
meeting, and that no one had spoken up for Ms. Cobb-Hennix in
her absence.

                    Respectfully submitted,

                    _Christopher P. Edelson_____

                    Joseph D. Gebhardt
                    Christopher P. Edelson
                    Attorneys for Ms. Cobb-Hennix

cc:  Ms. Janice Cobb-Hennix

LAW OFFICE

# JOSEPH D. GEBHARDT, P. C.

1748 N STREET, N. W.

WASHINGTON, D. C. 20036

ADMITTED
DC, MD

PHONE (202) 496-0400
FAX (202) 496-0404

August 8, 1997

Mr. Clarence Turner
EEO Counselor
7131 Talisman Lane
Columbia, MD 21045

Re:  <u>EEO Counseling for Ms. Janice Cobb-Hennix</u>

Dear Mr. Turner:

Our client, Janice Cobb-Hennix, has asked us to request that her informal EEO complaint file be supplemented to include the following retaliatory action(s) that Ms. Cobb reasonably believes have been taken against her for having pursued EEO activity:

This week, it has been made clear that Ms. Cobb's travel preparation duties (a significant part of her job) have been taken away from her and reassigned to other office personnel who previously did not perform these duties.  Ms. Cobb reasonably perceives this to be an irrational action, explicable only as retaliatory backlash, because she is the only one in the office with experience in these duties. Personnel to whom her duties have been reassigned possess no experience in this area and repeatedly ask Ms. Cobb that she show them what to do.  Ms. Cobb had recognized that these duties were going to be taken from her, and informed the Director that she perceived the reassignment of travel preparation duties as a retaliatory action.  <u>See</u> copy of enclosed letter of July 25, 1997 from Ms. Cobb to Tom Wilson, Director, Office of Budget, Finance and Administration.

Ms. Cobb also reports that Ms. Genevieve Peterson continues to subject her to harassing behavior; recently, Ms. Peterson failed to provide relief for Ms. Cobb at the front desk when Ms. Cobb had a scheduled medical appointment.  Ms. Cobb believes that Ms. Peterson's failure to provide such relief is continuing evidence of retaliation and represents a continuing failure to provide reasonable accommodation for her disability.

Mr. Clarence Turner
Page 2
August 8, 1997

    Thank you for your cooperation and please contact us with
any questions.

                        Very truly yours,

                        Joseph D. Gebhardt
                        Christopher P. Edelson
                        Attorneys for Ms. Cobb-Hennix

Enclosure (1)
cc:  Ms. Janice Cobb-Hennix

**MEETING AGENDA**
**NOVEMBER 5, 1997**

I.   **Introductions**

II.  **Purposes and Expectations of the Meeting**
     - Turner
     - Gephart
     - Fields

III. **Background -- Clarence Turner**

IV.  **Meeting Discussion**
     A) Clarifying Nature and Manifestation of Illness
     B) Clarifying Reasonable Accommodations Expectations
       - Remedies requested by Janice Cobb-Hennix
       - ADF Response to Remedies

V.   **Other Specific Issues of Concern**

VI.  **Suggestions -- How We Can Work Together to Resolve These in an Equitable Manner**

VII. **Agreement on Next Steps**

LAW OFFICE

# JOSEPH D. GEBHARDT, P. C.

1748 N STREET, N. W.

WASHINGTON, D. C. 20036

ADMITTED
DC, MD

PHONE (202) 496-0400
FAX (202) 496-0404

August 20, 1998

Mr. Clarence Turner
EEO Counselor
7131 Talisman Lane
Columbia, MD 21045

    Re: <u>EEO Complaint of Janice Cobb-Hennix</u>

Dear Mr. Turner:

    Ms. Janice Cobb-Hennix would like to have the African Development Foundation's settlement offer. If there is no offer at this time, she would like to have a Notice of Right to File a Formal Complaint.

    I am enclosing, for your consideration, a precedent-setting appellate decision from the Equal Employment Opportunity Commission (<u>Finlay v. Runyon</u>, USPS), which discusses the standards and rationale for an award of compensatory damages in a discrimination case, among other things.

                     Very truly yours,

                     *Joseph D. Gebhardt*

                     Joseph D. Gebhardt

jdg/msd
Enclosure (as noted)

cc: Ms. Janice Cobb-Hennix



# AFRICAN DEVELOPMENT FOUNDATION

September 17, 1998

Mr. Joseph Gebhardt
1748 N Street NW
Washington, D.C. 20036

                            Re: Ms. Janice Cobb-Hennix

Dear Mr. Gebhardt:

At our last meeting, on March 25, ADF agreed to continue to accommodate Ms. Cobb-Hennix by advancing sick leave and otherwise flexibly applying sick leave policy, granting participation in the leave donor program, and permitting rest breaks. She was also reassigned to another position which is more flexible in terms of hours and duties.

It was agreed that ADF would put together a description of the Grants Correspondence Management Assistant position to which Ms. Cobb-Hennix was reassigned, broken down by specific tasks. This has been done, and a copy is attached.

Finally, it was decided that Ms. Cobb-Hennix would share the position description with her doctor who would advise ADF of his opinion concerning the level of effort ADF could expect of her in the performance of the job. He would also specify any accommodations he believed would be necessary to allow Ms. Cobb-Hennix to perform all of the essential elements of the position. At the time, the Vice President also indicated that he would request Ms. Cobb-Hennix to see a doctor of the Foundation's choosing to corroborate Ms. Cobb-Hennix's doctor's opinion.

Since that meeting, Ms. Cobb-Hennix has assumed the position in question and has been performing her duties in that capacity for seven months without apparent difficulty. At this point, rather than adhere to the original plan requiring physicians to review the position description, it would appear in the best interests of both the Foundation and Ms. Cobb-Hennix to meet to discuss with her whether she perceives that there are any problems or issues concerning her ability to perform some or any of the tasks that have been assigned to her. If there are issues related to her ability to perform certain tasks, we may be able to work out reasonable accommodations immediately, and thus obviate the

need for further medical assessments. If, on the other hand, we are unable to reach agreement on the resolution of any issue raised or any particular request for accommodation, we could then proceed to the step of having the doctors review the situation and provide us with an opinion.

If this proposal is agreeable to you and to Ms. Cobb-Hennix, we can proceed to meet at a mutually convenient time next week.

I look forward to your reply.

Sincerely

Paul Magid
General Counsel

cc. Nate Fields, Vice President
    Clarence Turner, EEO Counselor

**ADF**

## AFRICAN DEVELOPMENT FOUNDATION

December 12, 2000

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Joseph D. Gebhardt, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 607
Washington, D.C. 20036

      RE:   Your letter dated December 12, 2000 Concerning Janice Cobb-Hennix

Dear Mr. Gebhardt:

This acknowledges receipt of the above referenced letter. I wish to clarify a point in that letter. In our December 4, 2000 telephone conversation, I did not informed you that the African Development Foundation (ADF) has no interest in negotiating a resolution to Ms. Janice Cobb-Hennix's claim for compensatory damages, as you state. Rather, I said that ADF has no basis to negotiate, since we have no objective medical opinion on Ms. Cobb-Hennix's condition and the casual linkage between it and her responsibilities at ADF.

I also mentioned, and you are aware, that in our October 5, 2000 meeting with your associate, Mr. Charles Day and Ms. Cobb-Hennix, I proposed that we proceed with an independent medical assessment of Ms. Cobb-Hennix's condition, so that the Foundation will have an impartial basis for negotiating. Mr. Day and Ms. Cobb-Hennix vehemently objected to this, although my records indicate that both sides to this dispute had agreed to such an assessment earlier. I do not understand the change in your position on this point. At any rate, it is not in the interest of the Foundation to proceed with negotiations without such an assessment.

You state in your letter that you are ready to move forward with a court complaint. I believe to do so would be premature. Ms. Cobb-Hennix filed an informal EEO complaint on June 19, 1997. Mr. Clarence Turner was assigned as the EEOC investigator. On September 17, 1998, several months after ADF had made the accommodations your client requested, ADF's General Counsel, Paul Magid, sent you a letter inquiring if there

were any outstanding issues on her accommodations and indicating the Foundation's desire to come to closure on the issue. You have not responded to Mr. Magid's letter. (Even in our September 5, 2000 meeting mentioned above, I asked your client if the accommodations were satisfactory, but did not get a clear answer.) However, in a letter dated September 28, 2000 letter, you accuse ADF of allowing your client's EEO complaint "to languish unresolved". Quite the contrary is true. It was your lack of response that caused the process to "languish", and has prevented the investigator from completing his report.

I have informed Mr. Turner that ADF has made all the accommodations it can for Ms. Cobb-Hennix, but that she will not permit an ADF selected doctor to review her condition as earlier planned. He has agreed to complete and submit his final report no later than January 15, 2001.

I would like to suggest that we both review Mr. Turner's report before proceeding. If your client is not satisfied with his findings, she may wish to file a formal complaint with the EEOC. I believe this is the most expeditious way of handling the matter.

I look forward to your reply.

Sincerely,

Doris Mason Martin
General Counsel

Cc:    Nathaniel Fields, ADF President
       Clarence Turner, EEOC Counselor

2



## AFRICAN DEVELOPMENT FOUNDATION

<u>VIA FIRST CLASS MAIL</u>

January 11, 2001

Clarence Turner, Esq.
7131 Talisman Lane
Columbia, Maryland 21045

RE:  Informal EEO Complaint filed by Janice Cobb-Hennix

Dear Mr. Turner:

This is to confirm our agreement by telephone on December 12, 2000 that you will proceed with the finalization of your report on the mediation between Ms. Janice Cobb-Hennix and the African Development Foundation (ADF) and submit it to Ms. Constance Smith-Field.  As I mentioned, Ms. Cobb-Hennix has rescinded her agreement to allow an independent medical review of her condition. Consequently, there will be no additional facts for you to incorporate into your report other than those provided below on the accommodations ADF has made.

The following lists Ms. Cobb-Hennix's demands for accommodation (as stated in her informal EEO complaint) and ADF's response to them.

ξ  Removal of receptionists duties from her job: on March 9, 1998 Ms. Cobb-Hennix was officially reassigned to a position as Grants and Correspondence Management Assistant --- a new position created as a result of an organizational restructuring.  Her job description is enclosed.
ξ  Reassignment to a new supervisor:  this was accomplished with the new job.
ξ  Flexible work schedule:  Ms. Cobb-Hennix participates in flex-time, and ADF has advanced her sick leave, flexibly applied the sick leave policy, allows her to participate in the leave donor program, and authorized her to take rest breaks at her discretion.
ξ  Authorization of residence as alternate workplace:  this is not feasible given her job requirements.  However, ADF makes every effort to ensure that she has all leave advantages possible.
ξ  Continuation of participation in volunteer leave program:  granted.

ξ   Desk audit for current job [receptionist], going back for at least one year: no.
    This demand became moot once ADF reassigned Ms. Cobb-Hennix.

ξ   Back pay: no. Ms. Cobb-Hennix never lost pay, and therefore was not due any
    back pay. ADF advised her that she could buy back leave she used and provided
    her the necessary forms to do so. However, to this date, she has not pursued this
    option.

ξ   Appropriate RIF rights and remedies: yes. ADF's RIF was conducted according
    to all applicable laws and regulations.

ξ   Development of a written Agency policy prohibiting discriminatory and
    retaliatory harassment: no. ADF has a grievance policy that covers these
    concerns.

ξ   Compensatory damages (up to $300,000): no.

ξ   Award of reasonable attorney fees:  no

ξ   Corrected performance evaluation: yes.


If you have any questions on the above, I think it will be best to contact Ms. Smith-
Field. Also feel free to call me.


Thank you.


Sincerely,


Doris Mason Martin
General Counsel


cc: Nathaniel Fields, ADF President
    Constance Smith-Field, ADF/Office of the President


enclosures:

Position Description for Janice Cobb-Hennix
Martin to Gebhardt letter dated December 12, 2000
Magid to Gebhardt letted dated September 17, 1998