Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit A

# POSITION DESCRIPTION (Please Read Instructions on the Back)

| 1. | A9805A |
|---|---|

**2. Reason for Submission**
- [ ] Redescription
- [ ] Reestablishment
- [X] Other
- [ ] New

Explanation (Show any positions replaced)
A9805A amended

**3. Service**
- [X] Hdqtrs.
- [ ] Field

**4. Employing Office Location:** Washington DC

**5. Duty Station:** Washington DC

**6. OPM Certification No.**

**7. Fair Labor Standards Act**
- [ ] Exempt
- [X] Nonexempt

**8. Financial Statements Required**
- [ ] Executive Personnel Financial Disclosure
- [ ] Employment and Financial Interests

**9. Subject to IA Action**
- [X] Yes
- [ ] No

**10. Position Status**
- [X] Competitive
- [ ] Excepted (Specify in Remarks)
- [ ] SES (Gen.)
- [ ] SES (CR)

**11. Position is:**
- [ ] Supervisory
- [ ] Managerial
- [X] Neither

**12. Sensitivity**
- [X] 1—Non-Sensitive
- [ ] 2—Noncritical Sensitive
- [ ] 3—Critical Sensitive
- [ ] 4—Special Sensitive

**13. Competitive Level Code**

**14. Agency Use**

### 15. Classified/Graded by

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Grants & Correspondence Management Assistant | GS | 00303 | 07 | [initials] | 03/09/98 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

**16. Organizational Title of Position (if different from official title)**
African Development Foundation

**17. Name of Employee (if vacant, specify)**
Janice Cobb

**18. Department, Agency, or Establishment**
Office of Information Management

a. First Subdivision

b. Second Subdivision

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

**19. Employee Review**—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

**20. Supervisory Certification.** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
Nathaniel Fields
Vice President
Signature: Nathaniel Fields
Date: 03/09/98

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

**21. Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action
C.M. Smith-Field
Personnel Officer
Signature: [signed]
Date: 03/09/98

**22. Position Classification Standards Used in Classifying/Grading Position**
GS-303 Misc. Clerk & Asst. Series
Grade Level Guide for Clerical & Asst. Work
GS-326 Ofc. Automation & GS-344 Mgmt. & Prog. Clerical & Assistance

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

### 23. Position Review

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**
*PD is amended to remove all tasks associated with receptionist responsibilities.

**25. Description of Major Duties and Responsibilities** (See Attached)

NSN 7540-00-634-4265  Previous Edition Usable  5008-106  OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295



the programs' proposal/grant application filing system. Monitors all information processing related to the receipt of funding reports (progress, financial, final), e.g., logging in, distribution for review and comment, filing, and establishing records on disposition of documentational materials.

4. Provides assistance and support in the maintenance of disbursement records. Provides assistance and support in recording, generating and maintaining statistics on the funding history of all grant categories/projects, on all applicants and grantees, and on trends in funding patterns.

5. When assigned, researches, gathers, analyzes, consolidates, and develops one-of-a-kind reports, statistical information or other pertinent reports, using a variety of sources and documents.

6. Remains fully cognizant of ADF programs, policies, requirements, and procedures as well as office operations and activities and assures and expedites the flow of work to and from the office.

7. Maintains and utilizes automated database management systems to monitor and track assigned activities.

8. Performs a variety of office automation tasks. Produces a variety of documents utilizing using a substantial range of functions, processes and software applications. Based on specific instruction from supervisor, creates, copies, edits, inserts and deletes text in word processing files, and moves material throughout a single document and from one file to another. Enters, moves, inserts and/or deletes data into databases or spreadsheets. Stores, retrieves, and prints a variety of documents to include those requiring complex formats such as charts, or tables within text. May also use an electric typewriter, as required.

9. Performs other duties as assigned.

## Factor 1 - Knowledge Required by the Position

Substantive knowledge and ability to interpret and apply a variety and range of administrative and office support requirements, documentation, techniques and procedures.

Knowledge of the substantive programs of the organization as they relate to the correspondence and grants management functions.

Ability to organize, set priorities, and analyze a variety of unrelated and substantive tasks.

Skill in operating an electronic typewriter, word processor, microcomputer, or computer terminal using a standard typewriter style keyboard with additional function keys sufficient to produce varied and complex formats, (e.g., automatic generation of indices and tables of contents, creation of glossaries; or precise alignment of multiple columns) utilizing advanced software functions, processes and

2

### Factor 7 - Purpose of Contacts

The purpose of contacts is to obtain, clarify, provide or exchange information and to resolve any administrative problems regarding ADF's correspondence and grants management activity.

### Factor 8 - Physical Demands

The work is primarily sedentary.

### Factor 9 - Work Environment

The work is typically performed in an office environment.

4