Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit AAA

 

# AFRICAN DEVELOPMENT FOUNDATION

DATE: May 5, 1998

TO: Barbara Brawner, Grants/Correspondence Officer *BB*

FROM: Janice Cobb, Grants/Correspondence Assistant

SUBJECT: Request for Advance Sick Leave for Continued Medical Care

I am requesting your authorization of advance sick because I have exhausted all my leave due to my using my Annual Leave for Sick Leave at rate of 32 hours per month for my medical treatments my bladder condition. This does not include the leave used for my chronic illness appointments. I am completely out of sick leave. Our payroll office has informed me that I can be advanced sick leave (88 hours).

Thank you in advance for your continued understanding and for honoring this request.

Approved: _William R. Ford_ Date: 5/5/98
William Ford, President

Approved: _Nathaniel Fields_ Date: 5-5-98
Nathaniel Fields, Vice President

Approved: _Constance Smith-Field_ Date: 5/7/98
Constance Smith-Field
Director, Personnel — 88 hrs. approved; forward this memo to DOS. *csf*

1400 Eye Street . Northwest . Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 673-3810

