Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit BB

*Calvin L. Griffin, M.D., P.C.*
1160 VARNUM ST. N.E., SUITE 108
WASHINGTON, DC 20017

TELEPHONE: (202) 526-4400

April 15, 1997

Tom Wilson, Director
Office of Budget and Finance Administration
Africian Development Foundation
1400 I Street, N. W.
10th Floor
Washington, D. C. 20005

RE: Janice Cobb-Hennix

Dear Sir:

The above named patient is currently under my professional care for multiple medical problems.

Ms. Cobb-Hennix has a chronic medical disability which is characterized by remissions and exacerbation.

Please provide her with the necessary work environment that will not further complicate her disability.

For further information and/or assistance, you may contact my office at the above address and telephone number.

Sincerely,

Calvin L. Griffin, M.D.



(2)