Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit CC



# AFRICAN DEVELOPMENT FOUNDATION
Monday, May 19, 1997

**To:** Janice Cobb Hennix
Office Assistant

**From:** Tom Wilson, Director
Office of Budget, Finance and Administration

**Subject:** Letter from Doctor Griffin

I have received a letter from Doctor Calvin Griffin stating that you have a chronic medical disability and requesting that we provide you with a work environment that will not further complicate your disability.

In order for the Foundation to effectively address the issues raised in this letter we require more information. In particular, we require information which will clearly and specifically identify the nature and effect of the 'chronic medical disability' identified by Dr. Griffin and information which will clearly and specifically identify the 'necessary work environment' mentioned by Dr. Griffin.

Please provide this information in writing directly to me. If you wish, we can meet to discuss this matter. Thank you for your cooperation.

(1)