Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit D

OFFER ACKNOWLEDGMENT FORM

Please check one:     __✓__    I will accept the position offered in the attached reduction-in-force notice.

_____ I will not accept the position offered in the attached reduction-in-force notice, and understand that I will be separated effective close of business January 31, 1996.

I understand that if I decline a position of the same tenure and work schedule, which is not more than three (3) grade or pay levels below my current grade or pay level (without consideration of grade or pay retention), I forfeit any eligibility for severance pay. I further understand that if I decline a position with a representative pay rate at least as high as that of my current position, I forfeit any eligibility for placement assistance under Reemployment Priority List (RPL) procedures.

Employee's Signature: *Janice E Cobb*

Date: 12-1-95

Please complete and return this form within five (5) working days (no later than December 4, 1995) to:

Director of Personnel
1400 Eye Street, Northwest
Tenth Floor
Washington, D. C.   20005

If you fail to return this form within five (5) work days with an indication of your decision, it will be considered a declination of the offer.

