Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit E

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| COBB, JANICE E. | | | 02/04/96 |

**FIRST ACTION**

| 5-A Code | 5-B. Nature of Action |
|---|---|
| 740 | POSITION CHANGE |

| 5-C Code | 5-D. Legal Authority |
|---|---|
| PNM | REG. 351.603 |

| 5-E Code | 5-F. Legal Authority |
|---|---|
| VMJ | 5 U.S.C. 5362(A) |

**SECOND ACTION**

| 6-A Code | 6-B. Nature of Action |
|---|---|

| 6-C Code | 6-D. Legal Authority |
|---|---|

| 6-E Code | 6-F. Legal Authority |
|---|---|

**7. FROM: Position Title and Number**
PROCUREMENT ASSISTANT (TYPING)
A9406

**15. TO: Position Title and Number**
OFFICE ASSISTANT (TYPING)
A9508

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 01106 | 07 | 09 | $31746.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $30726 | $1020 | $31746 | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 00303 | 06 | 00 | $31746.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $30726 | $1020 | $31746 | |

**14. Name and Location of Position's Organization**
4150000000
AFRICAN DEVELOPMENT FOUNDATION
OFFICE OF BUDGET, PLANNING & ADMIN
WASHINGTON, D.C.

**22. Name and Location of Position's Organization**
4150000000
AFRICAN DEVELOPMENT FOUNDATION
OFFICE OF BUDGET, PLANNING & ADMIN
WASHINGTON, D.C.

**EMPLOYEE DATA**

23. Veterans Preference: 1 - None
24. Tenure: 1
25. Agency Use:
26. Veterans Preference for RIF: YES / NO (X)

27. FEGLI: HATB LIFE PLUS ADDL OPT W/B  
   2 TIMES PAY & STD OPT & FAM OPT

28. Annuitant Indicator: 9 - NOT APPLICABLE

29. Pay Rate Determinant: E

30. Retirement Plan: FICA & CSRS (PARTIAL)
31. Service Comp Date (Leave): 03/22/71
32. Work Schedule: F FULL TIME
33. Part-Time Hours Per Biweekly Pay Period:

**POSITION DATA**

34. Position Occupied: 1 - Competitive Service
35. FLSA Category: N - Nonexempt
36. Appropriation Code: AN-ADF
37. Bargaining Unit Status: 7777
38. Duty Station Code: 11-0010-001
39. Duty Station: WASHINGTON, DC

**40. AGENCY DATA** | 41. | 42. | 43. | 44.

**45. Remarks:**
RETAINED GRADE WILL NOT BE USED FOR PURPOSES OF REDUCTION-IN-FORCE.
RETAINED GRADE WILL BE USED TO DETERMINE EMPLOYEE'S PAY, RETIREMENT AND INSURANCE BENEFITS, AND PROMOTION AND TRAINING ELIGIBILITY.
EMPL ENTITL TO RETAIND GRD OF GS-07 THRU 02/03/98
AGENCY REORGANIZATION AS A RESULT OF REDUCTION IN FORCE.

**46. Employing Department or Agency**
AFRICAN DEVELOPMENT FOUND

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| AN00 | 4470 | 02/02/96 |

**50. Signature/Authentication and Title of Approving Official**
PERSONNEL OFFICER

50-315 DCN: 4470 AN 01291-A85
2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-4330

