Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit F

*Calvin L. Griffin, M.D., P.C.*
1160 VARNUM ST. N.E., SUITE 108
WASHINGTON, DC 20017

TELEPHONE: (202) 526-4400

December 3, 1997

Mr. Nathaniel Fields
Vice President
African Development Foundation
1400 I Street, N.W., 10th Floor
Washington, DC 20005

     Re:  Janice Cobb-Hennix
           Need for Reasonable Accommodations in the Workplace

Dear Mr. Fields:

The above patient has been under my professional care since 1994. She has systemic lupus erythematosus, commonly called SLE or lupus.

## What is Lupus?

In lupus, the body's immune system does not work as it should. A healthy immune system produces antibodies, which are special proteins that help fight and destroy viruses, bacteria and other foreign substances that invade the body. In lupus, the immune system produces antibodies *against* the body's healthy cells and tissues. These antibodies, called autoantibodies ("auto" means self), contribute to the inflammation of various parts of the body, causing swelling, redness, heat and pain. In addition, some autoantibodies join with substances from the body's own cells or tissues to form molecules called immune complexes. A buildup of these immune complexes in the body also contributes to inflammation and tissue injury in people with lupus.

Lupus can affect many parts of the body, including the joints, skin, kidneys, heart, lungs, blood vessels and brain. Although people with the disease may have many different symptoms, some of the most common ones include extreme fatigue, painful or swollen joints (arthritis), unexplained fever, skin rashes and kidney problems. Lupus is also known as a rheumatic disease. The rheumatic diseases are a group of disorders that cause aches, pain and stiffness in the joints, muscles and bones. At present, there is no cure for lupus.

Lupus is characterized by periods of illness (called flares or flare-ups) and



Calvin L. Griffin, M.D., P.C.
1160 VARNUM ST. N.E., SUITE 108
WASHINGTON, DC 20017

TELEPHONE: (202) 526-4400

periods of wellness (or remission). Each person's experience with lupus is different. Symptoms can range from mild to severe and may come and go over time.

It is important for a person with lupus to work closely with her doctor and take an active role in treatment. Once lupus has been diagnosed, the doctor will develop a treatment plan based on the patient's age, gender, health, symptoms and lifestyle. Treatment plans are tailored to the individual's needs and may change over time. The plan typically encompasses a flexible and moderate work schedule for the patient. The doctor and patient should reevaluate the plan regularly to ensure that it is as effective as possible.

### History of Mrs. Cobb-Hennix's Treatment

Mrs. Cobb-Hennix was diagnosed with lupus in September 1994. She was initially hospitalized due to the seriousness of her illness. After her release, her treatment included complete bedrest and a regimen of medication to control the disorder. She was totally incapacitated for seven months. During that time, she required nine weeks of physical therapy. She also required 24-hour medical attention at home.

Mrs. Cobb-Hennix has experienced most of the symptoms associated with lupus. Her general symptoms include aching, weakness, fatigue, low-grade fever and chills. These general symptoms are danger signs indicating new activity of the disease. She is in particular distress during periods of flare-ups when she experiences extreme fatigue, sleep disturbances, headaches, gastrointestinal problems, stiff joints and muscles, chest pain and shortness of breath. In addition, she suffers from a bladder injury.[1]

Mrs. Cobb-Hennix returned to work in April 1995, on a flexible and moderate work schedule. During this period, she required two to four weeks of follow-up medical treatment. Soon after Mrs. Cobb-Hennix returned to full-time work, she was reassigned to a nonflexible work environment (the receptionist position). This work environment has caused her to have multiple medical problems which exacerbated her medical condition.

Calvin L. Griffin, M.D., P.C.
1160 VARNUM ST. N.E., SUITE 108
WASHINGTON, DC 20017

TELEPHONE: (202) 526-4400

Mrs. Cobb-Hennix must also have the flexibility to work at home when she has debilitating flare-ups. Relaxation is needed to alleviate her fatigue and pain caused by such flare-ups and to improve her overall well-being. Working at home would be a suitable work environment for this relaxation.

For further information and/or assistance, please do not hesitate to contact me.

Sincerely,

Calvin L. Griffin, M.D.

cc:   Mrs. Janice Cobb-Hennix