Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit FF

JUL 08 '97 08:10AM KIMBROUGH ARMY HOSP. P.2



# AFRICAN DEVELOPMENT FOUNDATION

July 3, 1997

CORRECTED

TO: Tom Wilson, Director
OBFA

FROM: Janice Cobb-Hennix
Office Assistant

SUBJECT: Removal of Duties

I have become aware that the secretaries are being trained to perform Travel Manager functions, including Travel Vouchers and Travel Authorizations preparation.

As you know, I have successfully performed these duties for more than a year. I am concerned that these major responsibilities are being removed from my duties in response to my having recently initiated EEO activities regarding reasonable accommodations for my disabling condition, *Lupus*.

1400 Eye Street . Northwest   Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 673-3810

