Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit GG

# Memorandum

### 31 July, 1997

**To:** Janice Cobb-Hennix
Office Assistant

**From:** Tom Wilson, Director
Office of Budget, Finance and Administration

**Subject:** Functional Realignment

The Vice-President has decided that the decentralization of the travel voucher function discussed in my earlier memorandum will not take place at this time. Please let me know if you have any questions.

