Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit GGG

**AFRICAN DEVELOPMENT FOUNDATION**

DATE:       March 27, 2000

TO:          William R. Ford, President

FROM:       Janice Cobb-Hennix
            Grants/Correspondence Management Assistant

SUBJECT:    Request for Advance Sick Leave for Continued Medical Care

I am requesting 16 hours of advance sick leave for continued medical care for my
chronic illness.

Thank you in advance for your continued understanding and for honoring
this request.

APPROVED:

_____          DATE: _3/29/2000_
William Ford, President

_____          DATE: _3/29/00_
Nathaniel Fields, Vice President

_____          DATE:_____
Constance Smith-Field
Director of Personnel

1400 Eye Street, N.W. · Tenth Floor · Washington. D.C. 20005   ·  (202) 673-3916 ·  fax: (202) 673-3810 · email: info@ad·

