Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit III



## AFRICAN DEVELOPMENT FOUNDATION

DATE: December 21, 2000

TO: Nathaniel Fields, President

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant
OBFA

SUBJECT: Request for Advance Sick Leave

I am requesting 74.5 hours of advance sick leave to cover continued medical care and treatments for my chronic condition. Thank you in advance for your understanding and for honoring this request.

Approved: _Nathaniel Fields_ DATE 12/22/00
Nathaniel Fields
President.

Approved: _____ DATE_____
Constance Smith-Field
Director of Personnel

1400 Eye Street, N.W. • Suite 100 • Washington, D.C. 20005-2248 • (202) 673-3916 • Fax (202) 673-3810 • Email: info@adf.gov

