Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit JJJ



# AFRICAN DEVELOPMENT FOUNDATION

DATE: May 31, 2001

TO: Nathaniel Fields, President

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant
OBFA

SUBJECT: Request for Advance Sick Leave

I am requesting 40 hours of advance sick leave to cover continued medical care and treatments for my chronic condition. Also this advance sick leave will cover the time taken off for the medical care for my recent injury. Thank you in advance for your understanding and for honoring this request.

Approved: _Nathaniel Fields_ DATE 6/07/01
Nathaniel Fields
President


Approved: _____ DATE _____
Constance Smith-Field
Director of Personnel

1400 Eye Street, N.W. • Suite 1000 • Washington, D.C. 20005-2248 • (202) 673-3916 • Fax (202) 673-3810 • Email: info@adf.gov