Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit KKK



# AFRICAN DEVELOPMENT FOUNDATION

DATE: August 23, 2001

TO: Nathaniel Fields, President

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant

SUBJECT: Request for Advance Sick Leave

I am requesting 50 hrs of advance sick leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.

Approved: _Nathaniel Fields_ DATE: 8/23/01
Nathaniel Fields, President

Approved: _____ DATE: _____
Chiquita Stone-Evans
Personnel Specialist

1400 Eye Street, N.W. · Tenth Floor · Washington, D.C. 20005 · (202) 673-3916 · fax: (202) 673-3810 · email: info@adf.gov

