Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit L

your FAX # 202-673-3810
our FAX # 301-423-4666

DATE: January 11, 1995

To: Tom Wilson, Director
Office of Budget & Finance

From: Janice E. Cobb
Procurement Assistant, OFBA

This is to request my balance of 60 hrs of Advanced ~~Annual~~ Sick Leave to cover the pay period through February 7, 1995 for an extended illness.

Thank you in Advance

Janice E Cobb

