Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit M



# AFRICAN DEVELOPMENT FOUNDATION

## MEMORANDUM

**DATE:**  12 January 1995

**TO:**  Tom Wilson, Director, OBF

**THRU:**  Gregory R. Smith, President

**THRU:**  Constance Smith-Field, Personnel Officer

**FROM;**  Janice Cobb, Procurement Assistant, OBF

Due to change in my medication, I will need additional time to recover, therefore, I am requesting to be advanced sick leave in the amount of 60 hours to cover the period thru February 7, 1995. Please see attached my doctor's disability certificate in this regard.

Approved _____  Approved _____
Thomas Wilson                    Constance Smith-Field
Director, OBF                    Personnel Officer

Approval: _____
Gregory R. Smith, President