Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit MM

# MEMORANDUM

DATE: October 28, 1997
TO: Tom Wilson, Connie Smith-Field, Genevieve Peterson
FROM: Nathaniel Fields *NFields*
RE: Supervisor for Janice Cobb-Hennix
CC: Bill Ford, Janice Cobb-Hennix

In light of the communication problems and difficulties arising between Janice Cobb-Hennix and Genevieve Peterson, effective immediately, I am directing that she now reports to Connie Smith-Field, our Personnel Director.

This temporary reassignment will be until 12/15/97. This change in supervisory responsibilities should allow us sufficient time to establish an arrangement that minimizes the problems we have experienced over the past several months.

NF:jkm

