Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit MMM



# AFRICAN DEVELOPMENT FOUNDATION

DATE: December 5, 2001

TO: Nathaniel Fields, President

FROM: Janice Cobb-Hennix
Grants/Correspondence Management Assistant

SUBJECT: Request for Advance Sick Leave

I am requesting 16 hrs. of advance sick leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.

Approved: _Nathaniel Fields_ DATE: 12/11/01
Nathaniel Fields, President

1400 Eye Street, N.W. • Suite 1000 • Washington, D.C. 20005-2248 • (202) 673-3916 • Fax: (202) 673-3810 • Email: info@adf.gov