Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit N

Telephone (202) 526-4400

**CALVIN L. GRIFFIN, M.D., P.C.**
1160 VARNUM STREET N.E. SUITE 106
WASHINGTON, D.C. 20017

**DISABILITY CERTIFICATE**

Date 12-12-94

NAME Janice Cobb

ADDRESS_____

EMPLOYER_____

To whom it may concern:

This is to certify that the above patient was under my professional care from 9-94 to 2-7-95 inclusive, and was totally incapacitated during this time.

This is to further certify that the above patient has now recovered sufficiently to be able to return to ~~light~~ regular work duties on_____

Restrictions:_____

Dr. Calvin L Griffin

Jun 2, 1995

Thelma
Attached is my Disability Certificate. Due to a change on my medication I will need additional time to recover. I will see my Dr next Tues! will let you know when I will be returning to work as soon as I know.
Pass the word on to appropriate staff thanks
Janice Cobb

