Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit NN

*Backup Relief is Assigned*

The following is the schedule for receptionist relief breaks:   *Effective 11/17/97*

9:15-9:30 a.m.   Jennifer Parker
11:00-11:15 a.m. Caroline Byrd
2:00-2:15 p.m.   Rejeanne Nicholson
4:00-4:15 p.m.   Janis McCollim

The receptionist relief lunch schedule will remain the same.

Monday's     Janis McCollim
Tuesday's    Jennifer Parker
Wednesday's  Caroline Byrd
Thursday's   Rejeanne Nicholson
Friday's     Rotated in the above order.

Any emergency relief needed during the day will be provided by Janis McCollim.

Should any of the staff members be absent on their day to cover, Connie Smith-Field should be contacted. If a temporary is needed, Genevieve Peterson will contact the temporary agency.

