Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit NNN



# AFRICAN DEVELOPMENT FOUNDATION

DATE:     February 8, 2002

TO:       Nathaniel Fields, President

FROM:     Janice Cobb-Hennix
          Grants/Correspondence Management Assistant

SUBJECT:  Request for Advance Sick Leave

I am requesting 30 hrs. of advance sick leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.

Approved: _____  DATE: 2/13/02
          Nathaniel Fields, President

1400 Eye Street, N.W. • Suite 1000 • Washington, D.C. 20005-2248 • (202) 673-3916 • Fax: (202) 673-3810 • Email: info@adf.gov

