Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit OO

# A free service of the
# Office of Disability Employment Policy
## of the U.S. Department of Labor

CONTACT US!

WHAT'S NEW?

Explanation of Services

**JAN Portals**

For Private Employers

For Federal Entitites

For State & Local Governments

For Individuals with Disabilities

For Educational Settings

Small Business & Self Employment Service

Employment Links

Frequently Asked Questions

Español

Web Site Accessibility & Alternative Formats

Search JAN

*Welcome to the*



## 1-800-526-7234 (V/TTY)

The Job Accommodation Network (JAN) is a free consulting service that provides information about job accommodations, the Americans with Disabilities Act (ADA), and the employability of people with disabilities.

For JAN's complete table of contents:



**Highlights** ━━━━━━━━━
- Join JAN users for <u>On-line discussion!</u>
- Visit with JAN: <u>Work-Site Accommodations: A Symposium for Employers</u>
- JAN's <u>Searchable Online Accommodation Resource (SOAR)</u>
- JAN's on-line newsletter <u>Consultants' Corner</u>
- <u>JAN E-News</u>

What is JAN? | Contact Us | Publications | Site Map | Copyright | Privacy Statement | Disclaimer |

   

JAN Web Site Credits
Page updated Wednesday, May 21, 2003



5/29/2003 6:48 PM