Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit OOO



# AFRICAN DEVELOPMENT FOUNDATION

DATE:       May 16, 2002

TO:         Nathaniel Fields, President

THROUGH:    Chiquita Stone-Evans
            Personnel Specialist

FROM:       Janice Cobb-Hennix
            Grants/Correspondence Management Assistant

SUBJECT:    Request for Advance Sick Leave

I am requesting 40 hrs. of advance sick leave to cover continued medical care and treatments for my chronic condition.

Thank you in advance, as always, for your understanding and for honoring this request.

Approved: _Nathaniel Fields_   DATE: 5/16/02
          Nathaniel Fields, President

