Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit P

Telephone (202) 526-4400

**CALVIN L. GRIFFIN, M.D., P.C.**
1160 VARNUM STREET N.E., SUITE 108
WASHINGTON, D.C. 20017

**DISABILITY CERTIFICATE**

Date: 3/23/95

NAME: Janice Cobb

ADDRESS: _____

EMPLOYER: _____

To whom it may concern:

This is to certify that the above patient was under my professional care from 9/20/94 to 4/4/95 inclusive, and was totally incapacitated during this time.

This is to further certify that the above patient has now recovered sufficiently to be able to return to (light) / regular work duties on April 6th, 1995

Restrictions: 4 hours a day

Dr. Calvin L. Griffin

