Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit QQ

*Calvin L. Griffin, M.D., P.C.*

1160 VARNUM ST. N.E., SUITE 108
WASHINGTON, DC 20017

TELEPHONE: (202) 526-4400

December 3, 1997

Mr. Nathaniel Fields
Vice President
African Development Foundation
1400 I Street, N.W., 10th Floor
Washington, DC 20005

      Re:   **Janice Cobb-Hennix**
            **Damage to Bladder Caused by Failure to Reasonably Accommodate**
            **in the Workplace**

Dear Mr. Fields:

      The above patient has been under my professional care since 1994. She has systemic lupus erythematosus, commonly called SLE or lupus.

      As part of her treatment, Mrs. Cobb-Hennix takes oral dosages of Cyclophosphamide (Cytoxan). In taking this medication, she is required to ingest large quantities of fluids throughout the day. The fluid intake is necessary in order to reduce the time that the drug remains in the bladder. Otherwise, she may experience adverse reactions, including hemorrhagic cystitis, bladder cancer and/or fibrosis of the urinary bladder. In addition, atypical urinary bladder epithelial cells may appear in the urine.

      As a consequence, the medication necessitates frequent urination. Mrs. Cobb-Hennix has to go to the restroom 3-4 times an hour. Failure to do so would be detrimental to her health and cause complications in addition to her lupus.

      In my opinion, the African Development Foundation's failure to accommodate Mrs. Cobb-Hennix damaged her health. Because she was not afforded the necessary restroom breaks, she suffered bladder damage (chronic cytoxan cystitis) that required a surgical operation in December 1996. Following this operation, I reiterated her need for reasonable accommodations. The Foundation again failed to make the reasonable accommodations. Mrs. Cobb-Hennix again suffered bladder damage, resulting in another surgical operation in March 1997. This time, a precancerous growth was found in her bladder. She has so far received over twelve medical



*Calvin L. Griffin, M.D., P.C.*

1160 VARNUM ST. N.E., SUITE 106
WASHINGTON, DC 20017

TELEPHONE: (202) 526-4400

treatments for her bladder injury.    Another series of six medical treatments began recently.

Due to the Foundation's failure to reasonably accommodate Mrs. Cobb-Hennix, she has sustained permanent injury to her bladder and will require ongoing medical care as a result.

For further information and/or assistance, please do not hesitate to contact me.

Sincerely,

Calvin L. Griffin, M.D.

cc:  Mrs. Janice Cobb-Hennix
     Mr. Joseph D. Gebhardt