Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit S

### DISABILITY CERTIFICATE

**CALVIN L. GRIFFIN, M.D., P.C.**
1160 Varnum Street N.E., Suite 108
Washington, DC 20017

Telephone: (202) 526-4400

Date: 7-17-95

This is to certify that: Janice Cobb

has been under my professional care and was:

☐ Totally Incapacitated    ☐ Partially Incapacitated

from _____ to _____

Remarks: Patient is on limited duty. Should only do sedentary work.

Dr. Calvin L Griffin

#13101 — Medical Arts Press 1-800-328-2179

(13)

