Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit TT

Case 1:06-cv-01572-PLF     Document 14-59     Filed 02/02/2007     Page 2 of 23
06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006    NO.861    P30

01/08/01   TUE 17:02 FAX 301 677 3238    CPO PORT MEADE MD    ☑001

Optional Form 630-B
June 1999
U.S. Office of Personnel Management
FPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient *(Outside Agency)* Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave

remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate any pro-rated share to another leave recipient. However, to do so, I must remain employed by a Federal agency and be subject to chapter 63 of title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

### Privacy Act Statement

This program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a national, State, or local law enforcement agency where there is an indication of a violation or potential violation of civil or criminal law,

rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

### PART A - TO BE COMPLETED BY LEAVE DONOR

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Employee Number |
|---|---|---|---|
| BARNES George L | | | |

| 4. Position Title, Pay Plan, and Grade/Pay Level | 5. Relationship of Leave Donor to Leave Recipient (if any) |
|---|---|
| RCI PM GM-1173-13 | None |

| 6. Leave Donor's Agency (Agency, Department, Office, Division, Branch, etc.) |
|---|
| See below |

| 7. Amount of Annual Leave as of End of Last Pay Period | 8. Amount of Leave Projected to Forfeit This Leave Year as of End of Last Pay Period | 9. Amount of Annual Leave To Be Transferred |
|---|---|---|
| 107 hrs | 40 hrs | 40 hrs |

| 10. Leave Recipient's Name, Agency, Agency's Address, Organization (Agency, Department, Office, Division, Branch, etc.) |
|---|
| Janice Cobb-Hennix<br>African Development Foundation (ADF)<br>1400 Eye Street, NW, Suite 1000, Washington, DC 20005-2248 |

| 11. Leave Donor's Signature | Date Signed |
|---|---|
| *George P Santos* | 01/08/01 |

### PART B - TO BE COMPLETED BY EMPLOYING AGENCY OF LEAVE DONOR

**INSTRUCTIONS:** Upon completion and approval of this form, forward a copy to the leave recipient's employing agency as soon as possible so that the transfer of leave can take place.

12. Enter the Amount of Annual Leave to Be Credited to the Leave Recipient's Annual Leave Account ▶ 40

13. If the agency is waiving the maximum limitations for leave donation under the Voluntary Leave Transfer Program, describe the special circumstance that warrants the waiver.

| 14. Name of Agency Contact Who Can Provide Further Information | Telephone Number |
|---|---|
| *Debbie Fredelle* | 301-677-7658 |

| I certify that the leave donor currently has sufficient annual leave in his/her annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave donation under the voluntary leave transfer program. | Signature of Authorizing Official and Date Signed<br>*Debra Fredelle* |
|---|---|

REPRODUCE LOCALLY  POC:  African Development Foundation
Chiquita Stone or Constance Smith-Field
Personnel Office 202-673-3916 Ext 105 or 103
FAX No. 202-673-3810



06/02/2003   09:37    AFRICAN DEV. FOUNDATION → 9703B411006         NO.861   P31
Received: 4/14/00 8:28AM;          202 782 7607 → AFRICAN ...
04/14/00  FRI 09:19 FAX 202 782 7607         CPAC                    @002

## Request To Donate Annual Leave To Leave Recipient (Outside Agency)
### Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of annual leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, to do so, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by an employee for the purpose of donation or using leave.

### PRIVACY ACT STATEMENT

This program is voluntary; however, solicitation of this information authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the Social Security Number, or other data, is voluntary; but failure to do so may delay or prevent action on the request to donate leave.

| 1. Name (Last, First, Middle) MOORE DAPHNE DENISE | | 2. Social Security Number |
|---|---|---|
| 3. Position Title, Pay Grade, Series, and Step WRITER/Editor GS-9-3 1082 (Annual Salary) 37,664 | 4. Relationship to Leave Recipient (if any) FRIEND | |
| 5. Leave Donor's Agency (Group, Office, Division, Branch, etc.) Dept. of the Army Walter Reed Army Medical Cdr: Dept. of AF/LEO | 6. Telephone Number 202 782 7605 | |
| 7. Amount of Annual Leave at End of Last Pay Period 198.50 hrs | 8. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period 94.50 hrs | 9. Amount of Leave To Be Transferred 16 hrs |
| 10. Leave Recipient's Name, Agency's Address, Organization (Agency, Department, Division, Branch, etc.) Junior Couch, African Development Foundation, 1400 I Street, NW, Washington, D.C. 20005 | | Telephone Number 202/673-3916 |
| 11. Leave Donor's Signature [signed] Daphne D Moore | | Date Signed 4/13/00 |

| 12. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account. 16 |
|---|

| 13. If the Agency is waiving the maximum limitations for leave donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrants the waiver. |
|---|

| 14. Name of Agency Contact Who Can Provide Further Information Constance Smith-Field | Telephone Number 202 673-3916 |
|---|---|
| I certify that the leave donor correctly has sufficient annual leave in his/her annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave donation under the Voluntary Leave Transfer Program. | Signature of Authorizing Official and Date Signed |

REPRODUCE LOCALLY      Mail or Fax to:          African Development Foundation
1400 I Street, NW, Wash., DC 20005, or
Fax (202) 673-3816 - Telephone (202) 673-3916

Attn: Constance Smith-Field

06/02/2003  09:37    AFRICAN DEV. FOUNDATION → 97030411006    NO.861    P.32

P.02

APR-28-99 09:32 AM

U. S. Office of Personnel Management

# Request To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that any decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employer for the purpose of donating or using leave.

## PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | | 2. Social Security Number |
|---|---|---|
| **1.** Name (Last, First, Middle)  Dooms, Robertha O. | | |
| **3.** Position Title, Pay Grade, Series, and Step  Administrative Assistant | **6.** Relationship to Leave Recipient (if any)  Friend | **5a.** Telephone Number  202-586-9332 |
| **5.** Leave Donor's Agency (Group, Office, Division, Branch, etc.)  Energy, 1000 Independence Ave., | U.S. Department of  Wash.,DC  20585 | |
| **6.** Amount of Annual Leave at End of Last Pay Period  379 | **7.** Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period  139 | **8.** Amount of Leave To Be Transferred  40 hours |
| **9.** Leave Recipient's Name, Agency, Agency Address, and Point of Contact—Chiquita Stom  Janice Cobb, African Development Foundation, 1400 I St., NW, 10th Fl | | **9a.** Telephone Number  202-673-3916 |
| **10.** Leave Donor's Signature  Robertha O. Dooms | | **10a.** Date Signed  4-8-99 |

| Part B - TO BE COMPLETED BY EMPLOYING AGENCY | |
|---|---|
| **INSTRUCTIONS:** Upon completion and approval of this form, forward a copy to the Leave Recipient's employing Agency as soon as possible so that the transfer of leave can take place. | |
| **11.** Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ►  40 | |
| **12.** If the Agency is waiving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. | |
| **13.** Name of Agency Contact Who Can Provide Further Information  Pamela J. Roberts | **13a.** Telephone Number  301-903-4228 |
| I certify that the leave donor currently has sufficient annual leave in the annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program. | **14.** Signature of Authorizing Official and Date Signed  Pamela J. Roberts |

REPRODUCE LOCALLY

OPM Form 1653-B
Rev. May 1992

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97039411006                    NO.861    D33



**Appendix E**

AEE - 6
03/97

UNITED STATES DEPARTMENT OF AGRICULTURE
RESEARCH, EDUCATION AND ECONOMICS AGENCIES

# LEAVE TRANSFER PROGRAM - EXTERNAL TRANSACTIONS

## PART I - LEAVE TRANSFER INFORMATION

### SECTION A - TO BE COMPLETED BY DONOR'S AGENCY

**DONOR INFORMATION**

| 1A. NAME (Last, First, Middle Initial) | | 1B. SOCIAL SECURITY NUMBER |
|---|---|---|
| Mooreman, Twila A | | |

| 1C. AGENCY | 1D. PAY PLAN, GRADE, STEP | 1E. HOURLY RATE |
|---|---|---|
| United States Department of Agriculture | GS - 0326 - 0401 | |

**RECIPIENT INFORMATION**

| 2A. NAME (Last, First, Middle Initial) | 2B. SOCIAL SECURITY NUMBER | 2C. AGENCY |
|---|---|---|
| Janice Cobb | | African Development Foundation |

| 2D. NO. OF HOURS TO BE TRANSFERRED | 2E. TRANSFER TO BE EFFECTED THROUGH TINQ SYSTEM BY | 2F. LEAVE DEBITED FROM DONOR'S ACCOUNT DURING PAY PERIOD NO. |
|---|---|---|
| 16 | ☒ AGENCY   ☐ NFC | 17 |

**PERSONNEL OFFICE APPROVAL - DONOR**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| Judith A. Capozzi | Personnel Assistant  301-504-1468 | 8/20/98 |

### SECTION B - TO BE COMPLETED BY RECIPIENT'S AGENCY

1. PAY PERIOD LEAVE CREDITED TO RECIPIENT'S ACCOUNT

**PERSONNEL OFFICE APPROVAL - RECIPIENT**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

## PART II - LEAVE RECREDIT INFORMATION

### SECTION A - TO BE COMPLETED BY RECIPIENT'S AGENCY

| 1A. NO. OF HOURS TO BE RECREDITED | 1B. TRANSFER TO BE EFFECTED THROUGH TINQ SYSTEM BY | 1C. LEAVE DEBITED FROM RECIPIENT'S ACCOUNT DURING PAY PERIOD NO. |
|---|---|---|
| | ☐ AGENCY   ☐ NFC | |

**PERSONNEL OFFICE APPROVAL - RECIPIENT**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

### SECTION B - TO BE COMPLETED BY DONOR'S AGENCY

LEAVE CREDITED TO DONOR'S ACCOUNT DURING PAY PERIOD

**PERSONNEL OFFICE APPROVAL - DONOR**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

06/02/2003   09:37    AFRICAN DEV. FOUNDATION → 97038411006                    NO.861    P34

AUG 19 '98  12:32PM COMP OF CURRENCY                                           P.2/2

## Request To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during the leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to leave a pro-rated share returned to me during the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, to do so, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by an employee for the purpose of donation or using leave.

### PRIVACY ACT STATEMENT

This program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). This information furnished will be used to identify people properly associated with the leave donation. It may also be disclosed to a National, State, local law enforcement agency when there is an indication of a violation or of civil or criminal law, rule, or regulation; to another agency or court, when the Government is party to a suit. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| 1. Name (Last, First, Middle) KING DIANE KINTNER | 2. Social Security Number |
|---|---|
| 3. Position Title, Pay Grade, Series, and Step (Annual Salary) $42,850 PERSONNEL SECURITY OCB TECHNICIAN OCB | 4. Relationship to Leave Recipient (if any) ATTEND SAME CHURCH |
| 5. Leave Donor's Agency (Bureau, Office, Division, Branch, etc.) COMPTROLLER SECURITY POLICY ADMIN/REDS SECURITY OFFICE | 6. Telephone Number 202/874-4806 |
| 7. Amount of Annual Leave at End of Last Pay Period 248 hrs | 8. Amount of Leave Projected to Forfeit this Leave Year as at of End of Last Pay Period 96 | 9. Amount of Leave To Be Transferred 9 hrs Annual |
| 10. Leave Recipient's Name, Agency's Address, Organization (Agency, Department, Division, Branch, etc.) Junior Cobb, African Development Foundation, 1400 I Street, NW, Washington, D.C. 20005 | Telephone Number 202/673/3916 |
| 11. Leave Donor's Signature  Diane Kintner King | Date Signed 8/19/98 |

| 12. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account 9 hours Annual | |
| 13. If the Agency is waiving the minimum limitations for leave donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrants the waiver. None | |
| 14. Name of Agency Contact Who Can Provide Further Information | Telephone Number |
| I certify that the leave donor currently has sufficient annual leave in his/her annual leave account to make a donation for the requested amount of annual leave and that the approval of this donation does not exceed the maximum limitations for leave donation under the Voluntary Leave Transfer Program. | Signature of Authorizing Official and Date Signed |

REPRODUCE LOCALLY    Mail or Fax to:  Chiquita Stone, African Development Foundation
                                        1400 I Street, NW, Wash., DC 20005, or
                                        Fax (202) 673-3816 - Telephone (202) 673-3916

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006                    NO.861   P35
10-23-97 18:05

U. S. Office of Personnel Management                                      FPM Chapter 630

# Request To Donate Annual Leave To Leave Recipient (Outside Agency)
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which, I am scheduled to work. The amount of leave I am transferring also is not more than half the leave I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

### PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

**PART A - TO BE COMPLETED BY DONOR**

1. Name (Last, First, Middle)  
ADAMS,  BENJAMIN  W.

2. Social Security Number

3. Position Title, Pay Grade, Series, and Step  
FACILITIES COORDINATOR  (Annual Salary: $44,719.00)

4. Relationship to Leave Recipient (if any)  
FRIEND

5. Leave Donor's Agency (Name, Office, Division, Branch, etc.) Office of Personnel  
NAVAL AIR SYSTEMS COMMAND HQ  
7.2.5

5a. Telephone Number

6. Amount of Annual Leave at End of Last Pay Period  
328.50

7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period  
144.50 HRS.

8. Amount of Leave To Be Transferred  
40.00 HRS.

9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact  
Janice Cobb, Africa Development Fund., 1400 I Street, N.W. 10th Fl., Wash., DC

9a. Telephone Number  
202-673-3916

10. Leave Donor's Signature  
Benjamin W. Adams

10a. Date Signed  
10/6/97

**Part B - TO BE COMPLETED BY EMPLOYING AGENCY**

INSTRUCTIONS: Upon completion and approval of this form, forward a copy to the Leave Recipient's employing agency as soon as possible so that the transfer of leave can take place.

11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ►

12. If the Agency is waiving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver.

13. Name of Agency Contact Who Can Provide Further Information  
Debbie Ford

13a. Telephone Number  
5013424000X618

I certify that the leave donor identified has sufficient annual leave in the annual leave account to make a donation in the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program.

14. Signature of Authorizing Official and Date Signed

REPRODUCE LOCALLY                                        OPM Form 1508
                                                         Rev. Nov. 1993

PLEASE FAX TO:  202-673-3810  
Jennifer Parker  
PAYROLL OFFICE  
African Development Foundation  
Washington, D.C.  20005-2248  
Telephone No.: 202-673-3916

**U.S. DEPARTMENT OF ENERGY**

**LEAVE DONATION**

*(Submit completed and signed original form to your timekeeper)*

| Donor's Name (Last, First, M.I.) | SSN | Donor's Organization |
|---|---|---|
| HINES, Virginia | . . . . . . | ADF |

| Recipient's Name | Recipient's Organization |
|---|---|
| COBB, Janice | ADF |

For Non-DOE Recipient, Enter Mailing Address of Recipient's Payroll Office

I hereby authorize the transfer of _____ 8 hours of my annual leave to the above named leave recipient. I certify that I am scheduled to work at least 81 many hours before the end of the leave year, and that the leave recipient is not my supervisor.

_____ Donor's Signature    _Dec 16, 1996_ Date

Check here to donate restored leave. (If the donation is greater than the amount of restored leave to your credit, the remainder will be deducted from your regular leave account.)

---

**FOR PAYROLL USE**

| _____ hours of leave has been deducted from donor's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|
| | | |

_____ Signature of Payroll Clerk    _____ Date

| _____ hours of leave has been credited to recipient's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|
| | | |

_____ Signature of Payroll Clerk    _____ Date

Acceptance of this donation is necessary to avoid placing the recipient on leave without pay, and the limitations imposed by 5 CFR 630.908 are hereby waived.

_____ Chief of Payroll    _____ Date

**Privacy Act Statement**

5 U.S.C. 6311 authorizes collection of this information. It will be used to transfer leave from your account to the recipient's account in accordance with your instructions on the form. Your social security number is requested solely for the purpose of positively identifying leave donors so that donated leave can be charged to the proper account.

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006                     NO.861    037

X F 3630.1
(07-99)
SPACES DOE F 3630.1

# U.S. DEPARTMENT OF ENERGY

## LEAVE DONATION

*(Submit completed and signed original form to your timekeeper)*

| Donor's Name (Last, First, M.I.) | SSN | Donor's Organization |
|---|---|---|
| KAMINSKI, Thaddeus A. | | African Development Foundation |
| **Recipient's Name** | **Recipient's Organization** | |
| Janise Cobb | (Same as donor) | |

**For Non-DOE Recipient, Enter Mailing Address of Recipient's Payroll Office**

I hereby authorize the transfer of __8__ hours of my annual leave to the above named leave recipient. I certify that I am scheduled to work at least that many hours before the end of the leave year, and that the leave recipient is not my supervisor.

*Thaddeus A. Kaminski* Donor's Signature          *December 6, 1996* Date

☐ Check here to donate restored leave. (If the donation is greater than the amount of restored leave to your credit, the remainder will be deducted from your regular leave account.)

## FOR PAYROLL USE

| _____ hours of leave has been deducted from donor's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|
| | | |

_____ Signature of Payroll Clerk          _____ Date

| _____ hours of leave has been credited to recipient's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|
| | | |

_____ Signature of Payroll Clerk          _____ Date

Acceptance of this donation is necessary to avoid placing the recipient on leave without pay, and the limitations imposed by 5 CFR 630.908 are therefore waived.

_____ Chief of Payroll          _____ Date

### Privacy Act Statement

5 U.S.C. 6311 authorizes collection of this information. It will be used to transfer leave from your account to the recipient's account in accordance with your instructions on the form. Your social security number is requested solely for the purpose of positively identifying leave donors so that donated leave can be charged to the proper account.

U.S. GOVERNMENT PRINTING OFFICE 1999 0-849-777

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006                   NO.861    P38

DOE F 3630.1
(07-89)
Replaces DOE F 3650.1

## U.S. DEPARTMENT OF ENERGY

## LEAVE DONATION

*(Submit completed and signed original form to your timekeeper)*

| Donor's Name (Last, First, M.I.) | SSN | Donor's Organization |
|---|---|---|
| BYRD, Caroline T. | | African Development Foundation |

| Recipient's Name | Recipient's Organization |
|---|---|
| Janice Cobb | African Development Foundation, 1400 Eye St NW, 10th Floor Washington, D.C.   20036 |

For Non-DOE Recipient, Enter Mailing Address of Recipient's Payroll Office

I hereby authorize the transfer of **8** hours of my annual leave to the above named leave recipient. I certify that I am scheduled to work at least that many hours before the end of the leave year, and that the leave recipient is not my supervisor.

_Caroline T. Byrd_ Donor's Signature    August 15, 1996    Date

☐ Check here to donate restored leave. (If the donation is greater than the amount of restored leave to your credit, the remainder will be deducted from your regular leave account.)

---

### FOR PAYROLL USE

____ hours of leave has been deducted from donor's account.

| Name of Payroll Clerk | FTS Phone No. |
|---|---|

_____ Signature of Payroll Clerk    _____ Date

____ hours of leave has been credited to recipient's account.

| Name of Payroll Clerk | FTS Phone No. |
|---|---|

_____ Signature of Payroll Clerk    _____ Date

Acceptance of this donation is necessary to avoid placing the recipient on leave without pay, and the limitations imposed by 5 CFR 630.908 are therefore waived.

_____ Chief of Payroll    _____ Date

### Privacy Act Statement

5 U.S.C. 6331 authorizes collection of this information. It will be used to transfer leave from your account to the recipient's account in accordance with your instructions on the form. Your social security number is requested solely for the purpose of positively identifying leave donors so that donated leave can be charged to the proper account.

U.S. GOVERNMENT PRINTING OFFICE: 1989-0-945-727 -

DOE F 3570.1
(67-89)
Replaces DOE F 3680.1

# U.S. DEPARTMENT OF ENERGY

## LEAVE DONATION

*(Submit completed and signed original form to your timekeeper)*

| Donor's Name (Last, First, M.I.) | SSN | Donor's Organization |
|---|---|---|
| BAH, RAMA | : | African Development Foundation (ADF) |

| Recipient's Name | Recipient's Organization |
|---|---|
| COBB, JANICE | African Development Foundation (ADF) |

**For Non-DOE Recipient, Enter Mailing Address of Recipient's Payroll Office**

I hereby authorize the transfer of __24__ hours of my annual leave to the above named leave recipient. I certify that I am scheduled to work at least that many hours before the end of the leave year, and that the leave recipient is not my supervisor.

*Rama Bah* _____ Donor's Signature       __7/3/1996__ Date

☐ Check here to donate restored leave. (If the donation is greater than the amount of restored leave to your credit, the remainder will be deducted from your regular leave account.)

### FOR PAYROLL USE

| _____ hours of leave has been deducted from donor's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|
| | | |

_____ Signature of Payroll Clerk       _____ Date

| _____ hours of leave has been credited to recipient's account. | Name of Payroll Clerk | FTS Phone No. |
|---|---|---|
| | | |

_____ Signature of Payroll Clerk       _____ Date

Acceptance of this donation is necessary to avoid placing the recipient on leave without pay, and the limitations imposed by 5 CFR 630.908 are therefore waived.

_____ Chief of Payroll       _____ Date

### Privacy Act Statement

5 U.S.C. 6311 authorizes collection of this information. It will be used to transfer leave from your account to the recipient's account in accordance with your instructions on the form. Your social security number is requested solely for the purpose of positively identifying leave donors so that donated leave can be charged to the proper account.

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006                    NO.061   [040

MAR -19' 96 (TUE) 17:10                                    TEL:202 307 9455            P. 002

01/11/05   13:36   0202 876 8786      F. O. I.

U. S. Office of Personnel Management                                        FPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a prorated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

### PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to the National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or Court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on this request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | | |
|---|---|---|
| 1. Name (Last, First, Middle) WHITE, JAMES R. | | 2. Social Security Number |
| 3. Position Title, Pay Grade, Series, and Step EEO MANAGER GS-14 (pls) 560-1 | 4. Relationship to Leave Recipient (if any) FRIEND | |
| 5. Leave Donor's Agency (Name, Office, Division, Branch, etc) Office of Personnel U.S. MARSHALS SERVICE | | 5a. Telephone Number 202-307-9040 |
| 6. Amount of Annual Leave at End of Last Pay Period 136 | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period 0 | 8. Amount of Leave To Be Transferred 16 |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Thelma Parker Janice Cobb, Africa Development Fund., 1400 I Street, N.W. 10th Fl., Wash, DC 2005 | | 9a. Telephone Number 202-673-3916 |
| 10. Leave Donor's Signature James R. White | | 10a. Date Signed 12/14/95 |
| Part B - TO BE COMPLETED BY EMPLOYING AGENCY | | |
| INSTRUCTIONS: Upon completion and approval of this form, forward a copy to the Leave Recipient's employing agency as soon as possible so that the transfer of leave can take place | | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ► 16 | | |
| 12. If the Agency is waiving the minimum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. | | |
| 13. Name of Agency Contact Who Can Provide Further Information Darlene Musick / U.S. Marshals Svc DOJ | 13a. Telephone Number 202 307-5199 | |
| (Leave may not be at any time during any period but without more leave in the account some agencies to make a donation for the requested amount of annual leave and that this may result if the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program. | 14. Signature of Authorizing Official and Date Signed Darlene Musick 3/19/96 | |
| REPRODUCE LOCALLY | | |

PLEASE FAX TO:   THELMA PARKER
                 AFRICAN DEVELOPMENT FOUNDATION
                 Phone
                 FAX NO. 202-673-3810

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006                    NO.851    P41

Attachment 4 to FPM Letter 630-33

Optional Form 630
April 1986
U.S. Office of Personnel Management
FPM Chapter 630

# Request To Donate Annual Leave To Leave Recipient *(Outside Agency)*
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave

remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate any pro-rated share to another leave recipient. However, to do so, I must remain employed by a Federal agency and be subject to chapter 63 of title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

### Privacy Act Statement

This program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a national, State, or local law enforcement agency where there is an indication of a violation or potential violation of civil or criminal law,

rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

### PART A – TO BE COMPLETED BY LEAVE DONOR

| 1. Name *(Last, First, Middle)* | | 2. Social Security No. | 3. Employee Number |
|---|---|---|---|
| CRAWFORD, JACQUELINE C. | | | |

| 4. Position Title, Pay Plan, and Grade/Pay Level | 5. Relationship of Leave Donor to Leave Recipient *(if any)* |
|---|---|
| EXECUTIVE SECRETARY (GS-9/7) | |

| 6. Leave Donor's Agency *(Agency, Department, Office, Division, Branch, etc.)* |
|---|
| FEDERAL ELECTION COMMISSION, OFFICE OF GENERAL COUNSEL |

| 7. Amount of Annual Leave as of End of Last Pay Period | 8. Amount of Leave Projected to Forfeit This Leave Year as of End of Last Pay Period | 9. Amount of Annual Leave To Be Transferred |
|---|---|---|
| 235.5 | 125 | 12.0 |

| 10. Leave Recipient's Name, Agency, Agency's Address, Organization *(Agency, Department, Office, Division, Branch, etc.)* |
|---|
| JANICE COBB, AFRICAN DEVELOPMENT FOUNDATION 1400 I STREET, N.W.-10th FLR., WASHINGTON, D.C. 20005 (202) 673-3916   (POC: THELMA PARKER) |

| 11. Leave Donor's Signature | Date Signed |
|---|---|
| *Jacqueline C. Crawford* | 3/28/95 |

### PART B – TO BE COMPLETED BY EMPLOYING AGENCY OF LEAVE DONOR

**INSTRUCTIONS:** Upon completion and approval of this form, forward a copy to the leave recipient's employing agency as soon as possible so that the transfer of leave can take place.

| 12. Enter the Amount of Annual Leave to Be Credited to the Leave Recipient's Annual Leave Account ▶ | 12 |
|---|---|

13. If the agency is waiving the maximum limitation for leave donation under the Voluntary Leave Transfer Program, describe the special circumstance that warrants the waiver.

| 14. Name of Agency Contact Who Can Provide Further Information | Telephone Number |
|---|---|
| Anthony H. Mitchell | (202) 219-4290 |

I certify that the leave donor currently has sufficient annual leave in his/her annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave donation under the voluntary leave transfer program.

▶ Signature of Authorizing Official and Date Signed

REPRODUCE LOCALLY

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97038411006                     NO.861   P42

SEP 28 '95  08:52AM AFRICAN DEVELOPMENT FOUNDATION

U. S. Office of Personnel Management                                    FPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient (Outside Agency)
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened, or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

### PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A - TO BE COMPLETED BY DONOR. | | |
|---|---|---|
| 1. Name (Last, First, Middle) Bennett  David, O. | | 2. Social Security Number |
| 3. Position Title, Pay Group, Series, and Step GS-855-13-7  Elec. Engineer | | 4. (annual salary) | Relationship to Leave Recipient (if any) None |
| 5. Leave Donor's Agency (Name, Office, Division, Branch, etc.) Office of Personnel FCC / Mass Media Bureau / Video Services Division | | 5a. Telephone Number 1202/418 - |
| 6. Amount of Annual Leave at End of Last Pay Period 190 hr | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period | 8. Amount of Leave To Be Transferred 6 HRS. |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Thelma Parker  Janice Cobb, Africa Development Fund., 1400 I Street, N.W. 10th Fl., Wash, DC  20005 | | 9a. Telephone Number 202-673-3916 |
| 10. Leave Donor's Signature  David O. Bennett | | 10a. Date Signed 10/4/95 |

10-12-95

| Part B - TO BE COMPLETED BY EMPLOYING AGENCY | |
|---|---|
| INSTRUCTIONS:   Upon completion and approval of this form, forward a copy to the Leave Recipient's employing agency as soon as possible so that the transfer of leave can take place. | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶  0 | |
| 12. If the Agency is waiving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. | |
| 13. Name of Agency Contact Who Can Provide Further Information  Nicole Wimer  1919 M St NW Wash DC 20554 | 13a. Telephone Number 202 418 0133 |
| 14. I certify that the donor hereby has sufficient annual leave in the annual leave account to make a donation in the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program. | 15. Signature of Authorizing Official and Date Signed                 11/4/95 |

REPRODUCE LOCALLY

BPM form 1585-5
Aug. (Rev.) 1993

PHONE NO. 673 - 3976

PLEASE FAX TO:   THELMA PARKER
                 AFRICAN DEVELOPMENT FOUNDATION
                 FAX No. 202-673-3810

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 97039411006                    NO.861   P43
09/26/95   10:35   ☎202 267 8330          FAA AHR-100                              Ø002

*Duplicate*

Attachment 8 to PM Letter 630-33

## Request To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

**Privacy Act Statement**

---

### PART A - TO BE COMPLETED BY LEAVE DONOR

| | |
|---|---|
| BARTON   ROBERT  M | |

MANAGER OPERATIONS BRANCH AFS-820     GS-1825-15     FORMER CO-WORKER

FAA, AFS-820, OPERATION BRANCH
FEDERAL AVIATION ADMINISTRATION              P# (202) 267-582

| 7. Amount of Annual Leave at End of Leave Year | 8. Amount of Leave Projected to Forfeit | 9. Amount of Annual Leave To Be Donated |
|---|---|---|
| 216 HOURS | 120 HOURS | 16 HOURS |

10. JANICE COBB
AFRICA DEVELOPMENT FUND
1400 I STREET N.W. 10TH   WASH DC 20005

11. Signature: *Robert MBarton*          Date Signed: May 22, 95

---

### PART B - TO BE COMPLETED BY EMPLOYING AGENCY OF LEAVE DONOR

**INSTRUCTIONS:**

Signature: *Paulette Ralph*          Authorizing Official: *Paulette Ralph*

---

REPRODUCE LOCALLY

PLEASE FAX TO:   THELMA WINGARD PARKER
                 PAYROLL ADF
                 2810   (FAX) 202-673-30

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 9703B411006    NO.861    D44

---

**LEAVE TRANSFER PROGRAM - DONOR APPLICATION**

| | FOR PERSONNEL USE ONLY:<br>CASE NUMBER |
|---|---|

**INSTRUCTIONS:** Use this form to request the transfer of earned annual leave to an approved leave recipient under P.L. 100-566. You may not transfer leave to your immediate supervisor. After completion, forward it to the office in your agency designated to approve leave donations.

**PART I - COMPLETED BY DONOR**

| 1. NAME OF DONOR (Last, First, Middle Initial) Shimes Margie B. | | 2. POSITION TITLE Accounting Technician |
|---|---|---|

| 3. _____ | 4. SERIES, GRADE OR PAY LEVEL 03-4/AS5 | 5. ORGANIZATIONAL TITLE (Agency, Division, Branch, Section) USDA, Forest Service |
|---|---|---|

| 6. OFFICE ADDRESS 1720 Peachtree St., N.W. Atlanta, Georgia 30367/Suite 800S | 7. OFFICE TELEPHONE NO. (404) 347-2632 |
|---|---|

| 8. NAME OF TIMEKEEPER Clifford Gaskell | 9. TELEPHONE NO. OF TIMEKEEPER 404 347 2970 | 10. OFFICE ADDRESS OF TIMEKEEPER Same as # 6 |
|---|---|---|

**INSTRUCTIONS:** Please review the information below. You may not transfer more than 1/2 of the annual leave you will earn during this calendar year unless a waiver is approved. To request a waiver, you must attach a statement as to why your situation is unusual.

If you will be employed full-time by the federal government for the full calendar year, the limits are as follows:

* 52 hours for employees in the 4-hour leave earning category.
* 78 hours for employees in the 6-hour leave earning category, or
* 104 hours for employees in the 8-hour leave earning category.

If you are a part-time employee or if you will not be employed for the full calendar year, you may compute your transfer limit using the appropriate formula below:

* Limit for part-time employee = 13 X (Busy hours in Pay Period / 80) X leave earning category

* Limit for part-year employee = (Number of Pay Periods to be worked / 2) X leave earning category

| 11. NUMBER OF HOURS OF ANNUAL LEAVE TO BE TRANSFERRED 26 | 12. NAME OF RECIPIENT Janice Cobb | | 13. CASE NUMBER |
|---|---|---|---|

| 14. SOCIAL SECURITY NUMBER _____(men) | 15. ORGANIZATIONAL LOCATION OF RECIPIENT (Agency, Division, Branch, Section) African Development Fdn. (ADF) | 16. OFFICE ADDRESS OF RECIPIENT 1400 I Street Washington, DC 2005 |
|---|---|---|

| 17. NAME OF LEAVE SHARE COORDINATOR Thelma Parker | 18. TELEPHONE NO. OF LEAVE SHARE COORDINATOR # (202) 673-3916 Fax # (202) 673-3810 | 19. OFFICE ADDRESS OF LEAVE SHARE COORDINATOR 1400 I Street NW - 10th floor Washington, DC 2005 |
|---|---|---|

**CERTIFICATION OF VOLUNTARY DONATION:** I certify that I am making this donation entirely of my own free will and that no attempts have been made to coerce me to donate annual leave. I understand that except for any leave unused by the recipient, I have no right under any circumstances including a medical emergency of my own to have any of the donated leave restored.

| SIGNATURE OF DONOR: *Margie B. Shimes* | DATE: 9/21/95 |
|---|---|

**PART II. AGENCY REVIEW AND APPROVAL**

| 1. CURRENT ANNUAL LEAVE BALANCE (in hours) 53 3/4 | AS OF PAY PERIOD NUMBER 18 | 2. ANNUAL LEAVE CATEGORY PER PAY PERIOD 6 |
|---|---|---|

**APPLICATION APPROVED:**

[ ] YES (This application meets all criteria required for annual leave transfer by law, regulation and Department policy. Transferred leave may be credited to the recipient's account effective Pay Period Number): 18

[ ] NO (State reason for disapproval):

| SIGNATURE OF APPROVING OR DISAPPROVING OFFICIAL *Charles Morley* | TITLE Director of personnel | OFFICE TELEPHONE NO. 404-347-3P84 | DATE 9-21-95 |
|---|---|---|---|

**PRIVACY ACT STATEMENT**

5 U.S.C. 6311 authorizes collection of this information. Your social security number is requested solely for the purpose of positively identifying leave donors so that donated leave can be deducted from the proper account. Although the disclosure of this information is voluntary, failure to furnish this information may result in disapproval of this application.

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006    NO.851    P45

of Personnel Management    FPM Chapter 630

## ...est To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share restored to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employer for the purpose of donating or using leave.

### PRIVACY ACT STATEMENT

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Permitting the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | | |
|---|---|---|
| 1. Name (last, first, Middle)<br>JOHNSON, JULIA L. | | 2. Social Security Number |
| 3. Position Title, Pay Grade, Series, and Step<br>SECRETARY-STENO/GS7/10 (Annual Salary: | | 4. Relationship to Leave Recipient (if any)<br>none |
| 5. Leave Donor's Agency (Name, Office, Division, Branch, etc.) Office of Personnel<br>US DEPT. OF INTERIOR: FISH & WILDLIFE SERVICE, DIV. FEDERAL AID | | 5a. Telephone Number<br>703-358-2156 |
| 6. Amount of Annual Leave at End of Last Pay Period<br>295.30 | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period<br>191.30 | 8. Amount of Leave To Be Transferred<br>40 hours |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Thelma Parker<br>Janice Cobb, Africa Development Found., 1400 I Street, N.W. 10th Fl., Wash, DC | | 9a. Telephone Number<br>202-673-3916 |
| 10. Leave Donor's Signature<br>Julia L. Johnson | | 10a. Date Signed<br>5/24/95 |

| Part B - TO BE COMPLETED BY EMPLOYING AGENCY | |
|---|---|
| INSTRUCTIONS: Upon completion and approval of this form, forward a copy to the Leave Recipient's employing Agency as soon as possible so that the transfer of leave can take place. | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶ | 40 HOURS |
| 12. If the Agency is waiving the Maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver.<br>N/A | |
| 13. Name & Agency Contact Who Can Provide Further Information<br>JUANITA KNUTSON | 13a. Telephone Number<br>(703) 358-2060 |
| I certify that the leave donor currently has sufficient annual leave in the annual leave account to make a donation for the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program. | 14. Signature of Authorizing Official and Date Signed<br>Merle G. Higgins  JUN - 1 1995 |

REPRODUCE LOCALLY

PLease FAX To: ➡

Thelma Wingard-Parker
Payroll, ADF
Fax: 202-673-3810
Phone: 202-673-3916

06/02/2003   09:37    AFRICAN DEV. FOUNDATION → 97038411006    NO.061   P46

MAY -27 95 (TUE) 10:17    TEL:202 307 9455    P. 001

U. S. Office of Personnel Management    FPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a your-share elsewhere returned to me during the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed at a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of coaxing or using leave.

| PRIVACY ACT STATEMENT |
|---|

This Program is voluntary; however, solicitation of this information is endorsed by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as most data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | |
|---|---|
| 1. Name (Last, First, Middle) **WHITE JAMES R.** | 2. Social Security Number |
| 3. Position Title, Pay Grade, Series, and Step **EEO SPECIALIST - GS-260-14** (Annual Salary) | 4. Relationship to Leave Recipient (if any) **FRIEND** |
| 5. Leave Donor's Agency (Group, Office, Division, Branch, etc.) **Office of Personnel U.S. MARSHAL SERVICES / EEO / COMPLAINTS BRANCH** | 5a. Telephone Number **202-307-9040** |
| 6. Amount of Annual Leave at End of Last Pay Period **124** | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period **0** | 8. Amount of Leave To Be Transferred **16** |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact **Debra Parker Janice Cobb, Africa Development Fund., 1400 I Street, N.W. 10th Fl., Wash. DC** | 9a. Telephone Number **202-673-3916** |
| 10. Leave Donor's Signature **James R. White** | 10a. Date Signed **4/26/95** |
| PART B - TO BE COMPLETED BY EMPLOYING AGENCY | |
| INSTRUCTIONS: Upon completion and approval of this item, forward a copy to the Leave Recipient's employing agency as soon as possible to start the transfer of leave can take place. | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶ **16** | |
| 12. If the Agency is leaving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. | |
| 13. Name of Agency Contact Who Can Provide Further Information **Darlene Musiek - USMS** | 13a. Telephone Number **202-502-5799** |
| I certify that we have been currently has written authority in the actual leave officials to make a decision for the completed amount of used leave and that the amount of the donation does not exceed the maximum limitations for leave under the Voluntary Leave Transfer Program | 14. Signature of Authorizing Official and Date Signed **Darlene Musiek** 5/16/95 |

REPRODUCE LOCALLY    OPM Form 1560B

PLeASe FAX TO; Ms. Hampton KARRAS, Payroll,
Dept. of Energy, FAX # 301-903-3916
Telephone; 301-903-4083

06/02/2005   09:37   AFRICAN DEV. FOUNDATION → 97038411006                    NO.861   [47]

National Aeronautics and
Space Administration
**Goddard Space Flight Center**
Greenbelt, MD 20771



Reply to Attn of: 151.5A                                                   MAY – 8 1995

TO:        African Development Fund
           1400 I Street NW  10th Floor
           Washington DC  20005
           Attn:  Thelma Wingard-Parter

FROM:      NASA Goddard Space Flight Center
           Payroll Office Code 151.5A
           Tonyia Richardson
           Greenbelt, MD 20771

SUBJECT:   Leave Transfer

This is to inform your agency that an employee of Goddard is donating annual leave to an
employee of your agency.

Name of Donor:        Dorenda R. King
Annual leave hours donated:  40
Name of Recipient:    Janice Cobb
SSN of Recipient:     N/A

Please credit the recipient's account with this leave transfer and if you have any questions, please
contact me at (301) 286 5142.

Thank you for your assistance in this matter.

*Tonyia Richardson*

Tonyia Richardson
Payroll Technician

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006    NO.861    048

# LEAVE DONOR REQUEST

*READ REVERSE BEFORE COMPLETING FORM*

### PART A (To be completed by employee)

NAME OF EMPLOYEE  Dorenda R. King    SS#:    CODE: 234.1    EXT: 1477

NAME OF IMMEDIATE SUPERVISOR  Susan M. Sparacino

I understand that I may voluntarily transfer a minimum of 8 hours of annual leave account to the account of another employee who has been approved to receive leave donations because of a medical emergency.  Privacy Act Statement below.

I request a transfer of ___40___ hours of accrued leave to be given to:

(Name of Leave Recipient, last name, first name, middle initial)

I understand that I may not donate more than 1/2 of the amount of annual leave that I will accrue during the leave year.

## ATTENTION: LEAVE DONORS DONATING USE OR LOSE ANNUAL LEAVE

If your *Annual Leave Record* reflects that you have use or lose annual leave, you may not donate more hours than you are scheduled to work in the rest of the leave year.

I certify that my leave donation will not exceed the number of hours that I am scheduled to work in the rest of the leave year.

____ *Employee Initials*  (Employees who do not have use or lose leave may disregard this section.)

Signature of Employee _____    Date  5/1/95

### PART B (For Office of Human Resources' use only)

ACTION:    ☐ Approval    ☐ Disapproval    Date  5-1-15

Head, Employment and Employee Services Branch

DONOR INFORMATION:

GRADE: GS-12    Annual Leave Accrual Rate:    104    (160)    208

Annual Leave Balance: 213.5    as of  4/5/95

### PRIVACY ACT STATEMENT - LEAVE TRANSFER PROGRAM

In the U.S. Code, Title 5, Section 301, Title 42, Section 2473, and Title 44, Section 3101, authorize collection of this information.  Privacy information requested is collected and maintained pursuant to the NASA System of Records published as "NASA 10SPER."  Providing privacy information is a voluntary action although failure to do so may result in your inability to be a leave donor.

The intended officials uses of this information are: to assist the Office of Human Resources to verify your eligibility to be a leave donor and to assist the Financial Management Division to establish a special leave account for you.

Additional routine uses of Leave Transfer Information, uses which are standard for many NASA Systems of Records, are cited in full text in the "10SPER" System of Records notice.

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006    NO.861    P49

MAY 01 '95 09:29AM AFRICAN DEVELOPMENT FOUNDATION

U.S. Office of Personnel Management    FPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient *(Outside Agency)*
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a pro-rated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened, or coerced, or promised any benefit by any employer for the purpose of donating or using leave.

| PRIVACY ACT STATEMENT |
|---|

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | | |
|---|---|---|
| 1. Name (Last, First, Middle)  KING, DAREDA REGINA | | 2. Social Security Number |
| 3. Position Title, Pay Grade, Series, and Step  GS-1102-12 CONTRACT (Annual Salary:) SECURITY | 4. Relationship to Leave Recipient (if any)  NONE | |
| 5. Leave Donor's Agency (Comp. Office, Division, Branch, etc.) Office of Personnel  NASA/GSFC, Code 284.1, Greenbelt, MD, 20771 | | 5a. Telephone Number  301-286-9973 |
| 6. Amount of Annual Leave at End of Last Pay Period  213.5 hours | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period  305 hours | 8. Amount of Leave To Be Transferred  40 hours |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact  Janice Cobb, Africa Development Fund, 1400 I Street, N.W. 10th Fl., Wash., DC | | 9a. Telephone Number  202-673-3916 |
| 10. Leave Donor's Signature  Daredea R. King | | 10a. Date Signed  5/1/95 |

| PART B - TO BE COMPLETED BY EMPLOYING AGENCY | |
|---|---|
| INSTRUCTIONS:  Upon completion and approval of this form, forward a copy to the Leave Recipient's Employing Agency as soon as possible so that the transfer of leave can take place. | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶ | |
| 12. If the Agency is waiving the maximum limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. | |
| 13. Name of Agency Contact Who Can Provide Further Information | 13a. Telephone Number |
| I certify that the leave donor (named) has sufficient annual leave in the annual leave account to make a donation in the requested amount of annual leave and that the amount of the donation does not exceed the maximum limitation for leave under the Voluntary Leave Transfer Program. | 14. Signature of Authorizing Official and Date Signed |

REPRODUCE LOCALLY

PLease FAX To: ▶    Thelma Wingard-Parker
Payroll, ADF
Fax: 202-673-3810
Phone: 202-673-3916

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97039411006    NO.861    P50

MAY-01-1995  00:33    DSOLA    310 335 3027    P.02

FPM Chapter 630

# Request To Donate Annual Leave To Leave Recipient (Outside Agency) Under The Leave Transfer Program

I request that annual leave be considered as the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if I am projected to forfeit leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring this is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of unused leave remains after the recipient's medical emergency has terminated, I can elect to have a prorated share transferred to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C., on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employer for the purpose of donating or using leave.

| PRIVACY ACT STATEMENT |
|---|

This Program is voluntary; however, solicitation of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary. Your failure to do so may delay or prevent action on this request to donate leave.

| PART A - TO BE COMPLETED BY DONOR | | | |
|---|---|---|---|
| 1. Name (Last, First, Middle) Riley, Melvin M. | | | 2. Social Security Number |
| 3. Present Last Yer (Grad, Series, and Step) Buyer | (Annual Salary: 46,000) | 4. Relationship to Leave Recipient (if any) Friend-In-Christ | |
| 5. Leave Donor's Agency Name, Office, Officer, Bureau, Branch, and Office of Personnel Defense Logistics Agency — LA, CA | | | 5a. Telephone Number 310-335-3021 |
| 6. Amount of Annual Leave at End of Last Pay Period 267 hrs | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period | 8. Amount of Leave To Be Transferred 16 hrs | |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Janice Cobb, Africa Development Fund, 1400 I Street, N.W. 10th Fl., Wash, DC | | | 9a. Telephone Number 202-673-3916 |
| 10. Leave Donor's Signature Melvin M. Riley | | | 10a. Date Signed 5-1-95 |

| PART B - TO BE COMPLETED BY EMPLOYING AGENCY | |
|---|---|
| INSTRUCTIONS: When completed and signed of this item, forward a copy to the Leave Recipient's employing agency as soon as possible so that the transfer of leave can take place. | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account ▶ | |
| 12. If the Agency is waiving the adjustment limitations for Leave Donation under the Voluntary Leave Transfer Program, describe the special circumstances that warrant the waiver. | ATTN: RITA |
| 13. Name of Agency Contact Who Can Provide Further Information Defense Financing + Accounting Service | 13a. Telephone Number 1-800-668-0066 |
| I hereby certify that the leave above donated has not been projected to be forfeited and will not be or has not been otherwise compensated. | 14. Signature of Authorizing Official and Date Signed |

REPRODUCE LOCALLY

OPM Form 1529B

2703

PLEASE FAX TO: Thelma Winfield-Parker, Payroll 3916
ADF
FAX # 202 673-3810
Phone # 202 673-3916

APR-27-1995  08:50    202 673 3810    93%    P.02

⊗

06/02/2003   09:37   AFRICAN DEV. FOUNDATION → 9703841100G                    NO.861   P51

MAY-01-1995  08:34      DSOLA                              310 335 3027  P.03

YPM Chapter 630

## Request To Donate Annual Leave To Leave Recipient (Outside Agency)
## Under The Leave Transfer Program

I request that annual leave be transferred to the leave account of an approved leave recipient. This recipient is not my immediate supervisor. As of the date indicated below, I have enough annual leave in my account to cover this amount. I understand that if my projected to accrue leave during this leave year, the amount of leave I am transferring may not exceed the number of hours remaining in the leave year for which I am scheduled to work. The amount of leave I am transferring also is not more than half the hours I will earn this year.

I understand that my decision to transfer leave is not revocable. If a sufficient balance of annual leave remains after the recipient's medical emergency has terminated, I can elect to have it prorated share returned to me during either the current leave year or the following leave year, or I can elect to donate my pro-rated share to another leave recipient. However, I must remain employed by a Federal agency and subject to Chapter 63 of Title 5, U.S.C. on the date the medical emergency terminates.

I have not been directly or indirectly intimidated, threatened or coerced, or promised any benefit by any employee for the purpose of donating or using leave.

| PRIVACY ACT STATEMENT |
|---|

This Program is voluntary; however, submission of this information is authorized by P.L. 100-566 (October 31, 1988). The information furnished will be used to identify records properly associated with the leave donation. It may also be disclosed to a National, State, or local law enforcement agency where there is an indication of a violation of civil or criminal law, rule, or regulation; or to another agency or court when the Government is party to a suit. Executive Order No. 9397 (November 22, 1943) authorizes use of the Social Security Number (SSN). Furnishing the SSN, as well as other data, is voluntary, but failure to do so may delay or prevent action on the request to donate leave.

| PART A · TO BE COMPLETED BY DONOR | |
|---|---|
| 1. Name (Last, First, Middle) Smith, Sandra Denise | 2. Social Security Number |
| 3. Position Title, Pay Grade, Series, and Step Clerk GS5, 4   (Annual Salary): | 4. Restriction to Leave Recipient (if any) N/A |
| 5. Leave Donor's Agency (Name, Other, Division, Branch, etc) Office of Personnel Defense Subsistence Office (LA) | 5a. Telephone Number 310 335 3023 |
| 6. Amount of Annual Leave at End of Last Pay Period 100 hr 80 Use or LOSE | 7. Amount of Leave Projected to Forfeit this Leave Year as of End of Last Pay Period | 8. Amount of Leave To Be Transferred 16 Hrs |
| 9. Leave Recipient's Name, Agency, Agency Address, and Point of Contact Janice Cobb, Africa Development Fund, 1400 I Street, N.W. 10th Fl., Wash, DC | 9a. Telephone Number 202-673-3916 |
| 10. Leave Donor's Signature  Sandra D Smith | 11. Date Signed 5·1·95 |

| PART B · TO BE COMPLETED BY RECEIVING AGENCY | |
|---|---|
| INSTRUCTIONS: Both components will depend on this form, receipt to copy to the leave Recipient's employing Agency as soon as possible so that any amount of leave can take place | |
| 11. Enter the Amount of Annual Leave to be Credited to the Leave Recipient's Annual Leave Account (in) | |
| 12. If Did Agency is waiving the maximum donations for Leave Donation under the Voluntary Leave Transfer Program, explain the special circumstances that warranted the waiver. | |
| 13. Name of Agency Contact Who Can Provide Further Information Defense Financing + Accounting Service  ATTN: Rita | 13a. Telephone Number 1-500 668-6066 |
| I certify that the leave donor currently has sufficient unrestricted in the annual leave subject to make a donation for requested amount of annual leave and that the donor of the Service does not not exceed the maximum donations for leave under the Voluntary Leave Transfer Program. | 14. Signature of Authorizing Official and Date Signed  Sandra Smith |

REPRODUCE LOCALLY

Please FAX TO: Thelma Winged-Parker, Payroll
ADF
FAX # 202 673-3810
Phone # 202 673-3916

APR-27-1995  08:50            202 673 3810              93%        P.02

TOTAL P.03