Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit TTT

**DISABILITY CERTIFICATE**

**CALVIN L. GRIFFIN, M.D., P.C.**
1160 Varnum Street N.E., Suite 108
Washington, DC 20017
Telephone: (202) 526-4400

Date: 6/8/95

This is to certify that _Janice Cobb_

has been under my professional care and was:

☐ Totally Incapacitated    ☑ Partially Incapacitated

from _June 12, 1995_ to _June 26, 1995_

Remarks: _Working six hours per day._

Dr. _Calvin L. Griffin_

#13101 — Medical Arts Press  1-800-328-2179

