Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit UU

06/02/2003    09:37    AFRICAN DEV. FOUNDATION → 97038411006                    NO.861    P28





## AFRICAN DEVELOPMENT FOUNDATION

DATE:        August 21, 1996

SUBJECT:     Request Advance Sick Leave

FROM:        Janice Cobb Henry
             Office Assistant, OBPA

I have exhausted all my leave due to my chronic illness. Therefore, I am requesting 10 hours of sick leave to cover this current pay period . This will insure that I will have no leave without pay.

Thank you in advance for honoring this special request.

APPROVED:

Nate Fields, Vice President                    Date  8/21/96

William R. Ford, President                     Date  8/21/96

cc: Thomas Wilson, Director, OBFA
    Connie Smith-Field, Personnel

1400 Eye Street . Northwest . Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 673-3810

