Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit W



# AFRICAN DEVELOPMENT FOUNDATION

January 28, 1997

TO: Tom Wilson, Director
Office of Budget, Finance
and Administration

FROM: Janice Cobb-Hennix
Office Assistant

On several occasions, I have discussed with you, the Administrative Services Officer, and the Foundation's President, the problem outlined in the enclosed letter from my physician, i.e., a need to go to the rest room when I have to.

The continuation of not being able to, or delaying going to the rest room to relieve myself when I need to, has aggravated a bladder condition I have, to the extent that I had to have surgery in December 1996, and is presently under medical treatment.

This problem has cause me to lose time away from work, further escalated my medical expenses, and I had to ask coworkers for donated leave, plus requested additional advance sick leave.

I have tried the method suggested by the Administrative Services Officer, i.e., calling her on the telephone each time I need to go to the rest room so she can get front desk coverage, however, the majority of the time, I cannot reach her by telephone, nor can I get anyone else on the telephone to respond. I have repeatedly requested a solution to this urgent problem over the past 6-8 months with no avail.

I hope you will consider the seriousness of this problem and come up with a resolution so my bladder condition will not worsen.

cc:
William Ford, President, ADF
Genevieve Peterson, Admin. Services Officer, OBFA
Connie Smith-Field, Personnel Officer

1400 Eye Street . Northwest . Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 673

