Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit X

# Notice of Occupational Disease and Claim for Compensation

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs



Employee: Please complete all boxes 1 - 18 below. Do not complete shaded areas.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

## Employee Data

1. Name of employee (Last, First, Middle)
Cobb, Janice Eleanor

2. Social Security Number

3. Date of birth  Mo.  Day  Yr.

4. Sex: female

5. Home telephone: ( 301 ) 248-7284

6. Grade as of date of last exposure: GS-6   Level    Step

7. Employee's home mailing address (Include city, state, and zip code)
3104 Ramsgate Place
Fort Washington, Maryland
Zip Code 20744

8. Dependents
[X] Wife (Husband)
[ ] Children under 18 years
[ ] Other

## Claim Information

Employee's occupation: Office Assistant

9. Occupation code

10. Location (address) where you worked when disease or illness occurred (Include city, state, and zip code)
1400 I Street, N.W., Washington, D.C.  20005

11. Date you first became aware of disease or illness
Mo. Day Yr.
12  02  96

12. Date you first realized the disease or illness was caused or aggravated by your employment
Mo. Day Yr.
5  6  97

13. Explain the relationship to your employment, and why you came to this realization
Not being able to go to the rest room when I needed to, due to severe urgency/frequency because of daily intake of medication for my chronic medical disability. I am required to drink large quantities of water to flush medication from my bladder. Because I was not able to go to the rest room when I needed to, medication stayed in my bladder longer than it should, which aggravated my bladder causing the present condition.

14. Nature of disease or illness
Interstitial Cystitis

OWCP Use - NOI Code
b. Type code   c. Source code

15. If this notice and claim was not filed with the employing agency within 30 days after date shown above in item #12, explain the reason for the delay.
waiting for confirmation from my physicians.

16. If the statement requested in Item 1 of the attached instructions is not submitted with this form, explain reason for delay.
waiting for confirmation from my physicians.

17. If the medical reports requested in Item 2 of attached instructions are not submitted with this form, explain reason for delay.
waiting for confirmation from my physicians.

## Employee Signature

I certify, under penalty of law, that the disease or illness described above was the result of my employment with the United States Government, and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and other benefits provided by the Federal Employees' Compensation Act.

18. Signature of employee or person acting on his/her behalf  *Janice C.M. Henning*   Date 6-11-97

Have your supervisor complete the receipt attached to this form and return it to you for your records.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled, is subject to felony criminal prosecution and may, under appropriate provisions, be punished by a fine or imprisonment, or both.



Official Supervisor's Report of Occupational Disease: Please complete information requested below

**Supervisor's Report**

**19. Agency name, and address of reporting office** (Include city, state, and zip code)

AFRICAN DEVELOPMENT FOUNDATION
1400 EYE ST. NW   WASHINGTON, DC  20005

OWCP Agency Code:
OSHA Site Code:
Zip Code: 20005

**20. Employee's duty station** (Street address and zip code)
1400 EYE ST NW  WASHINGTON DC
Zip Code: 20005

**21. Regular work hours** From: 8:30 a.m. To: 5:00 p.m.

**22. Regular work schedule:** ☐Sun. ☒Mon. ☒Tues. ☒Wed. ☒Thurs. ☒Fri. ☐Sat.

**23. Name and address of physician first providing medical care** (Include city, state, zip code)

**24. First date medical care received:** Mo. Day Yr.

**25. Do medical reports show employee is disabled for work?** ☐Yes ☐No

**26. Date employee first reported condition to supervisor:** 1/16/97

**27. Date and hour employee stopped work:** Mo. Day Yr. Time ☐a.m. ☐p.m.  N/A

**28. Date and hour employee's pay stopped:** N/A  Time N/A ☐a.m. ☐p.m.

**29. Date employee was last exposed to conditions alleged to have caused disease or illness:** N/A

**30. Date returned to work:** Time N/A ☐a.m. ☐p.m.

**31. If employee has returned to work and work assignment has changed, describe new duties**

**32. Was injury caused by third party?** ☐Yes ☒No  If "No," go to item 34.

**33. Name and address of third party** (Include city, state, and zip code)

**Signature of Supervisor**

A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

Name of Supervisor (Type or print)

Signature of Supervisor                Date

Supervisor's Title                     Office phone

CA-2

### Disability Benefits for Employees under the Federal Employees' Compensation Act (FECA)

The FECA, which is administered by the Office of Workers' Compensation Programs (OWCP), provides the following general benefits for employment-related occupational disease or illness:

(1) Full medical care from either Federal medical officers and hospitals, or private hospitals or physicians of the employee's choice.

(2) Payment of compensation for total or partial wage loss.

(3) Payment of compensation for permanent impairment of certain organs, members, or functions of the body (such as loss or loss of use of an arm or kidney, loss of vision, etc.), or for serious disfigurement of the head, face, or neck.

(4) Vocational rehabilitation and related services where necessary.

The first three days in a non-pay status are waiting days, and no compensation is paid for these days unless the period of disability exceeds 14 calendar days, or the employee has suffered a permanent disability. Compensation for total disability is generally paid at the rate of 2/3 of an employee's salary if there are no dependents, or 3/4 of salary if there are one or more dependents.

If an employee is in doubt about compensation benefits, the OWCP District Office servicing the employing agency should be contacted. (Obtain the address from your employing agency.)

For additional information, review the regulations governing the administration of the FECA (Code of Federal Regulations, Title 20, Chapter 1) or Chapter 810 of the Office of Personnel Management's Federal Personnel Manual.

### Privacy Act

In accordance with the Privacy Act of 1974 (Public Law No. 93-570, 5 U.S.C. 552a), you are hereby notified that:

(1) The Federal Employees' Compensation Act, as amended (5 U.S.C. 8101, et seq.) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor. In accordance with this responsibility, the office receives and maintains personal information on claimants and their immediate families.

(2) The information will be used to determine eligibility for and the amount of benefits payable under the Act.

(3) The information may be used by other agencies or persons in matters relating directly or indirectly to the matter of the claim, so long as such agencies or persons have received the consent of the individual claimant, or complied with the provisions of 20 CFR 10.

(4) Failure to furnish all requested information may delay the process, or result in an unfavorable decision or a reduced level of benefits (disclosure of a social security number is voluntary; the failure to disclose such number will not result in the denial of any right, benefit or privilege to which an individual may be entitled).

### Receipt of Notice of Occupational Disease or Illness

This acknowledges receipt of notice of disease or illness sustained by:
(Name of injured employee)

I was first notified about this condition on (Mo., Day, Yr.)

At (Location)

Signature of Official Superior            Title

Date (Mo., Day, Yr.)

This receipt should be retained by the employee as a record that notice was filed.

☆ U.S. Government Printing Office: 1986-202-001/85133

CA-2
(Rev. 3/86)

## Instructions for Completing Form CA-2

Complete all items on your section of the form. If additional space is required to explain or clarify any point, attach a supplemental statement to the form. In addition to the information requested on the form, both the employee and the supervisor are required to submit additional evidence as described below. If this evidence is not submitted along with the form, the responsible party should explain the reason for the delay and state when the additional evidence will be submitted.

### Employee (or person acting on the employee's behalf)

Complete Items 1 through 18 and submit the form to the employee's supervisor along with the statement and medical reports described below. Be sure to obtain the Receipt of Notice of Disease or Illness completed by the the supervisor at the time the form is submitted.

**1) Employee's statement**
In a separate narrative statement attached to the form, the employee must submit the following information:

a) A detailed history of the disease or illness from the date it started.

b) Complete details of the conditions of employment which are believed to be responsible for the disease or illness.

c) A description of specific exposures to substances or stressful conditions causing the disease or illness, including locations where exposure or stress occurred, as well as the number of hours per day and days per week of such exposure or stress.

d) Identification of the part of the body affected. (If disability is due to a heart condition, give complete details of all activities for one week prior to the attack with particular attention to the final 24 hours of such period.)

e) A statement as to whether the employee ever suffered a similar condition. If so, provide full details of onset, history, and medical care received, along with names and addresses of physicians rendering treatment.

**2) Medical report**

a) Dates of examination or treatment.

b) History given to the physician by the employee.

c) Detailed description of the physician's findings.

d) Results of x-rays, laboratory tests, etc.

e) Diagnosis.

f) Clinical course of treatment.

g) Physician's opinion as to whether the disease or illness was caused or aggravated by the employment, along with an explanation of the basis for this opinion. (Medical reports that do not explain the basis for the physician's opinion are given very little weight in adjudicating the claim.)

**3) Wage loss**
If you have lost wages or used leave for this illness, Form CA-7 should also be submitted.

### Supervisor (Or appropriate official in the employing agency)

At the time the form is received, complete the Receipt of Notice of Disease or Illness and give it to the employee. In addition to completing Items 19 through 34, the supervisor is responsible for filling in the proper codes in shaded boxes a, b, and c on the front of the form. If medical expense or lost time is incurred or expected, the completed form must be sent to OWCP within ten working days after it is received. In a separate, narrative statement attached to the form, the supervisor must:

a) Describe in detail the work performed by the employee. Identify fumes, chemicals, or other irritants or situations that the employee was exposed to which allegedly caused the condition. State the nature, extent, and duration of the exposure, including hours per days and days per week. requested above.

b) Attach copies of all medical reports (including x-ray reports and laboratory data) on file for the employee.

c) Attach a record of the employee's absence from work caused by any similar disease or illness. Have the employee state the reason for each absence.

d) Attach statements from each co-worker who has first-hand knowledge about the employee's condition and its cause. (The co-workers should state how such knowledge was obtained.)

e) Review and comment on the accuracy of the employee's statement requested above.

The supervisor should also submit any other information or evidence pertinent to the merits of this claim.

### Item Explanations Some of the items on the form which may require further clarification are explained below.

**14. Nature of the disease or illness**
Give a complete description of the disease or illness. Specify the left or right side if applicable (e.g., rash on left leg; carpal tunnel syndrome, right wrist).

**19. Agency name and address of reporting office**
The name and address of the office to which correspondence from OWCP should be sent (if applicable, the address of the personnel or compensation office).

**20. Employee's duty station, street address and zip code**
The street address and zip code of the establishment where the employee actually works.

**23. Name and address of physician first providing medical care**
The name and address of the physician who first provided medical care for this injury. If initial care was given by a nurse or other health professional (not a physician) in the employing agency's health unit or clinic, indicate this on a separate sheet of paper.

**24. First date medical care received**
The date of the first visit to the physician listed in Item 23.

**32. Was the injury caused by third party?**
A third party is an individual or organization (other than the injured employee or the Federal government) who is liable for the disease. For instance, manufacturer of a chemical to which an employee was exposed might be considered a third party if improper instructions were given by the manufacturer for use of the chemical.

### Employing Agency - Required Codes

**Box a (Occupation Code), Box b (Type Code), Box c (Source Code), OSHA Site Code**
The Occupational Safety and Health Administration (OSHA) requires all employing agencies to complete these items when reporting an injury. The proper codes may be found in OSHA Booklet 2014, Record Keeping and Reporting Guidelines.

**OWCP Agency Code**
This is a four digit (or four digit plus two letter) code used by OWCP to identify the employing agency. The proper code may be obtained from your personnel or compensation office, or by contacting OWCP.

CA-2
(Rev. 1/86)