Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Exhibit YY



# AFRICAN DEVELOPMENT FOUNDATION

## MEMORANDUM

**DATE:** May 31, 1996

**TO:** Janice Cobb

**FROM:** Nate Fields
Vice President

**SUBJECT:** Participation in the Voluntary Leave Program

A decision has been reached to allow your continued participation in the voluntary leave program for a limited period of time, that being until the end of the leave year, January 4, 1997.

Towards the leave year ending date, we will review your situation to determine continued participation in or termination from the voluntary leave program.

cc: Personnel Office
    Time & Attendance Unit - OBFA



1400 Eye Street . Northwest . Tenth Floor . Washington, D.C. 20005 . (202) 673-3916 . Fax (202) 673-3810