Janice Cobb-Hennix v. ADF

EEOC No. 100-A2-7581X

Sworn Statement of Chiquita Stone-Evans

I, Chiquita Stone-Evans, state the following:

1. I am a Human Resources Specialist for the African Development Foundation. I have functioned in that capacity since April 2000.

2. Since 1995, Complainant has participated in the leave donor program and continues to do so presently.

3. All Foundation employees are permitted to engage in flex time. Arrival times are 7:30 a.m. to 9:30 a.m. Departure times are 4:00 p.m. to 6 p.m.

4. The Foundation has always been very flexible with Complainant allowing her to make up time if she arrives later than 9:30 a.m.

5. Nancy Williams was procured to assist the Office of Budget, Finance and Administration through a temporary agency for only a brief period of time. Her duties were separate from the Complainant's and time limited. She worked for the Foundation prior to 1995's reduction in force. Ms. Williams never worked from home. As for flex time, Ms. Williams coordinated her schedule with the temp agency she worked for, not with the Foundation. Ms. Williams was not allowed to open the front doors later than 8:30 a.m. Sometimes the temp agency would call to inform us that Ms. Williams would not work that day and, instead, would send another temporary worker. Complainant was permitted to take the same breaks Ms. Williams enjoyed. The Foundation has always allowed the receptionist position one fifteen minute break in the morning and one in the afternoon.

6. As part of the Foundation's routine relief schedule, all receptionists were given one fifteen minute break in the morning and one in the afternoon. The only exception was that ADF provided four fifteen minute breaks to Complainant as an accommodation.

Pursuant to 28 USC 1746, I declare under penalties of perjury that the foregoing statement is true to the best of my knowledge.

June 12, 2003

*Chiquita Stone-Evans*
Chiquita Stone-Evans

