UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE E. COBB-HENNIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1572 (PLF) |
| | ) |
| NATHANIEL FIELDS, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Joseph D. Gebhardt as counsel for Plaintiff in the above-captioned case.

Respectfully submitted,


_____/s/_____
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

February 6, 2007          Attorney for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 6th day of February, 2007, via electronic case filing through the Court and facsimile, upon counsel for Defendant as follows:

>William Mark Nebeker, Esq.
>United States Attorney's Office
>Civil Division
>501 3rd Street, N.W.
>Washington, DC 20530
>Fax: 202-514-8780

_____/s/_____
JOSEPH D. GEBHARDT