**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANICE E. COBB-HENNIX,          )
                                )
                Plaintiff,      )
                                )
        v.                      )    Civil Action No. 06-1572 (PLF)
                                )
NATHANIEL FIELDS, <u>et al</u>. )
                                )
                Defendants.     )
_____  )

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE PLAINTIFF'S RESPONSE**

        Plaintiff Janice E. Cobb-Hennix, by and through undersigned counsel, hereby moves, with Defendant's consent, for an extension of time until March 8, 2007, to file her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and in support of this Consent Motion states as follows:

        1.    Undersigned counsel entered his appearance in the above-captioned case today and, as a result, he has not had an opportunity to familiarize himself with all of the facts underlying Plaintiff's Complaint.

        2.    On January 22, 2007, Defendants filed a Motion to Dismiss Plaintiff's Complaint, along with a 28-page Memorandum, an 18-page Statement of Material Facts, and a total of 71 Exhibits.  Plaintiff, who was representing herself <u>pro se</u>,

received Defendants' Motion on January 24, 2007.  Defendants' voluminous dispositive motion raises several issues which need to be carefully addressed.  Thus, Plaintiff's counsel needs an extension of time in order to properly familiarize himself with this case and to respond to Defendants' Motion.

3.    Plaintiff is now represented by a small law firm with an unusually high volume of litigation maters, including several cases before this Court, as well as the U.S. Court of Appeals, the Equal Employment Opportunity Commission, and the Merit Systems Protection Board.  Indeed, the attorney primarily responsible for preparing Plaintiff's response is presently preparing discovery in a large class action case and is readying for a hearing before the MSPB.

4.    The parties, through their respective counsel, have agreed to engage in early settlement negotiations and had their first telephone conference today.  Plaintiff has agreed to prepare a settlement proposal, and an early settlement of this case may be possible.  Requiring the parties to continue litigating Defendants' Motion before the parties have an opportunity to consider any settlement offers and propose any counter-offers may be unnecessarily adversarial and wasteful.

5.    For the reasons stated above, Plaintiff is requesting an appropriate extension of time until March 8, 2007, for filing

her response to Defendants' Motion, as well as a corresponding extension of Defendants' deadline for filing its reply.

6.   In accordance with Local Civil Rule 7.1(m), counsel for the parties conferred about this Motion, and agree that the extension of time is warranted.  Thus, Defendants consent to the requested extensions.

7.   No deadlines have been set for the processing of this case, so the extension of time requested herein, will have no impact on the scheduling of this case, and it will not prejudice either party.

For all of these reasons, this Consent Motion should be granted, Plaintiff's deadline for filing her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment should be extended until March 8, 2007.  An appropriate Order accompanies this Consent Motion.

Respectfully submitted,


_____/s/_____

JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

February 6, 2007           Attorney for Plaintiff

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time to File Plaintiff's Response was served this 6th day of February, 2007, via electronic case filing through the Court and facsimile, upon counsel for Defendants as follows:

            William Mark Nebeker, Esq.
            United States Attorney's Office
            Civil Division
            501 3rd Street, N.W.
            Washington, DC 20530
            Fax: 202-514-8780


                    _____/s/_____
                    JOSEPH D. GEBHARDT