UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE E. COBB-HENNIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1572 (PLF) |
| | ) |
| NATHANIEL FIELDS, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension to Time to File Response and the full record, it is hereby this ___ day of February, 2007, **ORDERED**:

1. That Plaintiff's Consent Motion for an extension of time to file her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment is **GRANTED**; and

2. That Plaintiff shall file her response to Defendants' Motion to Dismiss by March 8, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

William Mark Nebeker, Esq.
United States Attorney's Office
Civil Division
501 3rd Street, N.W.
Washington, DC 20530