UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE E. COBB-HENNIX, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>NATHANIEL FIELDS, <u>et al</u>. )<br>)<br>       Defendants. )<br>_____ ) | Civil Action No. 06-1572 (PLF) |

**<u>NOTICE OF APPEARANCE</u>**

    Please enter the appearance of Charles W. Day, Jr. as counsel for Plaintiff in the above-captioned case.

                               Respectfully submitted,


                                 _____/s/_____
                                 JOSEPH D. GEBHARDT
                                    (D.C. Bar No. 113894)
                                 CHARLES W. DAY, JR.
                                    (D.C. Bar No. 459820)
                                 GEBHARDT & ASSOCIATES, LLP
                                 1101 17th Street, N.W.
                                 Suite 807
                                 Washington, DC 20036-4716
                                 (202) 496-0400

February 6, 2007                 Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 6th day of February, 2007, via electronic case filing through the Court, upon counsel for Defendants as follows:

>William Mark Nebeker, Esq.
>United States Attorney's Office
>Civil Division
>501 3rd Street, N.W.
>Washington, DC 20530
>Fax: 202-514-8780

                                       /s/
                                CHARLES W. DAY, JR.