UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE E. COBB-HENNIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1572 (PLF) |
| | ) |
| NATHANIEL FIELDS, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Mark A. Dann as counsel for Plaintiff in the above-captioned case.

                                    Respectfully submitted,

                                    _____/s/_____
                                    JOSEPH D. GEBHARDT
                                        (D.C. Bar No. 113894)
                                    CHARLES W. DAY, JR.
                                        (D.C. Bar No. 459820)
                                    MARK A. DANN
                                        (D.C. Bar No. 484523)
                                    GEBHARDT & ASSOCIATES, LLP
                                    1101 17th Street, N.W.
                                    Suite 807
                                    Washington, DC 20036-4716
                                    (202) 496-0400

February 6, 2007                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 6th day of February, 2007, via electronic case filing through the Court, upon counsel for Defendants as follows:

> William Mark Nebeker, Esq.
> United States Attorney's Office
> Civil Division
> 501 3rd Street, N.W.
> Washington, DC 20530
> Fax: 202-514-8780

           /s/
_____
MARK A. DANN