UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE E. COBB-HENNIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1572 (PLF) |
| | ) |
| NATHANIEL FIELDS, et al. | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S RESPONSE**

Plaintiff Janice E. Cobb-Hennix, by and through undersigned counsel, hereby moves, with Defendant's consent, for an additional 30-day extension of time until April 9, 2007, to file her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and in support of this Consent Motion states as follows:

1.   Last week, Ms. Cobb-Hennix, who suffers from several serious medical conditions related to cancerous lesions in and around several organs in her abdomen, underwent major surgery to remove her kidney.  Her treating physician estimates that Ms. Cobb-Hennix will require up to six weeks of rest and recovery, and she is now convalescing at home.

2.   As a result of Ms. Cobb-Hennix's surgery, she has been unable to fully assist her undersigned counsel in preparing her

response to Defendant's voluminous Motion to Dismiss, which includes a 28-page Memorandum, an 18-page Statement of Material Facts, and a total of 71 Exhibits.  Undersigned counsel entered his appearance in the above-captioned case on February 6, 2007.

    3.   Plaintiff is requesting this second extension of time, in part, so that she may fully participate in preparing her response to Defendant's dispositive Motion.

    4.   In addition, the parties have initiated early settlement discussions.  Indeed, Plaintiff proffered a settlement offer to Defendant yesterday, which Defendant will need time to review and consider.  Although they have not yet reached a settlement agreement, the parties are committed to exploring settlement options and wish to continue their negotiations.

    5.   Plaintiff is requesting the second extension of time to file her response, in part, so that the parties may devote some of their attention to settlement discussions.  Requiring the parties to continue litigating Defendant's Motion before Defendant has an opportunity to consider and respond to Plaintiff's pending settlement offer may be unnecessarily adversarial and wasteful.  For example, one element of Plaintiff's settlement proposal is the payment of her attorney fees, and her attorneys will be forced to devote more time and resources pre-

paring her response if the requested extension is not granted, thereby increasing the attorney fees.

6.   A 30-day extension of time for filing Plaintiff's response to Defendant's Motion to Dismiss, until April 2, 2007, as requested herein, will provide Plaintiff an opportunity to assist in the preparation of her response without interfering with her health.  It will also give the parties the minimum time they need to communicate with their clients and pursue further settlement discussions.

7.   In accordance with Local Civil Rule 7.1(m), counsel for the parties conferred about this Motion, and agree that the extension of time is warranted.  Thus, Defendants consent to the requested extensions.

8.   No deadlines have been set for the processing of this case; so the extension of time requested herein will have no impact on the scheduling of this case, and it will not prejudice either party.

For all of these reasons, this Consent Motion should be granted, Plaintiff's deadline for filing her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment should be extended until April 9, 2007.  An appropriate Order accompanies this Consent Motion.

```
                              Respectfully submitted,


                                      /s/
                              _____
                              JOSEPH D. GEBHARDT
                                  (D.C. Bar No. 113894)
                              CHARLES W. DAY, JR.
                                  (D.C. Bar No. 459820)
                              MARK A. DANN
                                  (D.C. Bar No. 484523)
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

March 2, 2007                 Attorneys for Plaintiff
```

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time to File Plaintiff's Response was served this 2nd day of March, 2007, via electronic case filing through the Court, upon counsel for Defendants as follows:

>William Mark Nebeker, Esq.
>United States Attorney's Office
>Civil Division
>501 3rd Street, N.W.
>Washington, DC 20530


_____/s/_____
MARK A. DANN