UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE E. COBB-HENNIX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATHANIEL FIELDS, et al. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-1572 (PLF) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension to Time to File Response and the full record, it is hereby this ___ day of March, 2007, **ORDERED**:

1. That Plaintiff's Consent Motion for an extension of time to file her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment is **GRANTED**; and

2. That Plaintiff shall file her response to Defendants' Motion to Dismiss by April 2, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Charles W. Day, Jr., Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

William Mark Nebeker, Esq.
United States Attorney's Office
Civil Division
501 3rd Street, N.W.
Washington, DC 20530