UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JANICE E. COBB-HENNIX,        )
                              )
            Plaintiff,        )
                              )
       v.                     )    Civil Action No. 06-1572 (PLF)
                              )
NATHANIEL FIELDS, et al.      )
                              )
            Defendants.       )
_____)
```

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S RESPONSE AND DEFENDANTS' REPLY**

Plaintiff Janice E. Cobb-Hennix, by and through undersigned counsel, hereby moves, with Defendant's consent, for an additional 30-day extension of time until May 2, 2007, to file her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and in support of this Consent Motion states as follows:

1.   Last week, in response to an initial settlement offer proffered by Ms. Cobb-Hennix through undersigned counsel, the parties decided to continue their settlement discussions and scheduled a settlement conference in an effort to resolve the above-captioned matter without further litigation.

2.   Due to scheduling conflicts and Ms. Cobb-Hennix's recent surgery, the parties and their counsel have not (and will not) be able to meet for the first time to discuss settlement

until next week.

    3.    Pursuant to the Court's March 6, 2007 Minute Order, Plaintiff's response to Defendants' Motion to Dismiss must be filed by April 2, 2006, just one week after the parties will have had their first settlement discussions.

    4.    Although they have not reached a settlement agreement, based on their initial communications the parties believe settlement discussions may prove beneficial and should continue. The parties and their attorneys have remained cooperative and wish to continue their negotiations.

    5.    To date, the parties have not discussed the payment of attorney fees and costs, which may be a factor in their future settlement negotiations. Because such expenses are generally a factor in settlement, the parties believe litigation costs should be limited to the extent possible. If Plaintiff is required to continue preparing her response to Defendants' voluminous Motion to Dismiss as set forth above, the litigation costs of this case will continue to rise, and may negatively impact the settlement discussions.

    6.    A brief one-month extension of time until May 2, 2007, only four weeks after the parties' first settlement conference, will allow the parties to focus on their continuing settlement

discussions without simultaneously increasing the cost of the litigation. The requested extension will also give the parties sufficient time to fully assess their settlement options.

7. In accordance with Local Civil Rule 7.1(m), counsel for the parties conferred about this Motion, and agree that the extension of time is warranted. Thus, Defendants consent to the requested extensions.

8. The parties also agree that Defendants should be permitted an extension of time until May 17, 2007, to file its anticipated future Reply to Plaintiff's Opposition, if it is necessary.

9. No deadlines have been set for the processing of this case. Accordingly, the extension of time requested herein will have no impact on the scheduling of this case, and it will not prejudice either party.

For all of these reasons, this Consent Motion should be granted; Plaintiff's deadline for filing her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment should be extended until May 2, 2007; and Defendants' deadline for filing its Reply should be extended until May 17, 2007. An appropriate Order accompanies this Consent Motion.

Respectfully submitted,

_____/s/_____
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
CHARLES W. DAY, JR.
    (D.C. Bar No. 459820)
MARK A. DANN
    (D.C. Bar No. 484523)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

March 23, 2007                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time to File Plaintiff's Response was served this 23rd day of March, 2007, via electronic case filing through the Court, upon counsel for Defendants as follows:

William Mark Nebeker, Esq.
United States Attorney's Office
Civil Division
501 3rd Street, N.W.
Washington, DC 20530

_____/s/_____
MARK A. DANN