UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE E. COBB-HENNIX, )<br>)<br>      Plaintiff,  )<br>)<br>  v.                )<br>)<br>NATHANIEL FIELDS, et al.  )<br>)<br>      Defendants. )<br>_____) | Civil Action No. 06-1572 (PLF) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S RESPONSE AND DEFENDANTS' REPLY**

Plaintiff Janice E. Cobb-Hennix, by and through undersigned counsel, hereby moves, with Defendant's consent, for an additional 30-day extension of time until June 1, 2007, to file her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and in support of this Consent Motion states as follows:

1. Presently, the parties are engaged in continuing settlement discussions in an effort to resolve the above-captioned matter without further litigation. Unfortunately, these discussions have taken longer than originally anticipated, and while the parties are making progress, they have not yet come to an agreement with respect to the resolution of this case

2. Pursuant to the Court's April 2, 2007 Minute Order, Plaintiff's response to Defendants' Motion to Dismiss is to be filed by May 2, 2006.

3.   If Plaintiff is forced to divert her attention from settlement to prepare and file a response to Defendants' Motion to Dismiss, her attorney fees and costs will increase.  The payment of these litigation costs is one of several factors being negotiations between the parties, and they believe such costs should be limited to the extent possible.  Increasing the litigation costs of this case may negatively impact the settlement discussions.

4.   A one-month extension of time until June 1, 2007, will allow the parties to focus on their continuing settlement discussions without simultaneously increasing the cost of the litigation.

5.   The parties also agree that Defendants should be permitted an extension of time until June 29, 2007, to file its anticipated future Reply to Plaintiff's Opposition, if it is necessary.

6.   In accordance with Local Civil Rule 7.1(m), counsel for the parties conferred about this Motion, and agree that the extension of time is warranted.  Thus, Defendants consent to the requested extensions.

7.   No deadlines have been set for the processing of this case.  Accordingly, the extension of time requested herein will

have no impact on the scheduling of this case, and it will not prejudice either party.

For all of these reasons, this Consent Motion should be granted; Plaintiff's deadline for filing her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment should be extended until June 1, 2007; and Defendants' deadline for filing its Reply should be extended until June 29, 2007.  An appropriate Order accompanies this Consent Motion.

                                      Respectfully submitted,

                                      _____/s/_____
                                      JOSEPH D. GEBHARDT
                                          (D.C. Bar No. 113894)
                                      CHARLES W. DAY, JR.
                                          (D.C. Bar No. 459820)
                                      MARK A. DANN
                                          (D.C. Bar No. 484523)
                                      GEBHARDT & ASSOCIATES, LLP
                                      1101 17th Street, N.W.
                                      Suite 807
                                      Washington, DC 20036-4716
                                      (202) 496-0400

April 27, 2007                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time to File Plaintiff's Response and Defendants' Reply was served this 27th day of April, 2007, via electronic case filing through the Court, upon counsel for Defendants as follows:

>William Mark Nebeker, Esq.
>United States Attorney's Office
>Civil Division
>501 3rd Street, N.W.
>Washington, DC 20530

>\_\_\_\_/s/_____
>MARK A. DANN