UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE E. COBB-HENNIX, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>NATHANIEL FIELDS, et al. )<br>)<br>      Defendants. )<br>_____) | Civil Action No. 06-1572 (PLF) |

**ORDER**

UPON CONSIDERATION of the Consent Motion for Extension to Time to File Plaintiff's Response and Defendants' Reply, and the full record, it is hereby this ___ day of April, 2007, **ORDERED**:

1. That the Consent Motion is **GRANTED**;

2. That Plaintiff shall file her response to Defendants' Motion to Dismiss by June 1, 2007; and

3. That Defendants shall file their Reply thereto by June 29, 2007.

 

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Charles W. Day, Jr., Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

William Mark Nebeker, Esq.
United States Attorney's Office
Civil Division
501 3rd Street, N.W.
Washington, DC 20530