UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE COBB-HENNIX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-1572 PLF ) |
| NATHANIEL FIELDS, et al., | ) ) |
| Defendants. | ) ) |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

All Parties to this action hereby enter into the following Stipulation of Settlement and Dismissal. In order to resolve the matters in dispute in the above-captioned Civil Action and all other matters related to Plaintiff's employment without further litigation, expense, or delay, Plaintiff and Defendants unconditionally agree to the following terms:

1. Release

Plaintiff and Defendants enter into this Stipulation of Settlement and Dismissal in order to make full and final settlement of any and all matters that Plaintiff raised or could have raised in the above Civil Action, as well as all other matters related to Plaintiff's employment with the African Development Foundation ("the Agency") with the single exception that would allow Plaintiff to proceed on her pending Workers' Compensation claim(s) before the Department of Labor's Office of Workers' Compensation Programs ("OWCP"). Plaintiff agrees to

accept the terms set forth herein in full satisfaction of any and all claims, demands, rights, and causes of action of whatever kind and nature based upon her employment with the Agency up to the date Plaintiff signs this Stipulation of Settlement and Dismissal, including but not limited to the claims asserted in the above Civil Action, excluding only her OWCP claim.

In particular, and without limitation, this Stipulation Of Settlement And Dismissal includes all possible claims for damages, backpay, front pay, loss of leave, loss of retirement, and equitable relief by Plaintiff against Defendants prior to and including the date Plaintiff signs this Stipulation of Settlement and Dismissal. Further, and without limitation, this settlement includes all possible claims for attorneys' fees and costs that Plaintiff incurred or may incur in connection with this litigation and any other administrative proceeding involving the claims Plaintiff raised or could have raised in this Civil Action.

Plaintiff dismisses, with prejudice, the above Civil Action and all other pending, existing or putative causes of action, charges, complaints, and appeals against Defendants in any forum, whether administrative or judicial, except for her OWCP claim. This Stipulation of Settlement and Dismissal constitutes the full, final, and complete relief that Plaintiff may have for the

conduct alleged in this action.

Plaintiff agrees not to institute any other actions, charges, complaints, appeals, or other proceedings against Defendants or any of Defendants' past or present officers, employees, agents or representatives concerning any matter related to her employment with the Agency that are based in any way on action or inaction by Defendants or the Agency's past or present employees as of the date Plaintiff signs this Stipulation Of Settlement And Dismissal.

Plaintiff releases Defendants and the Agency's past and present officers, employees, agents, and representatives concerning all matters related to her employment with the Agency up to and including the date of this Stipulation of Settlement and Dismissal, reserving only her OWCP claim, which OWCP matter would be treated separately from this Civil Action.

Likewise, Defendants release Plaintiff of any and all claims they have or may have against Plaintiff up to and including the date of this Stipulation Of Settlement And Dismissal.

2. <u>Agreement</u>

In consideration for the promises made herein, the Parties agree to take the following actions:

    a) Plaintiff shall retire on June 1, 2007, without returning to work and shall

stay on Leave Without Pay ("LWOP") under the Family Medical Leave Act ("FMLA") until June 1, 2007;

   b) Not later than June 1, 2007, Defendants shall pay to Plaintiff the amount of $92,000.00, said payment to be made by direct deposit to Plaintiff's bank account as listed in the Agency's records;

   c) Defendants shall pay an amount not to exceed $350.58 for Plaintiff's (employee's) portion of her Federal Employee Health Benefits ("FEHB") premiums due while Plaintiff is on LWOP;

   d) The Agency shall forgive Plaintiff's leave pay-back obligations not to exceed a value of $6,390.13.

3. Plaintiff acknowledges her duty to adhere to any applicable tax filing requirements and other obligations with regard to the proper payment of taxes.

4. This Stipulation Of Settlement And Dismissal shall not constitute an admission of liability or fault on the part of Defendants or the Agency's past or present agents, employees, representatives or officers. The Parties enter into this

Stipulation solely for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. Plaintiff acknowledges that she has read this entire Stipulation Of Settlement And Dismissal and that she understands all of its terms and conditions. Plaintiff acknowledges that her attorney has reviewed and explained the provisions of this Stipulation to her and that Defendants have provided sufficient time for this purpose.

6. Plaintiff acknowledges that she has entered into this Stipulation of Settlement and Dismissal voluntarily and with the advice of counsel. Further, Plaintiff acknowledges that no one has imposed any undue hardship, duress, or coercion in connection with the execution of this document.

7. The Parties agree that the terms expressly recited herein represent the entire compromise settlement and that, except for the sum set forth in Paragraph 2 above, the respective Parties will each bear their own costs, fees, expenses, and attorneys' fees. There are no terms or conditions to this Stipulation Of Settlement And Dismissal except those expressly stated herein. This agreement may not be altered, modified, withdrawn, waived, rescinded, or supplemented except by a written instrument executed by duly authorized representatives of both Parties.

WHEREFORE, this Civil Action is hereby dismissed, subject only to the Court retaining jurisdiction as necessary to enforce the terms of this Stipulation of Settlement and Dismissal.

Respectfully submitted,

_____
JOSEPH D. GEBHARDT,
DC Bar #113894
MARK A. DANN
DC Bar #484523
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC  20036-4716

Attorneys for Plaintiff

_____
JANICE COBB-HENNIX
Plaintiff

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230
Attorneys For Defendants

It is so ORDERED by the Court this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE